No. 22-4489

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH COURT

_____

## UNITED STATES OF AMERICA,
*Plaintiff/Appellee,*

v.

## OKELLO T. CHATRIE,
*Defendant/Appellant.*

_____

**On Appeal From the United States District Court
for the Eastern District of Virginia
Richmond Division (The Hon. M. Hannah Lauck)**

_____

### JOINT APPENDIX

### VOLUME 8 of 11 (pages 1811 - 2090)

_____

**JESSICA D. ABER**
**United States Attorney**

**GEREMY C. KAMENS**
**Federal Public Defender**

**Kenneth R. Simon, Jr., Ass't U.S. Attorney**
**Peter S. Duffey, Ass't U.S. Attorney**
**Counsel for Appellee**
**919 East Main Street, Suite 1900**
**Richmond, VA 23219**
**(804) 819-5400**

**Laura J. Koenig**
**Assistant Federal Public Defender**
**Counsel for Appellant**
**701 East Broad Street, Suite 3600**
**Richmond, VA 23219**
**(804) 565-0800**

**Nathan P. Judish, Senior Counsel**
**Computer Crime & Intel. Property Section**
**Criminal Division**
**U.S. Department of Justice**

**Michael W. Price, Litigation Dir.**
**NACDL Fourth Amendment Ctr.**
**1660 L Street NW, 12th Floor**
**Washington, DC 20036**

This page intentionally left blank for double-sided pagination and printing

# TABLE OF CONTENTS

## VOLUME 1 (pages 1 - 176)

District Court Docket Sheet (as of Jan. 17, 2023) ....................................................1

Indictment (Sept. 17, 2019, Doc. 1)...........................................................................22

Defendant's Motion to Suppress Evidence Obtained From a "Geofence" General Warrant (Oct. 29, 2019, Doc. 29) .........................................................25

Government's Response in Opposition to Defendant's Motion for Suppression of Evidence Obtained Pursuant to Google Geofence Warrant (Nov. 19, 2019, Doc. 41) ......................................................................51

Defendant's Reply to Government's Response [to] Motion to Suppress Evidence Obtained From a "Geofence" General Warrant (Dec. 9, 2019, Doc. 48).............................................................................................................76

    Exh. A (First Step 2 Request to Google) (Doc. 48-1) .........................................98
    Exh. B (Second Step 2 Request to Google) (Doc. 48-2) .................................100
    Exh. C (Third Step 2 Request to Google) (Doc. 48-3) .....................................102
    Exh. D (Transcript, *Commonwealth v. Anderson*, No. CR17-4909-00F
    (Va. Cir. Ct., Jan. 4, 2019)) (Doc. 48-4)............................. omitted from J.A.

Government's Notice Regarding Attachment of Google Geofence State Search Warrant to Response in Opposition to Motion to Suppress (Dec. 18, 2019, Doc. 54) ............................................................................................104

    Affidavit for search warrant and warrant, with attachments (Doc. 54-1) ........107

Brief of Amicus Curiae Google LLC in Support of Neither Party Concerning Defendant's Motion to Suppress Evidence From a "Geofence" General Warrant (Dec. 20, 2019, Doc. 59-1) ...............................118

United States' Response to Amicus Curiae Brief of Google LLC (Jan. 10, 2020, Doc. 71).........................................................................................148

Defendant's Response to Google's Motion to File Amicus Curiae Brief in Support of Neither Party (Jan. 10, 2020, Doc. 72) ...........................................158

i

## VOLUME 2 (pages 177 - 416)

Transcript, Discovery Motion Hearing (Jan. 21, 2020, Doc. 81; *see* Doc. 77
(court minutes)) ................................................................................177

Preliminary matters ...........................................................................179

Def't witness Spencer McInvaille      Direct examination.............................193
                                                      Cross examination...............................283
                                                      Redirect examination .........................306

Argument by the defense ...................................................................318
Argument by the government .............................................................332
Rebuttal by the defense .....................................................................350

Court's ruling ....................................................................................355

Defendant's Supplemental Motion to Suppress Evidence Obtained From a
"Geofence" General Warrant (May 22, 2020, Doc. 104)..................363

United States' Response in Opposition to Defendant's Motion for
Suppression of Evidence Obtained Pursuant to Google Geofence
Warrant (June 12, 2020, Doc. 109)..................................................393

## VOLUME 3 (pages 417 - 694)

Transcript, Suppression Motion Hearing, Day 1 (evidence) (Mar. 4, 2021,
Doc. 201; *see* Doc. 198 (court minutes))........................................417

Preliminary matters ...........................................................................420

Def't witness Spencer McInvaille      Direct examination.............................432
                                                       Cross examination...............................542
                                                      Redirect examination .........................586

Def't witness Marlo McGriff             Direct examination.............................606

## VOLUME 4 (pages 695 - 1070)

Transcript, Suppression Motion Hearing, Day 2 (evidence) (Mar. 5, 2021, Doc. 202; *see* Doc. 199 (court minutes)).........................................................695

    Preliminary matters...........................................................................................698

    Def't witness Marlo McGriff, cont'd   Direct examination..............................699
                                              Cross examination...............................791
                                              Redirect examination ..........................841

    Def't witness Sarah Rodriguez       Direct examination..............................862
                                                Cross examination...............................902
                                              Redirect examination ..........................916

    Gov't witness Jeremy D'Errico     Direct examination..............................923
                                                Cross examination...............................967
                                            Redirect examination ........................1010

    Gov't witness Joshua Hylton       Direct examination...........................1016
                                                Cross examination.............................1040
                                          Redirect examination ........................1063

    Concluding matters .......................................................................................1064

## VOLUME 5 (pages 1071 - 1326)

Defendant's Post-Hearing Brief on "Geofence" General Warrant (May 3, 2021, Doc. 205)..................................................................................................1071

Government's Response in Opposition to Defendant's Motion for Suppression (May 21, 2020, Doc. 214; *see* Doc. 207-2)................................1117

Defendant's Reply to Government's Response in Opposition to Motion for Suppression (June 4, 2020, Doc. 213) ............................................................1164

Transcript, Suppression Hearing (arguments) (June 24, 2021, Doc. 217; *see* Doc. 215 (court minutes)) ..............................................................................1185

Argument by the defense ........................................................................1187
Argument by the government ...............................................................1231
Rebuttal by the defense.........................................................................1313

Concluding matters ................................................................................1322

## VOLUME 6 (pages 1327 - 1456)

Memorandum Opinion (denying suppression motion) (Mar. 3, 2022, Doc. 220).............................................................................................1327

Order (denying suppression motion) (Mar. 3, 2022, Doc. 221) ..........1390

Criminal Information (May 6, 2022, Doc. 224) ...................................1391

Transcript, Change of Plea Hearing (May 9, 2022, Doc. 247; *see* Doc. 226) ..............................................................................................................1394

Plea Agreement (May 9, 2022, Doc. 228) ..........................................1428

Statement of Facts (May 9, 2022, Doc. 229).......................................1444

Judgment in a Criminal Case (Aug. 19, 2022, Doc. 239)....................1449

Notice of Appeal (Aug. 25, 2022, Doc. 241).......................................1456

## VOLUME 7 (pages 1457 - 1810) – DOCUMENT EXHIBITS

Exhibits Admitted at Discovery Motion Hearing (Jan. 21, 2020)

Def't Exh. 1: Geofence Warrant & Application (same as Doc. 54-1, minus ECF header) ...............................................*see* J.A. 107
Def't Exh. 2: Google Amicus Brief (Doc. 59-1) ...............................*see* J.A. 118
Def't Exh. 3: PDF of Raw Data (sealed) ..........................................*see* J.A. 2093
Def't Exh. 4: Activation Video...............omitted from J.A., available on request
Def't Exh. 5: Three Paths Video (sealed).........................................*see* J.A. 2139
Def't Exh. 6: First Step 2 Request to Google .................................................1457
Def't Exh. 7: Second Step 2 Request to Google...........................................1459
Def't Exh. 8: Third Step 2 Request to Google ..............................................1461

Def't Exh. 9: Step 3 Request to Google ........................................................1463

Exhibits Admitted at Suppression Motion Hearing (Mar. 4-5, 2021)

Def't Exh. 1: Geofence Warrant & Application (same as Doc. 54-1,
   minus ECF header) ........................................................*see* J.A. 107
Def't Exh. 2: Google Amicus Brief (Doc. 59-1) ................................*see* J.A. 118
Def't Exh. 3: PDF of Raw Data (sealed) ..........................................*see* J.A. 2093
Def't Exh. 5: Three Paths Video (sealed) ..........................................*see* J.A. 2139
Def't Exh. 6: Spencer McInvaille Report .........................................................1464
Def't Exh. 7: Spencer McInvaille Supplemental Report ................................1469
Def't Exh. 8: CSV Google Data File (.csv file)................................*see* J.A. 2139
Def't Exh. 9: Unique in Crowd Study ..............................................................1475
Def't Exh. 11: September 2018 Oracle Submission .........................................1480
Def't Exh. 18: Federal Search Warrant Application & Attachments.............1502
Def't Exh. 19: State Search Warrants & Attachments ....................................1534
Def't Exh. 21: McGriff Declaration 1 (Doc. 96-1).........................................1551
Def't Exh. 23: McGriff Declaration 3 (Doc. 147)...........................................1562
Def't Exh. 24: Rodriguez Declaration (Doc. 96-2) ........................................1579
Def't Exh. 27: Every Step You Take................................................................1587
Def't Exh. 30: AZ Ex. 18 (admitted portions only).......................................1631
Def't Exh. 31: AZ Ex. 19 (admitted portions only).......................................1633
Def't Exh. 32: AZ Ex. 20.................................................................................1639
Def't Exh. 33: AZ Ex. 24.................................................................................1644
Def't Exh. 34: AZ Ex. 202...............................................................................1667
Def't Exh. 36: AZ Ex. 209...............................................................................1777
Def't Exh. 38: AZ Ex. 219...............................................................................1781
Def't Exh. 40: AZ Ex. 236...............................................................................1797
Def't Exh. 41: AZ Ex. 260...............................................................................1804

VOLUME 8 (pages 1811 - 2090) – DOCUMENT EXHIBITS, CONT'D

Exhibits Admitted at Suppression Motion Hearing (Mar. 4-5, 2021), cont'd

Def't Exh. 43: May 2018 Privacy Policy – Redline ......................................1811
Def't Exh. 43a: May 2018 Privacy Policy – Redline (with internet
   source information)......................................................................1840
Def't Exh. 44: Jan. 2019 Privacy Policy – Redline .......................................1865
Def't Exh. 45: Oct. 2019 Privacy Policy – Redline........................................1895
Def't Exh. 46: McGriff Blog 1 .......................................................................1926

Def't Exh. 47: McGriff Blog 2 ....................................................1929
Def't Exh. 48: 2018 Quartz Article ............................................1934
Def't Exh. 49: 2018 AP Article 1 ...............................................1941
Def't Exh. 51: 2019 NYT Article ...............................................1948
Def't Exh. 53: Blumenthal-Markey Letter to FTC.......................1957

Gov't Exh. 1: CAST PowerPoint Presentation.............................1981
Gov't Exh. 2: Geofence Warrant (Doc. 54-1) ...................*see* J.A. 107
Gov't Exh. 3: Declaration of Marlo McGriff (Mar. 11, 2020)
    (same as Def't Exh. 21 (Doc. 96-1)) ...........................*see* J.A. 1551
Gov't Exh. 3a: Declaration of Sarah Rodriguez (Mar. 11, 2020)
    (same as Def't Exh. 24 (Doc. 96-2)) ..........................*see* J.A. 1579
Gov't Exh. 3b: Supplemental Declaration of McGriff (June 17, 2020)
    (Doc. 110-1)..............................................................2032
Gov't Exh. 3c: Third Declaration of Marlo McGriff (Aug. 7, 2020)
    (same as Def't Exh. 23 (Doc. 147)).............................*see* J.A. 1562
Gov't Exh. 4: Joshua Hylton emails with Google .........................2034
Gov't Exh. 5: Google Privacy Policy ..........................................2048
Gov't Exh. 5a: Google Terms of Service ......................................2081
Gov't Exh. 6: Special Agent D'Errico's C.V. ...............................2088
Gov't Exh. 12: "Got to Be Mobile" Video ......................*see* J.A. 2091

VOLUME 9 (pages 2091 - 2092) – DIGITAL MEDIA EXHIBIT

Gov't Exh. 12: "Got to Be Mobile" Video (admitted only at suppression
    motion hearing)................................................... (.mp4 file)

VOLUME 10 (pages 2093 - 2138) – SEALED DOCUMENT EXHIBIT

Def't Exh. 3: PDF of Raw Data (*see* Doc. 69 (sealing order)) (admitted at
    both discovery motion hearing and suppression motion hearing).................2093

VOLUME 11 (pages 2139 - end) – SEALED DIGITAL MEDIA EXHIBITS

Def't Exh. 5: Three Paths Video (admitted at both discovery motion hearing
    and suppression motion hearing)........................................ (.mp4 file)
Def't Exh. 8: CSV Google Data File (admitted only at suppression motion
    hearing) ................................................. (.csv file, viewable in Excel)

**PRIVACY POLICY**

Last modified: ~~December 18, 2017~~ May 25, 2018 ([view archived versions](#))

~~There are many different ways you can use our services – to search for and share information, to communicate with other people or to create new content. When you share information with us, for example by creating a~~ [Google Account](#)~~, we can make those services even better – to show you~~ [more relevant search results](#) ~~and ads, to help you~~ [connect with people](#) ~~or to make~~ [sharing with others quicker and easier](#)~~. As you use our services, we want you to be clear how we're using information and the ways in which you can protect your privacy.~~

~~Our Privacy Policy explains:~~

- ~~What information we collect and why we collect it.~~

- ~~How we use that information.~~

- ~~The choices we offer, including how to access and update information.~~

~~We've tried to keep it as simple as possible, but if you're not familiar with terms like cookies, IP addresses, pixel tags and browsers, then read about these~~ [key terms](#) ~~first. Your privacy matters to Google so whether you are new to Google or a long-time user, please do take the time to get to know our practices – and if you have any questions~~ [contact us](#)~~.~~

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we

collect it, and how you can update, manage, export, and delete your information.

# We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

~~INFORMATION WE COLLECT~~ INFORMATION GOOGLE COLLECTS

~~We collect information to provide better services to all of our users — from figuring out basic stuff like which language you speak, to more complex things like which~~ ads you'll find most useful, the people who matter most to you online, ~~or which YouTube videos you might like.~~

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll

find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

We collect information in the following ways:

## Things you create or provide to us

**Information you give us.** For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for personal information, like your name, email address, telephone number or credit card to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask you to create a publicly visible Google Profile, which may include your name and photo.

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

**Information we get from your use of our services.** We collect information about the

services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:

- Device information

  We collect device-specific information (such as your hardware model, operating system version, unique device identifiers, and mobile network information including phone number). Google may associate your device identifiers or phone number with your Google Account.

- **Log information**

  When you use our services or view content provided by Google, we automatically collect and store certain information in server logs. This includes:

  - details of how you used our service, such as your search queries.

  - telephony log information like your phone number, calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls.

  - Internet protocol address.

  - device event information such as crashes, system activity, hardware settings, browser type, browser language, the date and time of your request and referral URL.

  - cookies that may uniquely identify your browser or your Google Account.

- **Location information**

  When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with

information on nearby devices, Wi-Fi access points and cell towers.

- **Unique application numbers**

  Certain services include a unique application number. This number and information about your installation (for example, the operating system type and application version number) may be sent to Google when you install or uninstall that service or when that service periodically contacts our servers, such as for automatic updates.

- **Local storage**

  We may collect and store information (including personal information) locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches.

- **Cookies and similar technologies**

  We and our partners use various technologies to collect and store information when you visit a Google service, and this may include using cookies or similar technologies to identify your browser or device. We also use these technologies to collect and store information when you interact with services we offer to our partners, such as advertising services or Google features that may appear on other sites. Our Google Analytics product helps businesses and site owners analyze the traffic to their websites and apps. When used in conjunction with our advertising services, such as those using the DoubleClick cookie, Google Analytics information is linked, by the Google Analytics customer or by Google, using Google technology, with information about visits to multiple sites.

Information we collect when you are signed in to Google, in addition to information we obtain about you from partners, may be associated with your Google Account. When information is associated with your Google Account, we treat it as personal information. For more information about how you can access, manage or delete information that is associated with your Google Account, visit the Transparency and choice section of this policy.

## Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to save and manage your location information in your account.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

# ~~How we use information we collect~~ We use data to build better services

~~We use the information we collect from all of our services to provide, maintain, protect and improve them, to develop new ones, and to protect Google and our users. We also use this information to offer you tailored content — like giving you more relevant search results and ads.~~

~~We may use the name you provide for your Google Profile across all of the services we offer that require a Google Account. In addition, we may replace past names associated with your Google Account so that you are represented consistently across all our services. If other users already have your email, or other information that identifies you, we may show them your publicly visible Google Profile information, such as your name and photo.~~

~~If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account.~~

~~When you contact Google, we keep a record of your communication to help solve any~~

issues you might be facing. We may use your email address to inform you about our services, such as letting you know about upcoming changes or improvements.

We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection.

We may combine personal information from one service with information, including personal information, from other Google services – for example to make it easier to share things with people you know. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

We will ask for your consent before using information for a purpose other than those that are set out in this Privacy Policy.

Google processes personal information on our servers in many countries around the world. We may process your personal information on a server located outside the country where you live.

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

## ~~Transparency and choice~~

~~People have different privacy concerns. Our goal is to be clear about what information we collect, so that you can make meaningful choices about how it is used. For example, you can:~~

- ~~Review and update your Google activity controls to decide what types of data, such as videos you've watched on YouTube or past searches, you would like saved with your account when you use Google services. You can also visit these controls to manage whether certain activity is stored in a cookie or similar technology on your device when you use our services while signed-out of your account.~~

- ~~Review and control certain types of information tied to your Google Account by using Google Dashboard.~~

- ~~View and edit your preferences about the Google ads shown to you on Google and across the web, such as which categories might interest you, using Ads Settings. You can also visit that page to opt out of certain Google advertising services.~~

- ~~Adjust how the Profile associated with your Google Account appears to others.~~

- ~~Control who you share information with through your Google Account.~~

- Take information associated with your Google Account out of many of our services.

- Choose whether your Profile name and Profile photo appear in shared endorsements that appear in ads.

You may also set your browser to block all cookies, including cookies associated with our services, or to indicate when a cookie is being set by us. However, it's important to remember that many of our services may not function properly if your cookies are disabled. For example, we may not remember your language preferences.

# You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

**Activity Controls**

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

[Go to Activity Controls](#)

**Ad settings**

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

[Go to Ad Settings](#)

**About you**

Control what others see about you across Google services.

[Go to About You](#)

**Shared endorsements**

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

[Go to Shared Endorsements](#)

**Information you share**

Control whom you share information with through your account on Google+.

[Go to Information You Share](#)

# Ways to review & update your information

**J.A. 1824**

**My Activity**

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

**Google Dashboard**

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

**Your personal information**

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

[Export your data](#)

You can also [request to remove content](#) from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from [specific Google services](#)

- Search for and then delete specific items from your account using [My Activity](#)

- [Delete specific Google products](#), including your information associated with those products

- [Delete your entire Google Account](#)

[Delete your information](#)

And finally, [Inactive Account Manager](#) allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a [cookie](#) in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services [rely on cookies to function properly](#), for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can [modify location settings](#) on your Android device.

# Information you share

Many of our services let you share information with others. Remember that when you share information publicly, it may be indexable by search engines, including Google. Our services provide you with different options on sharing and removing your content.

## Accessing and updating your personal information

Whenever you use our services, we aim to provide you with access to your personal information. If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes.

We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services, we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.

## Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- 

  **With your consent**

  We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

-

**With domain administrators**

If your Google Account is managed for you by a domain administrator (for example, for G Suite users) then your domain administrator and resellers who provide user support to your organization will have access to your Google Account information (including your email and other data). Your domain administrator may be able to:

- view statistics regarding your account, like statistics regarding applications you install.

- change your account password.

- suspend or terminate your account access.

- access or retain information stored as part of your account.

- receive your account information in order to satisfy applicable law, regulation, legal process or enforceable governmental request.

- restrict your ability to delete or edit information or privacy settings.

Please refer to your domain administrator's privacy policy for more information.

•

**For external processing**

We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

•

**For legal reasons**

We will share personal information with companies, organizations or individuals outside of Google if we have a good-faith belief that access, use, preservation or

disclosure of the information is reasonably necessary to:

- meet any applicable law, regulation, legal process or enforceable governmental request.

- enforce applicable Terms of Service, including investigation of potential violations.

- detect, prevent, or otherwise address fraud, security or technical issues.

- protect against harm to the rights, property or safety of Google, our users or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.

If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing a song in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to request a ride from a ride-sharing service, we'll get your permission before sharing your address with that service. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

**J.A. 1830**

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

## ~~Information security~~ We build security into our services to protect your information

~~We work hard to protect Google and our users from unauthorized access to or unauthorized alteration, disclosure or destruction of information we hold. In particular:~~

- ~~We encrypt many of our services using SSL.~~

- ~~We offer you two step verification when you access your Google Account, and a~~

~~Safe Browsing feature~~ in Google Chrome.

- ~~We review our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems.~~

- ~~We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to process it for us, and who are subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.~~

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's data retention periods, including how long it takes us to delete your information.

We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

**COMPLIANCE & COOPERATION WITH REGULATORS**

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# European requirements

If European Union (EU) data protection law applies to the processing of your information, we provide the controls described in this policy so you can exercise your right to request access to, update, remove, and restrict the processing of your information. You also have the right to object to the processing of your information or export your information to another service.

We process your information for the purposes described in this policy, based on the following legal grounds:

## With your consent

We ask for your agreement to process your information for specific purposes and you have the right to withdraw your consent at any time. For example, we ask for your consent to provide you with personalized services like ads. We also ask for your consent to collect your voice and audio activity for speech recognition. You can manage these settings in your Google Account.

## When we're pursuing legitimate interests

We process your information for our legitimate interests and those of third parties while applying appropriate safeguards that protect your privacy. This means that we process your information for things like:

- Providing, maintaining, and improving our services to meet the needs of our users

- Developing new products and features that are useful for our users

- Understanding how people use our services to ensure and improve the performance of our services

- Customizing our services to provide you with a better user experience

- Marketing to inform users about our services

- Providing advertising to make many of our services freely available for users

- Detecting, preventing, or otherwise addressing fraud, abuse, security, or technical issues with our services

- Protecting against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law

- Performing research that improves our services for our users and benefits the public

- Fulfilling obligations to our partners like developers and rights holders

- Enforcing legal claims, including investigation of potential violations of applicable Terms of Service

## When we're providing a service

We process your data to provide a service you've asked for under a contract. For example, we process your payment information when you buy extra storage for Google Drive.

## When we're complying with legal obligations

We'll process your data when we have a legal obligation to do so, for example, if we're responding to legal process or an enforceable governmental request.

If you have questions, you can contact Google and our data protection office. And you can contact your local data protection authority if you have concerns regarding your rights under local law.

# ~~When this Privacy Policy applies~~ When this policy applies

~~Our Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, services Google provides on Android devices, and services offered on other sites (such as our advertising services), but excludes services that have separate privacy policies that do not incorporate this Privacy Policy.~~

~~Our Privacy Policy does not apply to services offered by other companies or individuals, including products or sites that may be displayed to you in search results, sites that may include Google services, or other sites linked from our services. Our Privacy Policy does not cover the information practices of other companies and organizations who advertise our services, and who may use cookies, pixel tags and other technologies to serve and offer relevant ads.~~

## ~~Compliance and cooperation with regulatory authorities~~

~~We regularly review our compliance with our Privacy Policy. We also adhere to several~~ ~~self regulatory frameworks~~~~, including the EU-US and Swiss-US Privacy Shield Frameworks. When we receive formal written complaints, we will contact the person who made the complaint to follow up. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that we cannot resolve with our users directly.~~

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our

services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

## ~~Changes~~ Changes to this policy

~~Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of privacy policy changes). We will also keep prior versions of this Privacy Policy in an archive for your review.~~

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

## ~~Specific product practices~~ Specific Google services

~~The following notices explain specific privacy practices with respect to certain Google products and services that you may use:~~

- ~~Chrome and Chrome OS~~

- ~~Play Books~~

- ~~Payments~~

- ~~Fiber~~

- ~~Project Fi~~

- ~~G Suite for Education~~

- ~~YouTube Kids~~

- ~~Google Accounts Managed with Family Link~~

~~For more information about some of our most popular services, you can visit the~~ ~~Google Product Privacy Guide~~~~.~~

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Project Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link

# ~~Other useful privacy and security related materials~~ Other useful resources

~~Further useful privacy and security related materials can be found through Google's~~ ~~policies and principles pages~~~~, including:~~

- ~~Information about our~~ ~~technologies and principles~~~~, which includes, among other things, more information on~~

- how Google uses cookies.

- technologies we use for advertising.

- how we recognize patterns like faces.

- A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

- The Privacy Checkup tool, which makes it easy to review your key privacy settings.

- Google's safety center, which provides information on how to stay safe and secure online.

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center offers advice for staying safe & secure

- Google's privacy site provides more information about how we keep your information private and safe

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

PRIVACY POLICY

Last modified: December 18, 2017 May 25, 2018 (view archived versions)

There are many different ways you can use our services – to search for and share information, to communicate with other people or to create new content. When you share information with us, for example by creating a Google Account, we can make those services even better – to show you more relevant search results and ads, to help you connect with people or to make sharing with others quicker and easier. As you use our services, we want you to be clear how we're using information and the ways in which you can protect your privacy.

Our Privacy Policy explains:

- What information we collect and why we collect it.

- How we use that information.

- The choices we offer, including how to access and update information.

We've tried to keep it as simple as possible, but if you're not familiar with terms like cookies, IP addresses, pixel tags and browsers, then read about these key terms first. Your privacy matters to Google so whether you are new to Google or a long-time user, please do take the time to get to know our practices – and if you have any questions contact us.

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

# We build a range of services that help millions of people daily to explore and interact with the

J.A. 1840

# world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

~~INFORMATION WE COLLECT~~ INFORMATION GOOGLE COLLECTS

~~We collect information to provide better services to all of our users — from figuring out basic stuff like which language you speak, to more complex things like which~~ ads you'll find most useful, ~~the people who matter most to you online,~~ or which YouTube videos you might like.

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

~~We collect information in the following ways:~~

**J.A. 1841**

## Things you create or provide to us

**Information you give us.** ~~For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for~~ personal information~~, like your name, email address, telephone number or~~ credit card ~~to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask you to create a publicly visible~~ Google Profile~~, which may include your name and photo.~~

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

**Information we get from your use of our services.** ~~We~~ collect information ~~about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or~~ view and interact with our ads ~~and content. This information includes:~~

- ~~Device information~~

  ~~We collect~~ device-specific information ~~(such as your hardware model, operating system version,~~ unique device identifiers~~, and mobile network information including phone number). Google may associate your~~ device identifiers ~~or~~ phone number ~~with your Google Account.~~

- **Log information**

  When you use our services or view content provided by Google, we automatically ~~collect and store certain information in~~ server logs~~.~~ This includes:

**J.A. 1842**

- details of how you used our service, such as your search queries.

- telephony log information like your phone number, calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls.

- Internet protocol address.

- device event information such as crashes, system activity, hardware settings, browser type, browser language, the date and time of your request and referral URL.

- cookies that may uniquely identify your browser or your Google Account.

- **Location information**

  When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

- **Unique application numbers**

  Certain services include a unique application number. This number and information about your installation (for example, the operating system type and application version number) may be sent to Google when you install or uninstall that service or when that service periodically contacts our servers, such as for automatic updates.

- **Local storage**

  We may collect and store information (including personal information) locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches.

- **Cookies and similar technologies**

  We and our partners use various technologies to collect and store information when you visit a Google service, and this may include using cookies or similar technologies to identify your browser or device. We also use these technologies to collect and store information when you interact with services we offer to our

**J.A. 1843**

partners, such as advertising services or Google features that may appear on other sites. Our Google Analytics product helps businesses and site owners analyze the traffic to their websites and apps. When used in conjunction with our advertising services, such as those using the DoubleClick cookie, Google Analytics information is linked, by the Google Analytics customer or by Google, using Google technology, with information about visits to multiple sites.

Information we collect when you are signed in to Google, in addition to information we obtain about you from partners, may be associated with your Google Account. When information is associated with your Google Account, we treat it as personal information. For more information about how you can access, manage or delete information that is associated with your Google Account, visit the Transparency and choice section of this policy.

## Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

**J.A. 1844**

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to save and manage your location information in your account.

**J.A. 1845**

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

## How we use information we collect We use data to build better services

We use the information we collect from all of our services to provide, maintain, protect and improve them, to develop new ones, and to protect Google and our users. We also use this information to offer you tailored content – like giving you more relevant search results and ads.

We may use the name you provide for your Google Profile across all of the services we offer that require a Google Account. In addition, we may replace past names associated with your Google Account so that you are represented consistently across all our services. If other users already have your email, or other information that identifies you, we may show them your publicly visible Google Profile information, such as your name and photo.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account.

When you contact Google, we keep a record of your communication to help solve any issues you might be facing. We may use your email address to inform you about our services, such as letting you know about upcoming changes or improvements.

We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you

**J.A. 1846**

prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection.

We may combine personal information from one service with information, including personal information, from other Google services – for example to make it easier to share things with people you know. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

We will ask for your consent before using information for a purpose other than those that are set out in this Privacy Policy.

Google processes personal information on our servers in many countries around the world. We may process your personal information on a server located outside the country where you live.

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first

**J.A. 1847**

photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google,

**J.A. 1848**

we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

## ~~Transparency and choice~~

~~People have different privacy concerns. Our goal is to be clear about what information we collect, so that you can make meaningful choices about how it is used. For example, you can:~~

- ~~Review and update your Google activity controls to decide what types of data, such as videos you've watched on YouTube or past searches, you would like saved with your account when you use Google services. You can also visit these controls to manage whether certain activity is stored in a cookie or similar technology on your device when you use our services while signed-out of your account.~~

**J.A. 1849**

- Review and control certain types of information tied to your Google Account by using Google Dashboard.

- View and edit your preferences about the Google ads shown to you on Google and across the web, such as which categories might interest you, using Ads Settings. You can also visit that page to opt out of certain Google advertising services.

- Adjust how the Profile associated with your Google Account appears to others.

- Control who you share information with through your Google Account.

- Take information associated with your Google Account out of many of our services.

- Choose whether your Profile name and Profile photo appear in shared endorsements that appear in ads.

You may also set your browser to block all cookies, including cookies associated with our services, or to indicate when a cookie is being set by us. However, it's important to remember that many of our services may not function properly if your cookies are disabled. For example, we may not remember your language preferences.

## You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

## Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

# Privacy controls

**Activity Controls**

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

**Ad settings**

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

**About you**

Control what others see about you across Google services.

Go to About You

**Shared endorsements**

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

**Information you share**

Control whom you share information with through your account on Google+.

Go to Information You Share

# Ways to review & update your information

**My Activity**

My Activity allows you to review and control data that's created when you use Google

**J.A. 1851**

services, like searches you've done or your visits to Google Play. You can browse by date
and by topic, and delete part or all of your activity.

Go to My Activity

**Google Dashboard**

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

**Your personal information**

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or
device, including:

- Signed-out search personalization: Choose whether your search activity is used to
  offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube
  Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and
  on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use
it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on
applicable law.

To delete your information, you can:

- Delete your content from specific Google services

**J.A. 1852**

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

## ~~Information you share~~

~~Many of our services let you share information with others. Remember that when you share information publicly, it may be indexable by search engines, including Google. Our services provide you with different options on~~ sharing ~~and~~ removing your content.

## ~~Accessing and updating your personal information~~

~~Whenever you use our services, we aim to provide you with~~ access to your personal information. ~~If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes.~~

~~We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services,~~

**J.A. 1853**

we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.

## Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- 

    **With your consent**

    We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

- 

    **With domain administrators**

    If your Google Account is managed for you by a domain administrator (for example, for G Suite users) then your domain administrator and resellers who provide user support to your organization will have access to your Google Account information (including your email and other data). Your domain administrator may be able to:

    - view statistics regarding your account, like statistics regarding applications you install.
    - change your account password.
    - suspend or terminate your account access.
    - access or retain information stored as part of your account.
    - receive your account information in order to satisfy applicable law, regulation, legal process or enforceable governmental request.
    - restrict your ability to delete or edit information or privacy settings.

    Please refer to your domain administrator's privacy policy for more information.

- 

**J.A. 1854**

**For external processing**

We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

- 
  **For legal reasons**

  We will share personal information with companies, organizations or individuals outside of Google if we have a good-faith belief that access, use, preservation or disclosure of the information is reasonably necessary to:

  - meet any applicable law, regulation, legal process or enforceable governmental request.

  - enforce applicable Terms of Service, including investigation of potential violations.

  - detect, prevent, or otherwise address fraud, security or technical issues.

  - protect against harm to the rights, property or safety of Google, our users or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.

If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

SHARING YOUR INFORMATION

## When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing a song in Play, your name and photo appear next to your

**J.A. 1855**

activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to request a ride from a ride-sharing service, we'll get your permission before sharing your address with that service. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

**J.A. 1856**

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

## ~~Information security~~ We build security into our services to protect your information

~~We work hard to protect Google and our users from unauthorized access to or unauthorized alteration, disclosure or destruction of information we hold. In particular:~~

- ~~We encrypt many of our services using SSL.~~

- ~~We offer you two step verification when you access your Google Account, and a Safe Browsing feature in Google Chrome.~~

- ~~We review our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems.~~

- ~~We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to process it for us, and who are~~

**J.A. 1857**

~~subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.~~

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

**EXPORTING & DELETING YOUR INFORMATION**

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

**J.A. 1858**

Delete your information

In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's data retention periods, including how long it takes us to delete your information.

We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# European requirements

If European Union (EU) data protection law applies to the processing of your information, we provide the controls described in this policy so you can exercise your right to request access to, update, remove, and restrict the processing of your information. You also have the right to object to the processing of your information or export your information to another service.

We process your information for the purposes described in this policy, based on the following legal grounds:

**J.A. 1859**

## With your consent

We ask for your agreement to process your information for specific purposes and you have the right to withdraw your consent at any time. For example, we ask for your consent to provide you with personalized services like ads. We also ask for your consent to collect your voice and audio activity for speech recognition. You can manage these settings in your Google Account.

## When we're pursuing legitimate interests

We process your information for our legitimate interests and those of third parties while applying appropriate safeguards that protect your privacy. This means that we process your information for things like:

- Providing, maintaining, and improving our services to meet the needs of our users

- Developing new products and features that are useful for our users

- Understanding how people use our services to ensure and improve the performance of our services

- Customizing our services to provide you with a better user experience

- Marketing to inform users about our services

- Providing advertising to make many of our services freely available for users

- Detecting, preventing, or otherwise addressing fraud, abuse, security, or technical issues with our services

- Protecting against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law

- Performing research that improves our services for our users and benefits the public

- Fulfilling obligations to our partners like developers and rights holders

- Enforcing legal claims, including investigation of potential violations of applicable Terms of Service

## When we're providing a service

**J.A. 1860**

We process your data to provide a service you've asked for under a contract. For example, we process your payment information when you buy extra storage for Google Drive.

### When we're complying with legal obligations

We'll process your data when we have a legal obligation to do so, for example, if we're responding to legal process or an enforceable governmental request.

If you have questions, you can contact Google and our data protection office. And you can contact your local data protection authority if you have concerns regarding your rights under local law.

# ~~When this Privacy Policy applies~~ When this policy applies

~~Our Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, services Google provides on Android devices, and services offered on other sites (such as our advertising services), but excludes services that have separate privacy policies that do not incorporate this Privacy Policy.~~

~~Our Privacy Policy does not apply to services offered by other companies or individuals, including products or sites that may be displayed to you in search results, sites that may include Google services, or other sites linked from our services. Our Privacy Policy does not cover the information practices of other companies and organizations who advertise our services, and who may use cookies, pixel tags and other technologies to serve and offer relevant ads.~~

# ~~Compliance and cooperation with regulatory authorities~~

~~We regularly review our compliance with our Privacy Policy. We also adhere to several self regulatory frameworks, including the EU-US and Swiss-US Privacy Shield Frameworks. When we receive formal written complaints, we will contact the person who made the complaint to follow up. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that we cannot resolve with our users directly.~~

**J.A. 1861**

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

## ~~Changes~~ Changes to this policy

~~Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of privacy policy changes). We will also keep prior versions of this Privacy Policy in an archive for your review.~~

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

## ~~Specific product practices~~ Specific Google services

~~The following notices explain specific privacy practices with respect to certain Google products and services that you may use:~~

- ~~Chrome and Chrome OS~~

- ~~Play Books~~

- ~~Payments~~

- ~~Fiber~~

**J.A. 1862**

- ~~Project Fi~~

- ~~G Suite for Education~~

- ~~YouTube Kids~~

- ~~Google Accounts Managed with Family Link~~

~~For more information about some of our most popular services, you can visit the Google Product Privacy Guide.~~

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Project Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link

# ~~Other useful privacy and security related materials~~ Other useful resources

~~Further useful privacy and security related materials can be found through Google's policies and principles pages,~~ including:

- ~~Information about our~~ technologies and principles~~, which includes, among other things, more information on~~

  - ~~how Google uses cookies.~~

  - ~~technologies we use for~~ advertising.

  - ~~how we~~ recognize patterns like faces.

**J.A. 1863**

- A ~~page~~ that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

- The ~~Privacy Checkup~~ tool, which makes it easy to review your key privacy settings.

- Google's ~~safety center,~~ which provides information on how to stay safe and secure online.

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center offers advice for staying safe & secure

**J.A. 1864**

**GOOGLE PRIVACY POLICY**

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective ~~May 25, 2018~~January 22, 2019 | Archived versions

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

**INFORMATION GOOGLE COLLECTS**

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-

party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to ~~save and manage your location information in your account~~create a private map of where you go with your signed-in devices.

---

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including

marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

### Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

J.A. 1872

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Information you share

Control whom you share information with through your account on Google+.

Go to Information You Share

## Ways to review & update your information

## My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

## Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

## Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing a song in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to request a ridemake a reservation from a ride-sharing servicethrough a booking service, we'll get your permission before sharing your address with that servicename or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

**KEEPING YOUR INFORMATION SECURE**

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

**EXPORTING & DELETING YOUR INFORMATION**

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's data retention periods, including how long it takes us to delete your information.

We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

**COMPLIANCE & COOPERATION WITH REGULATORS**

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- ~~Project~~Google Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- [Privacy Checkup](#) guides you through key privacy settings for your Google Account

- [Google's safety center](#) ~~offers advice for staying safe & secure~~helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- ~~[Google's privacy site](#) provides more information about how we keep your information private and safe~~

- [Privacy & Terms](#) provides more context regarding this Privacy Policy and our Terms of Service

- [Technologies ~~and Principles~~](#) includes more information about:

  - [How Google uses cookies](#)

  - Technologies used for [Advertising](#)

  - [How Google uses pattern recognition](#) to recognize things like faces in photos

  - ~~A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.~~

  - [How Google uses ~~data when you use our partners'~~information from sites or apps that use our services](#)

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more [about Google ads](#) and [why you may see particular ads](#).

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're

composing, Gmail will suggest addresses based on the people you contact most frequently.

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps,

your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- ~~Project~~Google Fi, for a phone plan

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You

may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against

automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. ~~Learn more~~Learn more about these partners and how they use your information.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## appropriate safeguards

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. Learn more

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## Customizing our services

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies and similar technologies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

**GOOGLE PRIVACY POLICY**

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective ~~January 22, 2019~~October 15 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

**INFORMATION GOOGLE COLLECTS**

We want you to understand the types of information we collect as you use our services

J.A. 1895

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-

party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our

business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

**WHY GOOGLE COLLECTS DATA**

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

**J.A. 1901**

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

### Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Information you share

ControlIf you're a G Suite user, control whom you share information with through your account on Google+.

Go to Information You Share

## Ways to review & update your information

**J.A. 1903**

## My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

## Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

## Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing a song an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite),

your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

**J.A. 1907**

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

**KEEPING YOUR INFORMATION SECURE**

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

**EXPORTING & DELETING YOUR INFORMATION**

You can export a copy of your information or delete it from your Google Account at any

time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

[Export your data](#)

To delete your information, you can:

- Delete your content from [specific Google services](#)

- Search for and then delete specific items from your account using [My Activity](#)

- [Delete specific Google products](#), including your information associated with those products

- [Delete your entire Google Account](#)

[Delete your information](#)

# Retaining your information

~~In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's~~ [~~data retention periods~~](#)~~, including how long it takes us to delete your information.~~

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete [activity information](#) saved in your account, or [choose to have it deleted automatically](#) after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as [advertising data](#) in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

**COMPLIANCE & COOPERATION WITH REGULATORS**

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

**ABOUT THIS POLICY**

J.A. 1910

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

J.A. 1911

- [Fiber](#)

- [Google Fi](#)

- [G Suite for Education](#)

- [YouTube Kids](#)

- [Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)](#)

- [Voice and Audio Collection from Children's Features on the Google Assistant](#)

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- [Your Google Account](#) is home to many of the settings you can use to manage your account

- [Privacy Checkup](#) guides you through key privacy settings for your Google Account

- [Google's safety center](#) helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- [Privacy & Terms](#) provides more context regarding this Privacy Policy and our Terms of Service

- [Technologies](#) includes more information about:

  - [How Google uses cookies](#)

  - Technologies used for [Advertising](#)

  - [How Google uses pattern recognition](#) to recognize things like faces in photos

  - [How Google uses information from sites or apps that use our services](#)

**J.A. 1912**

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

### devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

### Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

### Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

### synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

### services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

**J.A. 1915**

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that

are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement

companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## appropriate safeguards

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. Learn more

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## Customizing our services

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies and similar technologies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being

sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to

J.A. 1923

such information by Google, such as information we associate with your Google Account.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will

**J.A. 1924**

be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

SAFETY & SECURITY

# Introducing auto-delete controls for your Location History and activity data

**David Monsees**
Product Manager, Search

**Marlo McGriff**
Product Manager, Maps

Published 01 May 2019

    

Whether you're looking for the latest news or the quickest driving route, we aim to make our products helpful for everyone. And when you turn on settings like Location History or Web & App Activity, the data can make Google products more useful for you—like recommending a restaurant that you might enjoy, or helping you pick up where you left

**J.A. 1926**

You can already use your Google Account to access simple on/off controls for Location History and Web & App Activity, and if you choose—to delete all or part of that data manually. In addition to these options, we're announcing auto-delete controls that make it even easier to manage your data. Here's how they'll work:



Choose a time limit for how long you want your activity data to be saved—3 or 18 months —and any data older than that will be automatically deleted from your account on an ongoing basis. These controls are coming first to Location History and Web & App Activity and will roll out in the coming weeks.

You should always be able to manage your data in a way that works best for you--and we're committed to giving you the best controls to make that happen.

J.A. 1927

## Related stories

**SAFETY & SECURITY**

### Our efforts to fight child sexual abuse online

Our efforts to combat online child sexual exploitation and abuse, and how we're supporting organizations that are committed to protecting...

Feb 24, 2021 



**ANDROID**

### Your Android is now even safer — and 5 other new features

Feb 23, 2021

○ ○ ○ ○ ○ ○

**J.A. 1928**

MAPS

# Updates to Incognito mode and your Timeline in Maps



**Marlo McGriff**

Product Manager, Maps

Published 09 Dec 2019

    

J.A. 1929

People turn to Google Maps to make their lives easier—whether it's getting tips and recommendations tailored to your daily commute, or knowing when your favorite restaurants, grocery stores and places may be the most crowded so you can avoid a long wait in line. Handy tools like this are improved by Location History—when you turn it on, this optional setting helps make Maps more useful for everyone, as well as personalized to your needs.

Throughout this year, we've focused on making it easier to control, manage and delete your Location History information. Location History is off by default, and you can choose to delete all or part of your history automatically when you turn it on. We introduced auto-delete controls so you can choose to keep only three or 18 months' worth of data—anything older than that will be automatically deleted. Your Data in Maps lets you quickly access your Location History and other privacy controls with just a few taps. And on Android, Incognito mode on Google Maps stops searches or places you navigate to within Maps from being saved to your Google Account.

Today, we have two updates: Incognito mode is rolling out on Google Maps for iOS today, and bulk delete in Timeline will arrive on Android next month.

**Incognito mode**

Incognito mode on iOS works the same way it does on Android. While in Incognito mode, the places you search for or navigate to won't be saved to your Google Account and you won't see personalized features within Maps, like restaurant recommendations based on dining spots you've been to previously. Using Incognito mode on your phone will not update your Location History, so the places you go won't be saved to your Timeline.



**Bulk delete in Timeline**

Your Timeline is a tool that uses your Location History to help you easily remember places and routes you've visited–and on Android, share them with friends. With bulk delete, you can quickly find and delete multiple places from your Timeline and Location History all at once. You'll still have the ability to delete all or part of your Timeline by date range from your Location History settings.



**How Location History improves Google Maps**

We're committed to providing simple, easy-to-use tools to manage your Location History—as well as clearly explaining how it makes products more useful. Scroll through the images below to learn more about Google Maps features made more helpful by Location History.

**Stay up to date on your Location History settings**

It's our goal to help you stay informed about your Location History. If you've chosen to turn Location History on, you'll receive periodic email reminders that let you know what data you're saving, and ways you can manage it.

To learn more about Location History and how location works across Google, visit our policy page.

POSTED IN:
MAPS — SAFETY & SECURITY

J.A. 1932

# Related stories

### SAFETY & SECURITY

## Our efforts to fight child sexual abuse online

Our efforts to combat online child sexual exploitation and abuse, and how we're supporting organizations that are committed to protecting...

Feb 24, 2021 →



### ANDROID

## Your Android is now even safer — and 5 other new features

Feb 23, 2021

○ ○ ○ ○ ○ ○

# If you're using an Android phone, Google may be tracking every move you make



REUTERS/PILAR OLIVARES

 By **David Yanofsky**
Editor of code, visuals, and data

January 24, 2018 · This article is more than 2 years old.

Biking? Google probably knows you are. Up a mountain? It probably knows that, too.

The Alphabet subsidiary's location-hungry tentacles are quietly lurking behind some of the most innovative features of its Android mobile operating system. Once those tentacles latch on, phones using Android begin silently transmitting data back to the servers of Google, including everything from GPS coordinates to nearby wifi networks, barometric pressure, and even a guess at the phone-holder's current activity. Although the product behind those transmissions is opt-in, for Android users it can be hard to avoid and even harder to understand. Opting in is also required to use several of Android's marquee features.

As a result, Google holds more extensive data on Android users than some ever realize. That data can be used by the company to sell targeted advertising. It can also be used to track into stores those consumers who saw ads on their phone or computer urging them to visit. [1] This also means governments and courts can request the detailed data on an individual's whereabouts.

While you've probably never heard of it, "Location History" is a longtime Google product with origins in the now-defunct Google Latitude. (Launched in 2009, that app allowed users to constantly broadcast their location to friends.) Today, Location History is used to power features like traffic predictions and restaurant recommendations. While it is not enabled on an Android phone by default—or even suggested to be turned on when setting up a new phone—activating Location History is subtly baked into setup for apps like Google Maps, Photos, the Google Assistant, and the primary Google app. In testing multiple phones, Quartz found that none of those apps use the same language to describe what happens when Location History is enabled, and none explicitly indicate that activation will allow every Google app, not just the one seeking permission, to access Location History data.

Quartz was able to capture transmissions of Location History information on three phones from different manufacturers, running various recent versions of Android. To accomplish this, we created a portable internet-connected wifi network that could eavesdrop and forward all of the transmissions that the devices connected to it broadcast and received. [2] None of the devices had SIM cards inserted. We walked around urban areas; shopping centers; and into stores, restaurants, and bars. The rig recorded every relevant network request [3] made by the Google Pixel 2, Samsung Galaxy S8, and Moto Z Droid that we were carrying.

According to our analysis of the phones' transmissions, this is just some of the information that gets periodically sent to Google's servers when Location History is enabled:

A list of types of movements that your phone thinks you could be doing, by likelihood. (e.g. walking: 51%, onBicycle: 4%,

inRailVehicle: 3%)

The barometric pressure

Whether or not you're connected to wifi

The MAC address—which is a unique identifier—of the wifi access point you're connected to

The MAC address, signal strength, and frequency of every nearby wifi access point

The MAC address, identifier, type, and two measures of signal strength of every nearby Bluetooth beacon

The charge level of your phone battery and whether or not your phone is charging

The voltage of your battery

The GPS coordinates of your phone and the accuracy of those coordinates

The GPS elevation and the accuracy of that

"That goes beyond what you'd expect for Location History," Bill Budington a security engineer for the Electronic Frontier Foundation, told Quartz when these transmissions were described to him, "especially in terms of predicted activity." The EFF is a nonprofit organization that advocates for digital civil liberties, freedom, and privacy, which both I and Google have made charitable contributions to in the past. [4]

Google, accurately, describes Location History as entirely opt-in. "With your permission, Google uses your Location History to deliver better results and recommendations on Google products," a spokesman wrote to Quartz in an email. "For example, you can receive traffic predictions for your daily commute, view photos grouped by locations, see recommendations based on places you've visited, and even locate a missing phone. Location History is entirely opt-in, and you can always edit, delete, or turn it off at any time."

When asked to opt in, however, the full implications of enabling Location History are rarely made clear. Here are some of the ways Google apps ask users to enable Location History.

## Google Photos



When the "Places" album is selected, the app requests to turn on Location History. The prompt says that Location History will allow you to "see photos grouped by where you've been." It doesn't say anything about Google using that information for other purposes. It doesn't mention that in exchange for organizing your photos, you let Google record what stores you're shopping in and what restaurants you're eating at by collecting information about nearby Bluetooth beacons and wifi networks. There is no option to limit Location History to only be used for sorting photos.

## Google Maps





In Google Maps, users are encouraged to "Get the most from Google Maps" by turning on Location History. "Google needs to periodically store your location to improve route recommendations, search suggestions and more," the full-screen prompt explains. Those suggestions come in exchange for Google knowing how often you go for a run and how often you charge your battery.

## Google App





In the primary Google App, the prompt to turn on Location History occurred almost immediately on one of the Phones we tested. On another, it only appeared when trying to activate information about local road traffic. Tapping "Learn More" reveals that Google plans to use this information not just for aiding a commute, but also to give you "more useful ads on and off Google."

## Google Assistant



On first use, the Google Assistant's activation screen immediately makes Location History look like a requirement. "The Assistant depends on these settings in order to work," the screen says, describing Location History as creating a "private map of where you go with your signed-in devices." [5]  It makes no mention of sharing your wifi connection, only that it will "regularly obtain location data

from this device, including when you aren't using a specific Google product." Allowing these permissions is required to activate Google Assistant, although if Location History is disabled after Google Assistant is set up, the assistant will still function and does not seem to prompt for it to be re-enabled.

Google Assistant is of strategic importance to the company's efforts to keep users in its ecosystem of devices, apps, and services rather than those of Apple, Amazon, or Microsoft. Most recently, all of these companies have been focused on in-home appliances that respond to voice and can assist with various routine tasks like playing music, calling a taxi, or ordering laundry detergent.

## Your Location History

Android users can check some of the information Google has collected about them by looking at "Your timeline" in Google Maps. (Google's information page on how to access it can be found here.) These instructions show how to turn off Location History entirely.

📰 **Kick off each morning with coffee and the Daily Brief (BYO coffee).**

Enter your email

By providing your email, you agree to the Quartz Privacy Policy.

# AP Exclusive: Google tracks your movements, like it or not

*By RYAN NAKASHIMA*

9-11 minutes

SAN FRANCISCO (AP) — Google wants to know where you go so badly that it records your movements even when you explicitly tell it not to.

An Associated Press investigation found that many Google services on Android devices and iPhones store your location data even if you've used a privacy setting that says it will prevent Google from doing so.

Computer-science researchers at Princeton confirmed these findings at the AP's request.

For the most part, Google is upfront about asking permission to use your location information. An app like Google Maps will remind you to allow access to location if you use it for navigating. If you agree to let it record your location over time, Google Maps will display that history for you in a "timeline" that maps out your daily movements.

Storing your minute-by-minute travels carries privacy risks and has been used by police to determine the location of suspects — such as a warrant that police in Raleigh, North Carolina, served on

J.A. 1941

Google last year to find devices near a murder scene. So the company lets you "pause" a setting called Location History.

Google says that will prevent the company from remembering where you've been. Google's support page on the subject states: "You can turn off Location History at any time. With Location History off, the places you go are no longer stored."

That isn't true. Even with Location History paused, some Google apps automatically store time-stamped location data without asking. (It's possible, although laborious, to delete it .)

For example, Google stores a snapshot of where you are when you merely open its Maps app. Automatic daily weather updates on Android phones pinpoint roughly where you are. And some searches that have nothing to do with location, like "chocolate chip cookies," or "kids science kits," pinpoint your precise latitude and longitude — accurate to the square foot — and save it to your Google account.

The privacy issue affects some two billion users of devices that run Google's Android operating software and hundreds of millions of worldwide iPhone users who rely on Google for maps or search.

Storing location data in violation of a user's preferences is wrong, said Jonathan Mayer, a Princeton computer scientist and former chief technologist for the Federal Communications Commission's enforcement bureau. A researcher from Mayer's lab confirmed the AP's findings on multiple Android devices; the AP conducted its own tests on several iPhones that found the same behavior.

"If you're going to allow users to turn off something called 'Location History,' then all the places where you maintain location history should be turned off," Mayer said. "That seems like a pretty

straightforward position to have."

Google says it is being perfectly clear.

"There are a number of different ways that Google may use location to improve people's experience, including: Location History, Web and App Activity, and through device-level Location Services," a Google spokesperson said in a statement to the AP. "We provide clear descriptions of these tools, and robust controls so people can turn them on or off, and delete their histories at any time."

Google's explanation did not convince several lawmakers.

Sen. Mark Warner of Virginia told the AP it is "frustratingly common" for technology companies "to have corporate practices that diverge wildly from the totally reasonable expectations of their users," and urged policies that would give users more control of their data. Rep. Frank Pallone of New Jersey called for "comprehensive consumer privacy and data security legislation" in the wake of the AP report.

To stop Google from saving these location markers, the company says, users can turn off another setting, one that does not specifically reference location information. Called "Web and App Activity" and enabled by default, that setting stores a variety of information from Google apps and websites to your Google account.

When paused, it will prevent activity on any device from being saved to your account. But leaving "Web & App Activity" on and turning "Location History" off only prevents Google from adding your movements to the "timeline," its visualization of your daily travels. It does not stop Google's collection of other location

markers.

You can delete these location markers by hand, but it's a painstaking process since you have to select them individually, unless you want to delete all of your stored activity.

You can see the stored location markers on a page in your Google account at myactivity.google.com, although they're typically scattered under several different headers, many of which are unrelated to location.

To demonstrate how powerful these other markers can be, the AP created a visual map of the movements of Princeton postdoctoral researcher Gunes Acar, who carried an Android phone with Location history off, and shared a record of his Google account.

The map includes Acar's train commute on two trips to New York and visits to The High Line park, Chelsea Market, Hell's Kitchen, Central Park and Harlem. To protect his privacy, The AP didn't plot the most telling and frequent marker — his home address.

Huge tech companies are under increasing scrutiny over their data practices, following a series of privacy scandals at Facebook and new data-privacy rules recently adopted by the European Union. Last year, the business news site Quartz found that Google was tracking Android users by collecting the addresses of nearby cellphone towers even if all location services were off. Google changed the practice and insisted it never recorded the data anyway.

Critics say Google's insistence on tracking its users' locations stems from its drive to boost advertising revenue.

"They build advertising information out of data," said Peter Lenz,

the senior geospatial analyst at Dstillery, a rival advertising technology company. "More data for them presumably means more profit."

The AP learned of the issue from K. Shankari, a graduate researcher at UC Berkeley who studies the commuting patterns of volunteers in order to help urban planners. She noticed that her Android phone prompted her to rate a shopping trip to Kohl's, even though she had turned Location History off.

"So how did Google Maps know where I was?" she asked in a [blog post](#) .

The AP wasn't able to recreate Shankari's experience exactly. But its attempts to do so revealed Google's tracking. The findings disturbed her.

"I am not opposed to background location tracking in principle," she said. "It just really bothers me that it is not explicitly stated."

Google offers a more accurate description of how Location History actually works in a place you'd only see if you turn it off — a popup that appears when you "pause" Location History on your [Google account webpage](#) . There the company notes that "some location data may be saved as part of your activity on other Google services, like Search and Maps."

Google offers additional information in a popup that appears if you re-activate the "Web & App Activity" setting — an uncommon action for many users, since this setting is on by default. That popup states that, when active, the setting "saves the things you do on Google sites, apps, and services ... and associated information, like location."

Warnings when you're about to turn Location History off via Android and iPhone device settings are more difficult to interpret. On Android, the popup explains that "places you go with your devices will stop being added to your Location History map." On the iPhone, it simply reads, "None of your Google apps will be able to store location data in Location History."

The iPhone text is technically true if potentially misleading. With Location History off, Google Maps and other apps store your whereabouts in a section of your account called "My Activity," not "Location History."

Since 2014, Google has let advertisers track the effectiveness of online ads at driving foot traffic , a feature that Google has said relies on user location histories.

The company is pushing further into such location-aware tracking to drive ad revenue, which rose 20 percent last year to $95.4 billion. At a Google Marketing Live summit in July, Google executives unveiled a new tool called "local campaigns" that dynamically uses ads to boost in-person store visits. It says it can measure how well a campaign drove foot traffic with data pulled from Google users' location histories.

Google also says location records stored in My Activity are used to target ads. Ad buyers can target ads to specific locations — say, a mile radius around a particular landmark — and typically have to pay more to reach this narrower audience.

While disabling "Web & App Activity" will stop Google from storing location markers, it also prevents Google from storing information generated by searches and other activity. That can limit the effectiveness of the Google Assistant, the company's digital

concierge.

Sean O'Brien, a Yale Privacy Lab researcher with whom the AP shared its findings, said it is "disingenuous" for Google to continuously record these locations even when users disable Location History. "To me, it's something people should know," he said.

___

AP Interactive: https://interactives.ap.org/google-location-tracking/

___

Associated Press writers Alan Fram and Mary Clare Jalonick in Washington and Jonathan Drew in Raleigh, North Carolina, contributed to this report.

Alex Welsh for The New York Times

# Tracking Phones, Google Is a Dragnet for the Police

The tech giant records people's locations worldwide. Now, investigators are using it to find suspects and witnesses near crimes, running the risk of snaring the innocent.

**By JENNIFER VALENTINO-DeVRIES**    APRIL 13, 2019

When detectives in a Phoenix suburb arrested a warehouse worker in a murder investigation last December, they credited a new technique with breaking open the case after other leads went cold.

The police told the suspect, Jorge Molina, they had data tracking his phone to the site where a man was shot nine months earlier. They had made the discovery after obtaining a search warrant that required Google to provide information on all devices it recorded near the killing, potentially capturing the whereabouts of anyone in the area.

Investigators also had other circumstantial evidence, including security video of someone firing a gun from a white Honda Civic, the same model

that Mr. Molina owned, though they could not see the license plate or attacker.

But after he spent nearly a week in jail, the case against Mr. Molina fell apart as investigators learned new information and released him. Last month, the police arrested another man: his mother's ex-boyfriend, who had sometimes used Mr. Molina's car.

The warrants, which draw on an enormous Google database employees call Sensorvault, turn the business of tracking cellphone users' locations into a digital dragnet for law enforcement. In an era of ubiquitous data gathering by tech companies, it is just the latest example of how personal information — where you go, who your friends are, what you read, eat and watch, and when you do it — is being used for purposes many people never expected. As privacy concerns have mounted among consumers, policymakers and regulators, tech companies have come under intensifying scrutiny over their data collection practices.

The Arizona case demonstrates the promise and perils of the new investigative technique, whose use has risen sharply in the past six months, according to Google employees familiar with the requests. It can help solve crimes. But it can also snare innocent people.

Technology companies have for years responded to court orders for specific users' information. The new warrants go further, suggesting possible suspects and witnesses in the absence of other clues. Often, Google employees said, the company responds to a single warrant with location information on dozens or hundreds of devices.

Law enforcement officials described the method as exciting, but cautioned that it was just one tool.

---

Opinion
The Privacy Project

The New York Times is launching an ongoing examination of privacy. We'll dig into the ideas, history and future of how our information navigates the digital ecosystem and what's at stake.

J.A. 1949



"It doesn't pop out the answer like a ticker tape, saying this guy's guilty," said Gary Ernsdorff, a senior prosecutor in Washington State who has worked on several cases involving these warrants. Potential suspects must still be fully investigated, he added. "We're not going to charge anybody just because Google said they were there."

It is unclear how often these search requests have led to arrests or convictions, because many of the investigations are still open and judges frequently seal the warrants. The practice was first used by federal agents in 2016, according to Google employees, and first publicly reported last year in North Carolina. It has since spread to local departments across the country, including in California, Florida, Minnesota and Washington. This year, one Google employee said, the company received as many as 180 requests in one week. Google declined to confirm precise numbers.

The technique illustrates a phenomenon privacy advocates have long referred to as the "if you build it, they will come" principle — anytime a technology company creates a system that could be used in surveillance, law enforcement inevitably comes knocking. Sensorvault, according to Google employees, includes detailed location records involving at least hundreds of millions of devices worldwide and dating back nearly a decade.

**J.A. 1950**

The new orders, sometimes called "geofence" warrants, specify an area and a time period, and Google gathers information from Sensorvault about the devices that were there. It labels them with anonymous ID numbers, and detectives look at locations and movement patterns to see if any appear relevant to the crime. Once they narrow the field to a few devices they think belong to suspects or witnesses, Google reveals the users' names and other information.

"There are privacy concerns that we all have with our phones being tracked — and when those kinds of issues are relevant in a criminal case, that should give everybody serious pause," said Catherine Turner, a Minnesota defense lawyer who is handling a case involving the technique.

Investigators who spoke with The New York Times said they had not sent geofence warrants to companies other than Google, and Apple said it did not have the ability to perform those searches. Google would not provide details on Sensorvault, but Aaron Edens, an intelligence analyst with the sheriff's office in San Mateo County, Calif., who has examined data from hundreds of phones, said most Android devices and some iPhones he had seen had this data available from Google.

In a statement, Richard Salgado, Google's director of law enforcement and information security, said that the company tried to "vigorously protect the privacy of our users while supporting the important work of law enforcement." He added that it handed over identifying information only "where legally required."

Mr. Molina, 24, said he was shocked when the police told him they suspected him of murder, and he was surprised at their ability to arrest him based largely on data.

"I just kept thinking, You're innocent, so you're going to get out," he said, but he added that he worried that it could take months or years to be exonerated. "I was scared," he said.

## A Novel Approach

Detectives have used the warrants for help with robberies, sexual assaults, arsons and murders. Last year, federal agents requested the data to investigate a string of bombings around Austin, Tex.

Austin investigators obtained another warrant after a fourth bomb exploded. But the suspect killed himself three days after that bomb, as they were closing in. Officials at the time said surveillance video and receipts for suspicious purchases helped identify him.

An F.B.I. spokeswoman declined to comment on whether the response from Google was helpful or timely, saying that any question about the technique "touches on areas we don't discuss."

Officers who have used the warrants said they showed promise in finding suspects as well as witnesses who may have been near the crime without realizing it. The searches may also be valuable in cold cases. A warrant last year in Florida, for example, sought information on a murder from 2016. A Florida Department of Law Enforcement spokeswoman declined to comment on whether the data was helpful.

The approach has yielded useful information even if it wasn't what broke the case open, investigators said. In a home invasion in Minnesota, for example, Google data showed a phone taking the path of the likely intruder, according to a news report and police documents. But detectives also cited other leads, including a confidential informant, in developing suspects. Four people were charged in federal court.

According to several current and former Google employees, the Sensorvault database was not designed for the needs of law enforcement, raising questions about its accuracy in some situations.

Though Google's data cache is enormous, it doesn't sweep up every phone, said Mr. Edens, the California intelligence analyst. And even if a location is recorded every few minutes, that may not coincide with a shooting or an assault.

Google often doesn't provide information right away, investigators said. The Google unit handling the requests has struggled to keep up, so it can take weeks or months for a response. In the Arizona investigation, police received data six months after sending the warrant. In a different Minnesota case this fall, it came in four weeks.

But despite the drawbacks, detectives noted how precise the data was and how it was collected even when people weren't making calls or using apps — both improvements over tracking that relies on cell towers.

"It shows the whole pattern of life," said Mark Bruley, the deputy police chief in Brooklyn Park, Minn., where investigators have been using the technique since this fall. "That's the game changer for law enforcement."

## A Trove of Data

Location data is a lucrative business — and Google is by far the biggest player, propelled largely by its Android phones. It uses the data to power advertising tailored to a person's location, part of a more than $20 billion market for location-based ads last year.

In 2009, the company introduced Location History, a feature for users who wanted to see where they had been. Sensorvault stores information on anyone who has opted in, allowing regular collection of data from GPS signals, cellphone towers, nearby Wi-Fi devices and Bluetooth beacons.

People who turn on the feature can see a timeline of their activity and get recommendations based on it. Google apps prompt users to enable Location History for things like traffic alerts. Information in the database is held indefinitely, unless the user deletes it.

"We citizens are giving this stuff away," said Mr. Ernsdorff, the Washington State prosecutor, adding that if companies were collecting data, law enforcement should be able to obtain a court order to use it.

Current and former Google employees said they were surprised by the warrants. Brian McClendon, who led the development of Google Maps and related products until 2015, said he and other engineers had assumed the police would seek data only on specific people. The new technique, he said, "seems like a fishing expedition."

## Uncharted Legal Territory

The practice raises novel legal issues, according to Orin Kerr, a law professor at the University of Southern California and an expert on criminal law in the digital age.

One concern: the privacy of innocent people scooped up in these searches. Several law enforcement officials said the information remained sealed in their jurisdictions but not in every state.

In Minnesota, for example, the name of an innocent man was released to a local journalist after it became part of the police record. Investigators had his information because he was within 170 feet of a burglary. Reached by a reporter, the man said he was surprised about the release of his data and thought he might have appeared because he was a cabdriver. "I drive everywhere," he said.

These searches also raise constitutional questions. The Fourth Amendment says a warrant must request a limited search and establish probable cause that evidence related to a crime will be found.

Warrants reviewed by The Times frequently established probable cause by explaining that most Americans owned cellphones and that Google held location data on many of these phones. The areas they targeted ranged from single buildings to multiple blocks, and most sought data over a few hours. In the Austin case, warrants covered several dozen houses around each bombing location, for times ranging from 12 hours to a week. It wasn't clear whether Google responded to all the requests, and multiple officials said they had seen the company push back on broad searches.

Last year, the Supreme Court ruled that a warrant was required for historical data about a person's cellphone location over weeks, but the court has not ruled on anything like geofence searches, including a technique that pulls information on all phones registered to a cell tower.

Google's legal staff decided even before the 2018 ruling that the company would require warrants for location inquiries, and it crafted the procedure that first reveals only anonymous data.

"Normally we think of the judiciary as being the overseer, but as the technology has gotten more complex, courts have had a harder and harder time playing that role," said Jennifer Granick, surveillance and cybersecurity counsel at the American Civil Liberties Union. "We're depending on companies to be the intermediary between people and the government."

In several cases reviewed by The Times, a judge approved the entire procedure in a single warrant, relying on investigators' assurances that they

would seek data for only the most relevant devices. Google responds to those orders, but Mr. Kerr said it was unclear whether multistep warrants should pass legal muster.

Some jurisdictions require investigators to return to a judge and obtain a second warrant before getting identifying information. With another warrant, investigators can obtain more extensive data, including months of location patterns and even emails.

## Mixed Results

Investigators in Arizona have never publicly disclosed a likely motive in the killing of Joseph Knight, the crime for which Mr. Molina was arrested. In a court document, they described Mr. Knight, a 29-year-old aircraft repair company employee, as having no known history of drug use or gang activity.

Detectives sent the geofence warrant to Google soon after the murder and received data from four devices months later. One device, a phone Google said was linked to Mr. Molina's account, appeared to follow the path of the gunman's car as seen on video. His carrier also said the phone was associated with a tower in roughly the same area, and his Google history showed a search about local shootings the day after the attack.

After his arrest, Mr. Molina told officers that Marcos Gaeta, his mother's ex-boyfriend, had sometimes taken his car. The Times found a traffic ticket showing that Mr. Gaeta, 38, had driven that car without a license. Mr. Gaeta also had a lengthy criminal record.

While Mr. Molina was in jail, a friend told his public defender, Jack Litwak, that she was with him at his home about the time of the shooting, and she and others provided texts and Uber receipts to bolster his case. His home, where he lives with his mother and three siblings, is about two miles from the murder scene.

Mr. Litwak said his investigation found that Mr. Molina had sometimes signed in to other people's phones to check his Google account. That could lead someone to appear in two places at once, though it was not clear whether that happened in this case.

Mr. Gaeta was arrested in California on an Arizona warrant. He was then charged in a separate California homicide from 2016. Officials said that case would probably delay his extradition to Arizona.

A police spokesman said "new information came to light" after Mr. Molina's arrest, but the department would not comment further.

Months after his release, Mr. Molina was having trouble getting back on his feet. After being arrested at work, a Macy's warehouse, he lost his job. His car was impounded for investigation and then repossessed.

The investigators "had good intentions" in using the technique, Mr. Litwak said. But, he added, "they're hyping it up to be this new DNA type of forensic evidence, and it's just not."

Michael LaForgia contributed reporting. Kitty Bennett contributed research.

**Related Coverage**

- Google's Sensorvault Is a Boon for Law Enforcement. This Is How It Works. APRIL 13, 2019

- Hundreds of Apps Can Empower Stalkers to Track Their Victims MAY 19, 2018

- Service Meant to Monitor Inmates' Calls Could Track You, Too MAY 10, 2018

© 2021 The New York Times Company



May 11, 2018

The Honorable Joseph Simons
Chairman
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Dear Chairman Simons:

We write to bring to your attention our concerns regarding Google's collection of sensitive location data within its "Location History" service, and to urge you to investigate any deceptive acts and practices associated with the product. As recent events have demonstrated, the American public is increasingly concerned about the stockpiling of intimate data on their personal lives unknowingly collected from their online accounts and devices. Based on our investigation and public reports on Location History, we have significant reservations about Google's failure to clearly account for how that location data is collected and used by the company.

Since 2009, Google has promoted continuous tracking of user location within several of its products through a service now called Location History. When a user enables Location History, they not only provide Google with periodic data from one device, they deepen the volume and invasiveness of collection across devices and on a continuous basis. While Google describes the tracking as an opt-in feature, our own investigation found that the consent process frequently mischaracterizes the service and degrades the functionality of products in order to push users into providing permission. This conflicts with recent industry-wide changes to improve privacy on smartphones, particularly where Google forces users on Apple devices to enable more permissive settings. Moreover, Google does not offer full and accessible information to consumers on the use of their data, including in advertising and commercial analytics services. These factors raise serious questions about whether users are able to provide informed consent.

Based on our longstanding concerns regarding digital tracking, we wrote to Google demanding a full explanation of their collection of location data on December 1, 2017 (Attachment 1). Google replied in a letter dated January 12, 2018 (Attachment 2).

There has been a long established, bipartisan recognition that precise geolocation data is sensitive—raising expectations of user consent and notification. This means there should be clear opt-in consent to collect this information. Yet, Google's policies, documentation, and response

1

letter raise questions about their characterization of basic consumer protection terms such as "opt-in", "opt-out", "notice", "consent", and "anonymization." Google claims Google Location History is opt-in, but both the device and application settings on Android phones frequently pushes users into providing "consent." Often the actual user choice is a screen that provides two choices, neither of which is a clear "No" (see Attachment 3). This set of options is inadequate and the confusing consent process is replicated throughout Android's various settings, where location privacy is often mischaracterized or subdivided so few users could effectuate their choice to opt-out of Google's location data gathering (see Attachment 4).

In January, *Quartz* published a detailed article on the service and Google's failure to provide an effective opt out of collection.[1] *Quartz*'s technical investigation found that when Location History is enabled, Google reported back even more device sensor information than usual, including barometric pressure, wireless signal information, battery status, and a determination about how the user is moving (such as whether they are on a bicycle). In its response letter, Google acknowledged that when Location History is on, it stores additional information from publicly-available Bluetooth "beacons," low-power devices intended to provide proximity experiences to businesses.[2] These sensors provide Google with not simply an understanding of what city a user is currently in, but the exact floor and movements within a building.

Once a user allows Location History in one application, they enter into the expansive and continuous collection of location data that is not adequately communicated to users. Google describes Location History as an 'account-level setting,' which means that Google defaults to collection across all devices that a user is logged into. This data is collected from users even when an individual is not actively using a Google application.[3] On Apple's iOS devices, Google forces users to downgrade privacy settings that would otherwise only allow tracking when an app is open in order to use features that require Location History – effectively, users have to allow Google to always track them or not use the features at all. Since Google does not provide periodic reminders or clear indication that Location History is on, users can easily enable the service and have their location monitored well beyond their intended use of the application.

Our concerns regarding Google's push for location tracking are exacerbated by the company's opacity regarding the use of this data. Consumers have a right to know how their sensitive information is used, particularly when it comes to commercial purposes. Google typically describes Location History as a service to provide "better results and recommendations

---

[1] Yanofsky , David. "If You're Using an Android Phone, Google May Be Tracking Every Move You Make." Quartz. January 24, 2018. https://qz.com/1183559/if-youre-using-an-android-phone-google-may-be-tracking-every-move-you-make/.

[2] Letter from Molinari, Susan (Google). Received by Senators Blumenthal and Markey, 12 Jan. 2018: "There are other Google products that may scan and collect certain information from Bluetooth beacons near the device. This includes information that any Bluetooth beacon may be publicly broadcasting for use, such as beacon type, beacon identifier, signal strength, and broadcast power. For example, if a user has turned on the opt-in Location History feature for their Google account, Google will use publicly available beacon information as one signal to help determine location."

[3] "When you turn on Location History, Google remembers your location on all devices where you're signed in, even when you're not using the app." from "View or Edit Your Timeline." Google Maps Help. https://support.google.com/maps/answer/6258979?co=GENIE.Platform%3DAndroid&hl=en.

on Google products," offering an example of recommending new places or giving traffic predictions. Google does not provide a full and explicit account of its use of the Location History in products and services, only including mentions of improving "location accuracy" and "battery life."[4] Further information is often only found in passing reference across disparate and unrelated product information pages intended for different audiences.

For example, in its "Business Help" page, Google states that Location History is used to provide information for businesses on Maps and Search related to popular times, wait times, and visit duration.[5] This disclosure is not offered to consumers. Google makes no mention of the use of Location History for advertising purposes in its consent mechanisms, despite the fact that it clearly uses this data for ad targeting and analytics. A general purpose "Why you may see particular ads" page states that Google uses location information in ad products to infer demographic information. While that page does not disclose how it infers location, another help page includes an example scenario that indicates Location History data is used in targeting of advertisements:[6]

> *Dorothy gives her mailing address to an online athletics store when she buys a pair of sneakers. This athletics store puts Dorothy's mailing address in its customer database, then shares its list of mailing addresses with Google. Google matches this list with addresses associated with Google accounts (ex: addresses saved in Google Maps, or **addresses from location history** [emphasis added]). Later, when Dorothy is signed in to Google and is browsing online, she may see an ad from the athletics store.*

This example describes the AdWords Customer Match service that allows advertisers to upload their list of customers to continue to target them as they browse the Internet.[7]

While many of the practices described implicates further consumer protection and privacy concerns, the troubling potential of this tracking is exemplified within the description of Google's "store visits" advertisement service:[8]

> *Store visits are measured exclusively using data from Google users who have activated Location History, which provides a location timeline, stored against the user's Google Account. Google correlates the observed store visits from those users who have activated Location History with those users' ad clicks and then uses that data to estimate the aggregate number of store visits for all users who clicked on the advertiser's ads.*

In December 2014, Google announced Store Visits analytics to provide aggregated reports of visits to retail locations by Google users who had clicked on an ad for the advertiser's

---

[4] "Manage or Delete Your Location History." Google Account Help.
https://support.google.com/accounts/answer/3118687?hl=en.
[5] "Popular Times, Wait Times, and Visit Duration." Google My Business Help.
https://support.google.com/business/answer/6263531?hl=en.
[6] "Why You're Seeing an Ad." Google Ads Help. https://support.google.com/ads/answer/7029660?hl=en.
[7] "About Customer Match." Google AdWords Help. https://support.google.com/adwords/answer/6379332?hl=en.
[8] Letter from Molinari, Susan (Google).

3

products or services.[9] Google has expanded its use of Location History in advertising analytics since its introduction. In March 2017, Google announced that it had applied "deep learning models" to provide better accuracy for multi-story malls and dense geographies.[10] Last October, Google announced that it will provide "impression-based store visits." With the change, Google will provide advertisers with information on whether people visit stores just based on seeing the advertisement, even if they do not click it.[11]

Google has also expanded the amount of information provided to advertisers, including the time taken for people to visit a store after clicking an ad, how many store visits come from repeat customers, and demographics on which groups are more likely to visit the store. In fact, Google's response revealed, "Google uses location information in our ads products to infer **demographic information** [emphasis added], to improve the relevance of the ads users see, to measure ad performance, and to report aggregate statistics to advertisers." We are particularly concerned about the use of location data for demographic inferences.

The power of this fine-grain, large-scale monitoring of the behaviors and movements of consumers is illustrated within Google's regular blog posts about holiday shopping habits provided by the Location History data.[12] Google has an intimate understanding of personal lives as they watch their user's seek the support of reproductive health services, engage in civic activities, or attend places of religious worship. All that it takes for users to expose themselves to this collection is to once allow an ambiguously described feature, for example when trying to display photos on a map on the Google Photo service, silently enabling the feature across devices with no expiration date. A feature that is only intended by a user to add city information to pictures is then opaquely used to precisely track people into stores for advertisers. Products like Store Visits and Customer Match bridge people's online activities with their daily lives in ways that they are not fully informed of.

Most consumers do not understand the level, granularity, and reach of Google's data collection, and there are serious questions about whether they have provided their informed consent and maintain a reasonable ability to avoid participating in this collection.

We are strong supporters of the FTC and its consumer protection mission. We have long advocated for robust enforcement where consumer harm is present. Congress empowered the FTC with a broad consumer enforcement mandate because it wanted the FTC to evolve with the marketplace. Today, data privacy and cybersecurity are two of the most important issues for consumers, and the loss of control over their personal data could have serious consequences for our economy.

[9] "Measure More: Improving Estimated Total Conversions with Store Visit Insights." Google Inside AdWords. December 18, 2014. https://adwords.googleblog.com/2014/12/measure-more-improving-estimated-total.html.
[10] "New Measurement Innovations Unlock More Store Visits Data." Google Inside AdWords. March 29, 2017. https://adwords.googleblog.com/2017/03/new-measurement-innovations-unlock-more.html.
[11] "Unwrapping New Innovations for the Holidays and Beyond." Google Inside AdWords. October 24, 2017. https://adwords.googleblog.com/2017/10/unwrapping-new-innovations-for-holidays.html.
[12] "How Consumers Will Shop—and What They'll Buy—This Holiday Season." Google Inside AdWords. November 22, 2016. https://adwords.googleblog.com/2016/11/how-consumers-will-shopand-what-theyll.html.

4

We ask that you review Google's response, our attachments, and their privacy policies and open an investigation into the potential deceptive acts and practices used by Google to track and commoditize American consumers.

Sincerely,

RICHARD BLUMENTHAL
United States Senator

EDWARD J. MARKEY
United States Senator

5

# Attachment 1

Letter from Senators Blumenthal and Markey, 1 Dec. 2018

RICHARD BLUMENTHAL
CONNECTICUT

COMMITTEES:

AGING

ARMED SERVICES

COMMERCE, SCIENCE, AND TRANSPORTATION

JUDICIARY

VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

706 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-2823
FAX: (202) 224-9673

90 STATE HOUSE SQUARE, TENTH FLOOR
HARTFORD, CT 06103
(860) 258-6940
FAX: (860) 258-6958

915 LAFAYETTE BOULEVARD, SUITE 304
BRIDGEPORT, CT 06604
(203) 330-0598
FAX: (203) 330-0608
http://blumenthal.senate.gov

December 1, 2017

Mr. Sundar Pichai
CEO
Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

Dear Mr. Pichai:

According to a concerning new investigation by the publication *Quartz*, Android devices are continually and covertly collecting users' location information and sending this information to Google -- even when location services are disabled, the phone has been reset to factory condition, no apps are running or the SIM card is removed.[1] These practices, which Google confirmed in the article, are alarming, and the public deserves a full explanation from the company's CEO of the reason behind this data collection.

To date, Google's explanation for this location tracking behavior has been inadequate. As you know, the Federal Trade Commission has long considered it necessary to get affirmative opt-in consent before gathering consumer geolocation data due to the sensitive nature of that data. Furthermore, I am concerned you have not been candid with why this intrusive user tracking mechanism was implemented and to what extent Google is actually committed to ceasing collection of user location data.

As the Ranking Member of the Senate Commerce Subcommittee on Consumer Protection, Product Safety, Insurance, and Data Security, a member of the Senate Judiciary Committee, and longtime advocate for consumer privacy protections, I respectfully request responses on the following questions:

1) Google's privacy policy asserts, "When you use Google services, we *may* [emphasis added] collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that *may* [emphasis added], for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers." Under what circumstances "may" Google collect this data? Under what circumstances does Google *always* collect this data? Under what circumstances does Google *never* collect this data? What do you mean by "when you use Google services?" Is *all* of Android's operating system a Google service? What do you specifically mean by "nearby devices?"

---

[1] Collins, Keith. Google collects Android users' locations even when location services are disabled." *Quartz*, 21 Nov. 2017. qz.com/1131515/google-collects-android-users-locations-even-when-location-services-are-disabled/ .

2) If a user goes "offline" and disconnects their mobile phone from the Internet for a period of time, or even places the device in so-called "airplane mode," does Google receive location data, Wi-Fi data, cell tower data, during this "offline" time period, even if location services is still on?

3) What location data does Google specifically collect from Android users and under what circumstances? Is the location data associated with a specific device ID? Is it associated with a specific user ID? Are there any other specific user or device identifiers involved? Can you please attach to your response examples of any relevant files or server logs transmitted by an Android device to Google so we can see for ourselves what location information is being compiled and transmitted?

4) Is a users' specific location data combined with other information Google collects about users' Internet activities? Is it combined with search data? DoubleClick cookie data? YouTube data, etc.?

5) Regarding "Wi-Fi access points," per your privacy policy, can you describe exactly what information is being collected and for what purpose? Are you collecting just known Wi-Fi access points a device has previously connected to or all Wi-Fi access points in range of the device? Are you collecting just network names or more information like a MAC ID, network address, signal strength or any other information? Are you collecting information about so-called "hot spots," other devices transmitting Wi-Fi signals? Are these Wi-Fi access points stored in a Google database and are they used for identifying a users' specific location?

6) Are there other network signals you are collecting, such as Bluetooth beacons? Again, all Bluetooth signals or only known or paired Bluetooth beacons? Specific device identifiers? Signal strengths?

7) As you know, today's mobile devices contain a range of sensors and consumers may or may not be fully informed about the purpose of those sensors. For example, consumers believe accelerometers are primarily for tracking a users' "steps" within a health app. Do you collect accelerometer data to assist in location tracking? How often and under what circumstances? Consumers believe barometer information is primarily used for "weather" within a weather app. Do you collect barometer information to assist in location tracking? How often and under what circumstances?

8) The Google spokesperson cited in the *Quartz* article stated that "we never incorporated Cell ID into our network sync system." Can you describe exactly what your network sync system is and what information is "incorporated" into it and for what purpose? Does the network sync system include other location-related information?

9) As you know, Google boasts to advertisers that it provides metrics on "store visit conversions" – meaning when a targeted ad translates into a retail store visit. These metrics are "calculated based on aggregated anonymized data from hundreds of millions

of Google users who opt-in to share Location History, click on a search or display ad, then visit a business location."[2] How is Google able to obtain this data if, as was claimed by a Google spokesperson, location data was never used or stored? Specifically, how does Google know when a user visits a business location with "99% accuracy"? Has this location data ever been used to determine if consumers visited a retailer or was influenced by an online/mobile advertisement? If not location, has any other data been used to determine consumer behavior? How exactly are consumers "opting in" to this kind of tracking and use of their data to inform Google store visits conversions?

10) While you commit in the article to cease sending "cell-tower" location data to Google by the end of November, it is not clear if you are also committed to refraining from sending other forms of user location information — whether determined by GPS, Wi-Fi access points, nearby devices, sensors, or any other kind of technology? Can you clarify?

11) Does Google collect user data from Apple iOS devices through Google apps? If so, what data is collected from iOS devices? How is that data collected? Does Google recognize and respect all of the privacy choices made by iOS users? Is Google confident that it is not inadvertently collecting data from consumers who have affirmatively opted out of data collection or location sharing? For example, if a consumer is using Google maps on an Apple device, does Google receive and store that location information?

12) It would seem from the *Quartz* article and your privacy policy that a substantial *quantity* of data is transmitted to Google from Android devices and I assume that occurs on a regular basis. Who is paying for all of this location-related data transmission when a consumer is not using a specific app or not using the Internet? Is this location data transmitted over the cell network, where a consumer is paying for the data? Or just when a user is connected to Wi-Fi? How much information is being transmitted that is not related to a users' specific app or Internet usage and is not for the purposes of diagnostics?

Thank you for your attention to these important questions. The American public is growing increasingly uneasy about the amount of data collected on them. It is important that they are fully aware of exactly when, how, and why their location information is being collected by the companies that they have put their trust in. I respectfully request a response by January 12, 2018.

Sincerely,

Richard Blumenthal
United States Senate

---

[2] Google AdWords. "Bridging the Customer Journey across the Physical and Digital Worlds." *Google*. static.googleusercontent.com/media/www.google.com/en/us/adwords/start/marketing-goals/pdf/white-paper-bridging-the-customer-journey.pdf .

# Attachment 2

Letter from Molinari, Susan (Google). Received by Senators Blumenthal and Markey, 12 Jan. 2018



January 12, 2018

The Honorable Richard Blumenthal
United States Senate
706 Hart Senate Office Building
Washington, D.C., 20510

The Honorable Edward J. Markey
United States Senate
255 Dirksen Senate Office Building
Washington, D.C., 20510

Dear Senator Blumenthal and Senator Markey,

Thank you for your letter of December 1, 2017. We appreciate the opportunity to explain our products and practices and to provide more information about the press report you note.

Privacy and security are critical issues for Google and we are deeply committed to keeping user data private and secure.

We want to be clear, the Quartz story you reference mischaracterizes what happened and how our systems work. The system it described did not use cell tower identifiers ("Cell ID") and never tracked user location. The Quartz article discussed device-side code that is part of a system Google uses to maintain a persistent connection between devices and servers so that the devices can receive notifications and messages in real-time. The system determines the optimal interval at which devices should "ping" servers so that this persistent connection stays open. If the connection closes, messages and notifications may be delayed and users would have to refresh their apps manually to get new messages. This system is designed to help users by determining the optimal ping interval, which helps preserve users' device batteries and makes real-time messaging available.

The claims that Google was using Cell ID from these transmissions to track user location are unfounded and untrue. While the device-side code transmitted data including Mobile Country Code or "MCC", Mobile Network Code or "MNC" and Cell ID, the server-side code (which would not have been accessible to the Quartz reporter) only logged MCC and MNC.

Although the Quartz article incorrectly stated that we were using Cell ID to track users' locations, we do use location data that we collect in other contexts to provide useful products and features to our users such as Google Maps. We welcome the opportunity to answer your additional

questions about how Google and Android work, and have included responses to these questions below.

1. **Google's privacy policy asserts, "When you use Google services, we _may_ [emphasis added] collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that _may_ [emphasis added], for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers." Under what circumstances "may" Google collect this data? Under what circumstances does Google _always_ collect this data? Under what circumstances does Google _never_ collect this data?**

We collect and use various types of location information in our products. The types of information we collect depend on a number of factors, including the service we are providing and the user's settings.

For example, standard Internet traffic information, such as IP address, can be used to provide the user with the correct language and locale for search queries. Some products, such as turn-by-turn navigation in Google Maps for mobile, use more precise location information such as GPS signals, device sensors, and Wi-Fi access points when the user has enabled device-based location services.

The Google Location Service (GLS) is the platform network location provider for most Android devices. GLS collects certain kinds of location information (such as Wi-Fi and GPS) from users who have opted into this service on their device and uses that information in an anonymized manner to help improve location accuracy and location-based services. This information also helps determine a device's location, which can be provided to applications that have the necessary location permissions. Users have the ability to opt into GLS when setting up their device or when using an application that uses GLS, and may subsequently disable this collection in their device's location settings at any time.

Location History is a different, Google account-level setting that allows users to store their location information with their Google account in order to get better results and recommendations across Google products. For example, users can see recommendations based on places they have visited with signed-in devices, or traffic predictions for their daily commute. Location History is off by default, and users must opt-in to turn on Location History for their Google account. Users have the ability to control their historical locations saved in their Location History, and can delete all or part of that history at any time.

   a. **What do you mean by "when you use Google services?" Is _all_ of Android's operating system a Google service?**

Google plays two roles with respect to data collected on Android. First, Google develops and releases the Android operating system under an open source license, enabling anyone to

2

access the Android source code and create modified versions of it. In addition, Google develops proprietary mobile applications and services such as Google Play, Search, and Maps (referred to as "Google Mobile Services," or "GMS"), and licenses them separately from Android, meaning that device manufacturers can choose whether and on which devices to install GMS (or can use another mobile OS or suite of comparable apps). These apps, like those created by other developers, run on Android and make use of the platform and other device information to provide services directly to users. The Android operating system on devices with Google apps is a Google service covered by Google's Privacy Policy.

With respect to Android users, therefore, Google may receive information both from their use of Google apps, as well as Google applications installed on the device and services built into Android to make the platform and device function properly (such as the network sync system described below in question 8). Any personal information a user provides to Google, whether through Android system services or Google apps on Android, or that is otherwise generated and stored in a user's Google Account, is used and protected in accordance with the Google Privacy Policy.

This does not mean, however, that Google collects and uses all of the information on an Android device. For example, much of the information that a typical user generates while using Android is collected solely by third party apps running on the platform. As another example, Google enables device manufacturers to modify the open-source Android software such that Google does not receive any information from users of these devices. Information collected by other developers would be subject to their own privacy policies, rather than Google's.

### b. What do you specifically mean by "nearby devices?"

With respect to your question on "nearby devices," many connected devices, such as Wi-Fi routers and Bluetooth-enabled devices, are able to detect and connect with each other. Application developers, including Google, may be able to infer a user's location through these connections. For example, if a user has opted into GLS, Google may use publicly broadcast Wi-Fi data from wireless access points in range of the device to help determine its location. As described in more detail below in response to question 5, only publicly broadcast Wi-Fi information is used to estimate the location of a device in this manner.

### 2. If a user goes "offline" and disconnects their mobile phone from the Internet for a period of time, or even places the device in so-called "airplane mode," does Google receive location data, Wi-Fi data, cell tower data, during this "offline" time period, even if location services is still on?

"Airplane" or "offline" mode is a common setting for mobile devices that disables the device's cellular antenna. When a device is switched into airplane mode, no cellular data, including cell tower data, is sent or received -- however, the device may contain information about the last cellular tower to which it was connected before airplane mode was enabled. A device's Wi-Fi

3

radio is typically controlled by a separate setting that can be enabled even when a device is in airplane or offline mode, for example to connect to an airplane's Wi-Fi network, or to use the device over a hotel's Wi-Fi network when a user is traveling somewhere without cellular service.

Accordingly, if a user enables airplane or offline mode but leaves on the Wi-Fi radio and connects to a Wi-Fi network, they will be able to continue to send and receive data on their device, including location data, over the Wi-Fi connection. This may include the types of location information described above, depending on the user's settings and the products or services they are using.

3. **What location data does Google specifically collect from Android users and under what circumstances? Is the location data associated with a specific device ID? Is it associated with a specific user ID? Are there any other specific user or device identifiers involved?**

As described above in our response to question 1, the types of location information that Google collects depends on a number of factors, including the service being used and a user's settings. With respect to Android specifically, location information can be used to provide a range of functionality, such as automatic traffic predictions or better search results. Depending on whether and how they want to use these features, users have a number of options for how their location data is collected, including the ability to turn location mode on or off for the device, as well as changing the device's "location accuracy" setting, which controls the sources used to estimate the device's location.

The information Google collects from Android devices for use in GLS is linked to a temporary and rotating device identifier that is not used by or shared with other services. It is not connected with any identifier that would associate that data with a specific user. If a user has opted into Location History, as described above, this location data is stored with their account identifier. Users can control the specific location information saved in their Location History, and can delete their history at any time.

    a. **Can you please attach to your response examples of any relevant files or server logs transmitted by an Android device to Google so we can see for ourselves what location information is being compiled and transmitted?**

With respect to your request for examples of files or logs transmitted by an Android device, we are happy to organize a briefing to determine the specific information that might be most helpful to you.

4. **Is a user's specific location data combined with other information Google collects about users' Internet activities? Is it combined with search data? DoubleClick cookie data? YouTube data, etc.?**

4

We collect location information in many of our products, and use it along with other information to enhance and improve services for users, and do other things like detect fraud or improve security.

Google Search uses location data to make search results more relevant to the query and the user, and to select ads. For example, searches like "restaurants near me" depend on the device's location to understand what nearby means at that moment. Similarly, a word like "football" usually means something different in the U.S. than it does in the U.K. Some features on the search results page link to licensed content, and for that we try to link the user only to content available in her country. Finally, we use location to serve more relevant ads to that user, similar to the uses for organic search results.

As we describe in our advertiser help center, Google's ad products may receive or infer information about a user's location from a variety of sources. For example, Google may use a user's IP address to identify their general location; receive precise location from a mobile device; or infer a user's location from search queries. In addition, websites or apps a user is using may send information about their location to us. Google uses location information in our ads products to infer demographic information, to improve the relevance of the ads users see, to measure ad performance, and to report aggregate statistics to advertisers. While our systems may use this information to show relevant ads, user location data is not shared with advertisers. For our ad services that operate on partner websites or apps, we may receive more precise location information in an ad request, but we use and store only the general area of the specified location.

YouTube uses a user's location to both personalize the user's watch and recommendations experience, to accurately serve the content licensed to YouTube by content providers, and to target ads. For instance, a user's country will determine what videos they see on the "Trending" tab of YouTube. The "Trending" tab is a set of videos that are rising in popularity in that user's country. For licensing restrictions, YouTube also allows many content owners to select which content is available in which countries. For example, when Disney changed the name of Zootopia to Zootropolis in the U.K., YouTube was able to serve the appropriate trailer to users in the U.K. Finally, as discussed above, YouTube uses a user's location to serve more relevant ads to that user.

Google may also collect and use location information to help detect fraud or other suspicious activity on a user's account. For example, users can review the dates and times on which their accounts have been accessed, as well as the IP address and general location from which these accesses occurred. This enables users to confirm their accounts have not been compromised when unusual activity -- such as an account access from a new country -- is detected.

5. **Regarding "Wi-Fi access points," per your privacy policy, can you describe exactly what information is being collected and for what purpose? Are you collecting just known Wi-Fi access points a device has previously connected to or all Wi-Fi access**

5

**points in range of the device? Are you collecting just network names or more information like a MAC ID, network address, signal strength or any other information? Are you collecting information about so-called "hot spots," other devices transmitting Wi-Fi signals? Are these Wi-Fi access points stored in a Google database and are they used for identifying a user's specific location?**

Questions 5(a)-(c) are describing the GLS we provide as a network location provider on Android devices, which uses sources like Wi-Fi and mobile networks to give location information faster and more accurately. When setting up their device or using apps or services that can use location services, a user may enable GLS to take advantage of these features. GLS uses publicly broadcast Wi-Fi data from wireless access points in range of the device to help determine its location. This may include any Wi-Fi access points in range of the device, and not just networks to which the device has previously connected.

These access points are stored and used to build models that estimate where each access point is located. This data is de-identified and only associated with a temporary, rotating device identifier, and no payload data/data packets are collected. As noted above, only publicly broadcast Wi-Fi information is used to estimate the location of a device.

To provide this functionality, Google collects MAC addresses, signal strength information, and radio channel information from these access points. Google also collects the name (also referred to as a "service set identifier" or "SSID") associated with these networks, in order to identify and remove access points that network administrators have chosen to opt out of this collection through instructions provided by Google. SSIDs are discarded after being processed for this purpose.

6. **Are there other network signals you are collecting, such as Bluetooth beacons? Again, all Bluetooth signals or only known or paired Bluetooth beacons? Specific device identifiers? Signal strengths?**

The GLS described above does not use Bluetooth beacon information to determine location.

There are other Google products that may scan and collect certain information from Bluetooth beacons near the device. This includes information that any Bluetooth beacon may be publicly broadcasting for use, such as beacon type, beacon identifier, signal strength, and broadcast power. For example, if a user has turned on the opt-in Location History feature for their Google account, Google will use publicly available beacon information as one signal to help determine location. Other Google products, such as the Nearby service, use Bluetooth scanning to detect nearby Bluetooth beacons in order to show relevant notifications to users when they are near businesses, and other places that have installed Bluetooth beacons for this purpose.

7. **As you know, today's mobile devices contain a range of sensors and consumers may or may not be fully informed about the purpose of those sensors. For example,**

6

**consumers believe accelerometers are primarily for tracking a users' "steps" within a health app. Do you collect accelerometer data to assist in location tracking? How often and under what circumstances? Consumers believe barometer information is primarily used for "weather" within a weather app. Do you collect barometer information to assist in location tracking? How often and under what circumstances?**

Many Android devices have built-in sensors that measure motion, orientation, and various environmental conditions. The Android operating system supports a number of these different sensor types, which vary from device to device. These sensors are used to provide a variety of functionality to application developers, such as the ability to measure device movement or positioning to support motion-based games, or to report a compass bearing for a travel application.

Android application developers, including Google, can use the accelerometer and barometer sensors, along with the gyrometer and magnetometer sensors, to more precisely determine a device's location. Google uses the accelerometer readings to help determining the device's orientation and direction, the gyrometer helps determine if a user is turning, and the barometer can help determine the user's elevation.

8. **The Google spokesperson cited in the *Quartz* article stated that "we never incorporated Cell ID into our network sync system." Can you describe exactly what your network sync system is and what information is "incorporated" into it and for what purpose? Does the network sync system include other location-related information?**

The network sync system supports real-time messaging in Google and third party applications on Android mobile devices (*e.g.*, chat apps or notifications). Modern messaging and notification systems allow users to send and receive messages in real-time, so they do not have to "refresh" to see new messages. To do this, it is important for a device to keep its connection to servers alive for as long as possible. If the connection drops, messages will not arrive until the connection is re-established. And a device's battery power is drained when the device attempts to re-establish its connection to the server.

To keep this connection alive, Android devices and servers send pings to each other (referred to as "heartbeats"). If a device does not send a heartbeat ping after a certain period of time, the connection will terminate. For the benefit of users, Google seeks to determine the timing of these heartbeats that best balances the need to maintain a persistent connection between the device and the server with the preservation of device battery. If heartbeats are not frequent enough, connections are lost. If heartbeats are too frequent, battery power is depleted.

Mobile networks have different amounts of traffic and employ different technologies. These factors impact the optimal time interval to wait between each heartbeat. Thus, a device's mobile network provider will impact how frequently a device should send a heartbeat.

7

Knowing the network to which a device is connected helps Google determine how frequently a device should send a heartbeat ping. Google has access to mobile network information because the information that cell towers transmit to a device includes a MCC (indicating which country the tower is in), a MNC (indicating which cellular network operates the tower), as well as other information like a unique number assigned to each tower (Cell ID). In this instance, the device-side code on Android devices was designed to transmit information from the device that included all three of these data elements. The network sync system also relies on server-side code that determines what information Google actually logs on our servers in connection with the network sync system. This server-side code was written to only log MCC and MNC data for use in the network sync system. Once Google had the MCC and MNC from the device, we aggregated that information and used it to test different ping intervals per country and network in order to determine the optimal ping interval for each network and country.

This heartbeat "tuning" process was the sole reason Google collected the information transmitted by the device-side code at issue; this information was not used to determine user location. In fact, Google never used the Cell ID data from the transmissions to determine user location or, for that matter, ping intervals.

9. **As you know, Google provides metrics on "store visit conversions" -- meaning when a targeted ad translates into a retail store visit. These metrics are "calculated based on aggregated anonymized data from hundreds of millions of Google users who opt-in to share Location History, click on a search or display ad, then visit a business location." How is Google able to obtain this data if, as was claimed by a Google spokesperson, location data was never used or stored? Specifically, how does Google know when a user visits a business location with "99% accuracy"? Has this location data ever been used to determine if consumers visited a retailer or was influenced by an online/mobile advertisement? If not location, has any other data been used to determine consumer behavior? How exactly are consumers "opting in" to this kind of tracking and use of their data to inform Google store visits conversions?**

As explained, Cell ID information was never used to track user location. It is completely unrelated to our Store Visits measurement feature. The Store Visits feature allows retail advertisers to get anonymized and aggregated reports of visits to their retail locations by Google users who also clicked on an ad for the advertiser's products or services. Store visits are measured exclusively using data from Google users who have activated Location History, which provides a location timeline, stored against the user's Google Account. Google correlates the observed store visits from those users who have activated Location History with those users' ad clicks and then uses that data to estimate the aggregate number of store visits for all users who clicked on the advertiser's ads.

Location History is turned off by default, meaning that users must opt-in to this service. Timeline

8

gives users full control over the locations they choose to keep. Users can pause or delete location history at any time via Timeline.

We provide more information about Store Conversion services in our advertiser help center, which is available at: https://support.google.com/adwords/answer/6361305?hl=en.

**10. While you commit in the article to cease sending "cell-tower" location data to Google by the end of November, it is not clear if you are also committed to refraining from sending other forms of user location information -- whether determined by GPS, Wi-Fi access points, nearby devices, sensors, or any other kind of technology? Can you clarify?**

By the end of November 2017, Google deactivated the device-side code that transmitted the Cell ID to the network sync system, and that code was changed on each Android device the next time it checked in to receive updates.

As described in our previous answers, other forms of location data are collected and used by Google outside the network sync system, to provide a variety of product and service features.

**11. Does Google collect user data from Apple iOS devices through Google apps? If so, what data is collected from iOS devices? How is that data collected? Does Google recognize and respect all of the privacy choices made by iOS users? Is Google confident that it is not inadvertently collecting data from consumers who have affirmatively opted out of data collection or location sharing? For example, if a consumer is using Google maps on an Apple device, does Google receive and store that location information?**

Google provides a number of applications for iOS devices, which collect information consistent with Google's Privacy Policy, user controls, and iOS platform rules and settings, including those pertaining to location data.

**12. Does anyone pay for location-related data transmission when a consumer is not using a specific app or not using the Internet? If yes, please identify the parties. Is this location data transmitted over the cell network, where a consumer is paying for the data? Or just when a user is connected to Wi-Fi? How much information is being transmitted that is not related to a users' specific app or Internet usage and is not for the purposes of diagnostics?**

Data sent and received from Android devices may be transmitted over a Wi-Fi network or over the device's cellular connection. In the case of mobile devices, any charges for transmission of data over a cellular connection -- including any location-related data -- would be governed by a user's mobile carrier plan. The types and quantity of such data that a user's device transmits would depend on the products or services they use, and, in some cases, a user's settings.

9

Like all operating systems, Android collects diagnostic and other data from user devices to provide and improve system services and device functionality. As we describe above, one such function is the network sync system, which periodically exchanges pings between mobile devices and Google's servers. This helps to maintain a persistent connection so that the devices can send and receive notifications and messages in real-time without having to re-connect to Google's server and deplete battery power.

We appreciate the chance to clarify what happened and how our systems work, as well as explain Google's products and privacy practices. Protecting the privacy and security of our users is a top priority and we thank you for the opportunity to further underscore our commitments in these areas. Please let us know if we can address any other questions you might have or be a resource to you on our shared goals of improving users' mobile experiences and protecting users' privacy and security.

Sincerely,

Susan Molinari
Vice President, Public Policy and Government Relations, Americas
Google

# Attachment 3

Google Now Consent Process

Google Now (from *Quartz*)



## Turn on this setting?

To get this feature, you need to have the following Google Account setting turned on for bob.tester01011970@gmail.com:

### Places you go

Location History creates a private map of where you go with your logged-in devices

LEARN MORE

This setting allows Google to store and use information whenever you're signed in to a Google product (like Chrome or YouTube). By choosing "Continue", Google will turn this setting on for you. If you choose "Skip", your existing settings stay the same. You can manage your settings at any time in Google Settings.

SKIP                          CONTINUE

# Attachment 4

Google Assistance Consent Process

Google Assistant (from *Quartz*)



## Give your new Assistant permission to help you

The Assistant depends on these settings in order to work correctly. Turn these settings on for:

gagtester01011970@gmail.com

**Location History**     ▼

Creates a private map of where you go with your signed-in devices

**Device Information**     ▼

Includes contacts, calendars, apps, music, battery life, sensor readings

**Voice & Audio Activity**     ▼

Records your voice/audio input to help recognize your voice and improve speech recognition

Please remember that the data governed by these settings may be saved from any of your signed-in devices. You can always control and review your activity at



# FEDERAL BUREAU OF INVESTIGATION CELLULAR ANALYSIS SURVEY TEAM



Special Agent Jeremy D'Errico
FBI Richmond Division

Case Number: 91A-RH-3114865

<u>Google Location Geofence Analysis</u>
Area around Call Federal Credit Union
3640 Call Federal Dr, Midlothian, Virginia
May 20, 2019 4:20 PM – 5:20 PM & May 20, 2019 3:50 PM – 5:50 PM

June 17, 2020

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

**J.A. 1981**

# FEDERAL BUREAU OF INVESTIGATION CELLULAR ANALYSIS SURVEY TEAM



## Methods to Determine Mobile Device Location

**J.A. 1982**

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# Determining Location with GPS

- Global Positioning System (GPS) is a constellation of 24 or more satellites flying 20,350 KM above the surface of the Earth. Each one circles the planet twice a day in one of six orbits to provide continuous worldwide coverage.

- GPS Satellites broadcast radio signals providing their location, status, and precise time from on-board atomic clocks.

- The GPS radio signals travel through space at the speed of light.

- A GPS device receives the radio signals, noting their exact time of arrival, and uses these to calculate its distance from each satellite in view.

- Once a GPS device knows its distance from at least four satellites, it can use geometry to determine its location on Earth in three dimensions.

- "GPS applications typically use a significant amount of power, possibly draining the battery of the [wireless computing device] at an undesirable rate.[2]" – US Patent 9,838,837 – Power-efficient location estimation – Current Assignee: Google LLC.

J.A. 1983

[2]US Patent 9,838,837, "Power-Efficient Location Estimation." Sources: GPS.gov – "How GPS Works" and US Patent and Trademark Office
6/17/2020    Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



## Determining Location with WiFi

- Mobile device generates a location fingerprint based on scanning for WiFi network devices in the surrounding area.

- Scan includes the MAC (media access control) addresses, signal strengths, and various data of the WiFi network devices (i.e. WiFi access points).

- For each scanned fingerprint location, the mobile device attempts to use GPS to capture current latitude and longitude coordinates.

- On future visits to the location, the mobile device may or may not need to use the GPS based on the success or failure of the previous fingerprint.

**J.A. 1984**

- With fingerprinting, the exact location of the reference WiFi access points are not necessary. Connection to the WiFi access point is not required, only the signal strength.

- Google received US Patent number 8,339,316 B1, "Smart GPS Use," on December 25, 2012, and US patent number 10,219,103, "Power-Efficient Location Estimation," on February 26, 2019, which uses fingerprinting of WiFi network devices and GPS to determine location.

Source: US Patent and Trademark Office
Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# WiFi Fingerprinting

| Fingerprint | Lat/Long |
|---|---|
| $AP_1$ -110; $AP_2$ -92; | $X_1, Y_1$ |
| $AP_1$ -97; $AP_2$ -92; | $X_2, Y_2$ |
| $AP_1$ -53; $AP_2$ -79; | $X_3, Y_3$ |
| $AP_1$ -47; $AP_2$ -103; | $X_n, Y_n$ |

$X_3, Y_3$

$AP_1$ RSSI -53

$AP_2$ RSSI -79

GPS Lat/Long

$AP_1$ RSSI    $AP_2$ RSSI

GPS Lat/Long

$AP_1$ RSSI

$AP_2$ RSSI

$AP_n$ RSSI

$AP_1$ RSSI -53

$AP_2$ RSSI -79

- Google Location Services periodically collects this information in order to determine location.

Source: *On Outdoor Positioning with Wi-Fi*
Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

6/17/2020



# Finding Wireless Access Points

## Control access point inclusion in Google's Location services

To improve Location services, Google uses publicly broadcast Wi-Fi data from wireless access points and GPS, cell tower, and sensor data. Only publicly broadcast Wi-Fi information is used to estimate the location of a device.

To help apps like Google Maps work better, you can let Google's Location services use your Wi-Fi access point.

### Google Location Services

On most Android devices, Google, as the network location provider, provides a location service called Google Location Services (GLS), known in Android 9 as Google Location Accuracy. This service aims to provide a more accurate device location and generally improve location accuracy. Most mobile phones are equipped with GPS, which uses signals from satellites to determine a device's location – however with Google Location Services, additional information from nearby Wi-Fi, mobile networks, and device sensors can be collected to determine your device's location. It does this by periodically collecting location data from your device and using it in an anonymous way to improve location accuracy.

You can disable Google Location Services at any time in your device's location settings. Your device's location will continue to work even if GLS is turned off, but the device will rely only on GPS to estimate device location for apps with the necessary permission. Google Location Services is distinct from your device's location setting. Learn more

**J.A. 1986**



# FEDERAL BUREAU OF INVESTIGATION CELLULAR ANALYSIS SURVEY TEAM



## **Geofence Determination**

J.A. 1987

6/17/2020    Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



**Center of Geofence**
**Lat/Long: 37.438420, -77.587900**
**Geofence – 150m Radius**

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**Call Federal Credit Union**
3640 Call Federal Dr
Midlothian, VA

J.A. 1988

Google Earth
© 2019 Google

6/17/2020     Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



Area of Call Federal Credit Union – Surrounding Establishments
3640 Call Federal Drive, Midlothian, Virginia

**Center of Geofence**
**Lat/Long: 37.438420, -77.587900**
**Geofence – 150m Radius**

**Hampton Inn Hotel**
3620 Price Club Blvd
Midlothian, VA

**A. M. Davis Inc.**
3703 Price Club Blvd
Midlothian, VA

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**Rockwood Village Senior Apartments**
3901 Price Club Blvd
Midlothian, VA

**Ruby Tuesday Restaurant**
10419 Hull Street Rd
Midlothian, VA

**Mini Price Storage**
3620 Call Federal Dr
Midlothian, VA

**Call Federal Credit Union**
**4:52 PM – 4:56 PM**
3640 Call Federal Dr
Midlothian, VA

**Genito Glen Apartments**
Hailey Crescent Dr
Midlothian, VA

J.A. 1989

Google Earth
© 2019 Google

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



Area of Call Federal Credit Union – Video Observations and Witness Statement
May 20, 2019 4:47 PM – 4:56 PM

Side Lot Left Camera – Field of View
Side Lot Right Camera – Field of View
Video Observations

Journey Christian Church
3700 Price Club Blvd
Midlothian, VA

Witness Statement
Blue Buick parked
behind church

① Video Observation
4:47:44 PM

② Video Observation
4:48:02 PM

③ Video Observation
4:48:25 PM

④ Video Observation
4:48:58 PM

⑤ Video Observation
4:52:04 PM

⑥ Video Observation
4:52:23 PM

⑦ Video Observation
4:52:31 – 4:56:15 PM

⑧ Video Observation
4:56:27 PM

⑨ Video Observation
4:56:36 PM

⑩ Video Observation
4:56:44 PM

Call Federal Credit Union
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

J.A. 1990



**Area of Call Federal Credit Union – Geofence**
May 20, 2019 4:47 PM – 4:56 PM

| | |
|---|---|
| **Side Lot Left Camera – Field of View** | |
| **Side Lot Right Camera – Field of View** | |
| **Video Observations** | |
| **Center of Geofence** | |
| **Geofence – 150m Radius** | |

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**Witness Statement**
Blue Buick parked
behind church

**Call Federal Credit Union**
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

Price Club Blvd

Brian Ct
Anita Ave
Dylan Dr

J.A. 1991

Google Earth

100 m

6/17/2020          Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# FEDERAL BUREAU OF INVESTIGATION CELLULAR ANALYSIS SURVEY TEAM



## Geofence Area vs. Tower Dump Area

J.A. 1992

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



Area of Call Federal Credit Union – Estimated Sprint Tower Dump Coverage Area
May 20, 2019

**Geofence – 150m Radius**
**Sprint Cell Sites**
**Estimated Tower Dump Area**

**Call Federal Credit Union**
**4:52 PM – 4:56 PM**
3640 Call Federal Dr
Midlothian, VA

J.A. 1993

Google Earth

6/17/2020

13

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# FEDERAL BUREAU OF INVESTIGATION CELLULAR ANALYSIS SURVEY TEAM



## **Google Location History Analysis**

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

**J.A. 1994**



# Background and Methodology

## 1. Background

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by FBI Task Force Officer (TFO) J. Hylton to analyze Google geofence location history records ("location records") believed to be associated with the armed robbery of the Call Federal Credit Union on or about May 20, 2019.

## 2. Methodology

An analysis was performed on the location records obtained for the area around the Call Federal Credit Union for the period of May 20, 2019 4:20 PM – 5:20 PM (Stage 1) and location records obtained for selected devices for the period of May 20, 2019 3:50 PM – 5:50 PM (Stage 2).

### 2.1. Location Records

The location records contained an anonymized device identifier, date, time, latitude, longitude, source, and Maps Display Radius in meters. In order to map the activity associated with the geofence, the location records were imported into mapping software for visualization.

## 3. Conclusions

An analysis was performed on the location records obtained for this investigation. The methods detailed in Sections 2 and 2.1 were used to produce the attached location analysis maps.

**J.A. 1995**

 Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# Google – Types of Accounts

## Google Account (personal)

- Access to Google products and services, such as Gmail, Google Drive, Calendar, and Photos.
- Can create an account without Gmail using any email address, such as the email address you have with your organization or another webmail address, such as Yahoo!® or Microsoft® Outlook®.
- Signing up for Gmail automatically creates a Google Account with an @gmail.com address.

<

## G Suite account (for organizations)

- Issued by organization that signed up for G Suite.
- Access to G Suite products and services so you can collaborate with your co-workers.
- Choose from different editions, including G Suite Basic, G Suite Business, G Suite Enterprise, and G Suite for Education, Nonprofits, or Government.
- Provides Android app management through Google Play.

<

## Cloud Identity account (for organizations)

>

## Managed Google Play Accounts (for organizations)

>

J.A. 1996

Source: Google – Android Enterprise Help – *Types of Google Accounts*
6/17/2020
Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.


## Example of Records Received from Google

| Device ID | Date | Time | Latitude | Longitude | Source | Maps Display Radius (m) |
|---|---|---|---|---|---|---|
| -1144423700 | 2019/05/20 | 17:03:50 (-04:00) | 37.4385498000 | -77.5873707000 | WIFI | 57 |
| -1144423700 | 2019/05/20 | 17:04:27 (-04:00) | 37.4386555000 | -77.5869634000 | WIFI | 93 |
| -1144423700 | 2019/05/20 | 17:05:03 (-04:00) | 37.4386974000 | -77.5868483000 | WIFI | 100 |
| -1144423700 | 2019/05/20 | 17:05:39 (-04:00) | 37.4386627000 | -77.5869429000 | WIFI | 100 |
| -1144423700 | 2019/05/20 | 17:06:01 (-04:00) | 37.4385041000 | -77.5873436000 | WIFI | 92 |
| -1305167611 | 2019/05/20 | 16:31:26 (-04:00) | 37.4384676000 | -77.5885140000 | WIFI | 80 |
| -1305167611 | 2019/05/20 | 16:33:27 (-04:00) | 37.4384944000 | -77.5884743000 | WIFI | 66 |
| -1305167611 | 2019/05/20 | 16:35:29 (-04:00) | 37.4385225000 | -77.5883613000 | WIFI | 32 |
| -162381959 | 2019/05/20 | 16:21:36 (-04:00) | 37.4385755000 | -77.5883339000 | WIFI | 28 |
| -162381959 | 2019/05/20 | 16:23:36 (-04:00) | 37.4385755000 | -77.5883339000 | WIFI | 28 |
| -162381959 | 2019/05/20 | 16:25:38 (-04:00) | 37.4385130000 | -77.5883798000 | WIFI | 22 |
| -162381959 | 2019/05/20 | 16:27:47 (-04:00) | 37.4385130000 | -77.5883798000 | WIFI | 22 |
| -162381959 | 2019/05/20 | 16:28:39 (-04:00) | 37.4385130000 | -77.5883798000 | WIFI | 22 |
| -162381959 | 2019/05/20 | 16:29:24 (-04:00) | 37.4385320000 | -77.5883830000 | WIFI | 29 |
| -162381959 | 2019/05/20 | 16:31:27 (-04:00) | 37.4384951000 | -77.5884358000 | WIFI | 17 |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |

J.A. 1997

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# Location Records

Location records are illustrated on the subsequent maps using the markers that correspond to the "Source" provided in the location records:

| Marker | "Source" |
|--------|----------|
|        | GPS      |
|        | WiFi     |

The marker indicates the latitude and longitude coordinates provided within the location records. When possible and when appropriate, the marker will be combined with the maps display radius, as shown below.

**J.A. 1998**



These symbols will illustrate the approximate location of the mobile device during the time period of analysis.

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# FEDERAL BUREAU OF INVESTIGATION
# CELLULAR ANALYSIS SURVEY TEAM



## Google Location History Analysis

## Initial Return from Google

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

**J.A. 1999**



Area of Call Federal Credit Union – May 20, 2019 4:20 PM – 5:20 PM
Initial Google Geofence Records for All Devices

**Center of Geofence**
Lat/Long: 37.438420, -77.587900
Geofence – 150m Radius

**Hampton Inn Hotel**
3620 Price Club Blvd
Midlothian, VA

**A. M. Davis Inc.**
3703 Price Club Blvd
Midlothian, VA

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**Rockwood Village Senior Apartments**
3901 Price Club Blvd
Midlothian, VA

| "Source" | Number of Points [Maps Display Radius] |
|---|---|
| Time | 4:20:29 PM – 5:19:45 PM |
| GPS | 27 [3m – 19m] |
| WIFI | 182 [14m – 387m] |

20

**Ruby Tuesday Restaurant**
10419 Hull Street Rd
Midlothian, VA

**Mini Price Storage**
3620 Call Federal Dr
Midlothian, VA

**Call Federal Credit Union**
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

**Genito Glen Apartments**
Hailey Crescent Dr
Midlothian, VA

J.A. 2000

6/17/2020

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



Area of Call Federal Credit Union – May 20, 2019 4:20 PM – 5:20 PM
Initial Google Geofence Records for All Devices Compared to Estimated Sprint Tower Dump Coverage Area

**Center of Geofence**
Lat/Long: 37.438420, -77.587900

⊚ **Geofence – 150m Radius**

◯ **Sprint Cell Sites**

▲ (yellow tower icon)

**Estimated Tower Dump Area**

| "Source" | Time | Number of Points [Maps Display Radius] |
|---|---|---|
| | | 4:20:29 PM – 5:19:45 PM |
| GPS | 27 [3m – 19m] | |
| WIFI | 182 [14m – 387m] | |

**Call Federal Credit Union**
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

J.A. 2001

Google Earth

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

6/17/2020

21


## Summary of Records Received from Google

| Device ID | Number of Records | First Record Time | Last Record Time | Smallest Maps Display Radius (m) | Largest Maps Display Radius (m) | Number of Maps Display Radiuses Extending Beyond Geofence | Maximum Distance Maps Display Radius Extending Beyond Geofence (m) |
|---|---|---|---|---|---|---|---|
| -2058726931 | 42 | 4:30:01 PM | 5:19:45 PM | 16 | 45 | 0 | N/A |
| -1844271119 | 2 | 4:20:30 PM | 4:22:31 PM | 25 | 66 | 0 | N/A |
| -1662304683 | 3 | 4:44:48 PM | 4:47:13 PM | 15 | 68 | 0 | N/A |
| -1637158857 | 36 | 4:21:36 PM | 5:18:34 PM | 14 | 42 | 0 | N/A |
| -1305167611 | 3 | 4:31:26 PM | 4:35:29 PM | 32 | 80 | 0 | N/A |
| -1144423700 | 5 | 5:03:50 PM | 5:06:01 PM | 57 | 100 | 3 | 50 |
| -765610516 | 1 | 4:41:45 PM | 4:41:45 PM | 84 | 84 | 1 | 20 |
| -62381959 | 36 | 4:21:36 PM | 5:18:34 PM | 14 | 42 | 0 | N/A |
| -2133693 | 7 | 4:27:38 PM | 5:08:26 PM | 24 | 28 | 0 | N/A |
| 18503045 | 7 | 4:27:38 PM | 5:08:26 PM | 24 | 28 | 0 | N/A |
| 31975653 | 2 | 5:17:15 PM | 5:19:31 PM | 32 | 71 | 0 | N/A |
| 449021346 | 1 | 5:04:45 PM | 5:04:45 PM | 122 | 122 | 1 | 25 |
| 702354289 | 2 | 4:29:14 PM | 4:29:37 PM | 84 | 387 | 1 | 290 |
| 907512662 | 1 | 4:35:45 PM | 4:35:45 PM | 84 | 84 | 0 | N/A |
| 1135979718 | 1 | 5:07:02 PM | 5:07:02 PM | 104 | 104 | 1 | 35 |
| 1207269668 | 5 | 4:27:40 PM | 4:34:43 PM | 42 | 83 | 0 | N/A |
| 1485182252 | 1 | 5:04:45 PM | 5:04:45 PM | 122 | 122 | 1 | 25 |
| 1716665559 | 38 | 4:20:29 PM | 4:54:34 PM | 3 | 73 | 1 | 26 |
| 2021066118 | 16 | 4:23:01 PM | 5:02:54 PM | 28 | 83 | 1 | 21 |
| **Grand Total** | **209** | **4:20:29 PM** | **5:19:45 PM** | **3** | **387** | **10** | **290** |

JA-2002

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



**Area of Call Federal Credit Union – May 20, 2019 4:20 PM – 5:20 PM**
**Initial Google Geofence Records for Device ID 1716665659**

**Geofence – 150m Radius**

○

| "Source" | Number of Points [Maps Display Radius] |
|---|---|
| | Time | 4:20:29 PM – 4:54:34 PM |
| | GPS | 26 [3m – 10m] |
| | WIFI | 12 [15m – 73m] |

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**① WiFi Records: 1716665659**
4:20:29 PM – 64m
4:24:16 PM – 60m
4:29:44 PM – 60m
4:35:17 PM – 43m
4:35:18 PM – 43m
4:37:27 PM – 43m
4:46:21 PM – 34m

**④ WiFi Record: 1716665659**
4:51:03 PM – 73m

**③ WiFi Record: 1716665659**
4:50:31 PM – 59m

**② WiFi Record: 1716665659**
4:48:25 PM – 30m

**⑤ WiFi Record: 1716665659**
4:52:27 PM – 34m

**① GPS Records: 1716665659**
26 GPS Records between
4:20:46 PM – 4:44:16 PM
3m – 10m

**⑥ WiFi Record: 1716665659**
4:54:34 PM – 15m

**Call Federal Credit Union**
**4:52 PM – 4:56 PM**
3640 Call Federal Dr
Midlothian, VA

Note: Additional records were received for this device.

J.A. 2003

6/17/2020      Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.      23



Area of Call Federal Credit Union – May 20, 2019 4:20 PM – 5:20 PM
Initial Google Geofence Records for Device ID 1716665659 with Video Observations and Witness Statement

**Video Observations**
**Geofence – 150m Radius**

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**Witness Statement**
Blue Buick parked
behind church

**Call Federal Credit Union**
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

Price Club Blvd

Dylan Dr

100 m

J.A. 2004

Google Earth

| "Source" | Number of Points [Maps Display Radius] |
|---|---|
| Time | 4:20:29 PM – 4:54:34 PM |
| GPS | 26 [3m – 10m] |
| WIFI | 12 [15m – 73m] |

Note: Additional records were received for this device.

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# FEDERAL BUREAU OF INVESTIGATION CELLULAR ANALYSIS SURVEY TEAM



## Google Location History Analysis

## Supplemental Return from Google

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



## Summary of Records Received from Google

| Device ID | Number of Records | First Record Time | Last Record Time | Smallest Maps Display Radius (m) | Largest Maps Display Radius (m) |
|---|---|---|---|---|---|
| -1844271119 | 29 | 3:50:10 PM | 5:29:25 PM | 16 | 100 |
| -1662304683 | 56 | 3:55:04 PM | 5:49:08 PM | 4 | 1,842 |
| -1305167611 | 63 | 3:51:29 PM | 5:49:23 PM | 10 | 210 |
| -965610516 | 56 | 3:50:11 PM | 5:48:27 PM | 4 | 1,026 |
| 702354289 | 183 | 3:50:59 PM | 5:49:47 PM | 6 | 387 |
| 907512662 | 64 | 3:55:11 PM | 5:45:36 PM | 14 | 413 |
| 1207269668 | 90 | 3:53:16 PM | 5:45:26 PM | 16 | 164 |
| 1716665659 | 94 | 3:53:10 PM | 5:48:46 PM | 3 | 1,797 |
| 2021066118 | 45 | 3:51:24 PM | 5:49:26 PM | 6 | 1,838 |
| **Grand Total** | **680** | **3:50:10 PM** | **5:49:47 PM** | **3** | **1,842** |

**J.A. 2006**

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



Area of Call Federal Credit Union – May 20, 2019 4:20 PM – 5:20 PM
Initial Google Geofence Records for Device ID 1716665659 with Video Observations and Witness Statement

**Video Observations**
**Geofence – 150m Radius**

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**Witness Statement**
Blue Buick parked
behind church

**Call Federal Credit Union**
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

Price Club Blvd

Dylan Dr

100 m

Google Earth
© 2020 Google

J.A. 2007

| "Source" | Number of Points [Maps Display Radius] |
|---|---|
| Time | 4:20:29 PM – 4:54:34 PM |
| GPS | 26 [3m – 10m] |
| WIFI | 12 [15m – 73m] |

Note: Additional records were received for this device.

6/17/2020

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



Area of Call Federal Credit Union – May 20, 2019 3:50 PM – 5:50 PM
Supplemental Google Geofence Records for Device ID 1716665659

**① WiFi Records: 1716665659**
3:53:10 PM – 104m
3:55:20 PM – 1,797m

**② WiFi Records: 1716665659**
3:57:23 PM – 92m
3:59:32 PM – 1,764m

**③ WiFi & GPS Records: 1716665659**
28 WiFi and 26 GPS Records between
4:01:35 PM – 4:54:34 PM
3m – 93m

**④ GPS Records: 1716665659**
23 GPS Records between
4:58:52 PM – 5:04:04 PM
3m – 10m

**⑤ WiFi Record: 1716665659**
5:10:16 PM – 156m

**⑥ WiFi Record: 1716665659**
5:12:16 PM – 24m

**⑦ WiFi Records: 1716665659**
18 WiFi Records between
5:13:44 PM – 5:48:46 PM
16m – 50m

**Call Federal Credit Union**
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

J.A. 2008

Google Earth
© 2019 Google

| "Source" | Number of Points [Maps Display Radius] |
|---|---|
| Time | 3:53:10 PM – 5:48:46 PM |
| GPS | 49 [3m – 10m] |
| WIFI | 12 [15m – 1,797m] |

28

Note: Subscriber records were received for this device.

6/17/2020          Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

Area of Mason Dale Drive – May 20, 2019 5:13 PM – 5:50 PM
Supplemental Google Geofence Records for Device ID 1716665659



Google Earth
© 2019 Google

**Residence**
4701 Mason Dale Dr
Richmond, VA

**Residence**
4702 Mason Dale Dr
Richmond, VA

**Residence**
4703 Mason Dale Dr
Richmond, VA

**Residence**
4704 Mason Dale Dr
Richmond, VA

**Residence**
4615 Mason Dale Ter
Richmond, VA

**Residence**
4706 Mason Dale Dr
Richmond, VA

**Residence** | **Residence**
4701 Mason Dale Way
Richmond, VA

**Residence**
4703 Mason Dale Way
Richmond, VA

**Residence**
6701 Mason Dale Cir
Richmond, VA

**Residence**
6703 Mason Dale Cir
Richmond, VA

**Residence**
6705 Mason Dale Cir
Richmond, VA

**Residence**
4710 Mason Dale Dr
Richmond, VA

Mason Dale T

30 m

J.A. 2009

| "Source" | Number of Points [Maps Display Radius] |
|---|---|
| Time | 5:13:44 PM – 5:48:46 PM |
| GPS | 0 [N/A] |
| WIFI | 17 (16m – 50m) |

29

Note: Subscriber records were received for this device.

6/17/2020    Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# FEDERAL BUREAU OF INVESTIGATION CELLULAR ANALYSIS SURVEY TEAM



**Google Location History Analysis**

**Subscriber Information from Google**

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

**J.A. 2010**



| Device ID | Gaia ID |
|-----------|---------|
| 1716665659 | 365520819283 |
| 907512662 | 120373897441 |
| -1662304683 | 623486887679 |

Subscriber Information
Google ID 36552081928З

Subscriber Information
Google ID 120373897441

Subscriber Information
Google ID 623486887679

**J.A. 2011**



## Subscriber Information Key Provided by Google for Requested Device IDs

| Gaia ID | Device ID |
|---------|-----------|
| 365520819283 | 1716665659 |
| 120373897441 | 907512662 |
| 6234868876679 | -1662304683 |

################ * Google Confidential and Proprietary * ######################

GOOGLE SUBSCRIBER INFORMATION
Name: jamaican media
e-Mail: okellochatrie55@gmail.com
Status: Enabled
Services: Android, Gmail, Google Calendar, Google Hangouts, Google My Maps, Google Payments, Google Play, Location History,
Minutemaid, Web & App Activity, YouTube
Recovery e-Mail: okellochatrie0@gmail.com
Created on: 2017/08/20-18:04:11-UTC
Terms of Service IP: 71.115.30.129, on 2017/08/20-18:04:11-UTC
Language Code: en
Google Account ID: 365520819283
Last Logins: 2019/05/20-13:49:12-UTC, 2019/05/20-11:49:16-UTC, 2019/05/20-01:24:44-UTC

```
+------------+------------------+------------+
| Time       | IP Address       | Type       |
+------------+------------------+------------+
```

5 consecutive Login events from IP 2601:5c2:4400:7ca:5c1b:4e:9baa:f09b occurred during past 24 hours prior to the following
event.

```
+------------+------------------+------------+
| 2019/05/20-13:49:12-UTC | 2601:5c2:4400:7ca:5c1b:4e:9baa:f09b | Login |
+------------+------------------+------------+
```

################ * Google Confidential and Proprietary * ######################

**J.A. 2012**



Area of Call Federal Credit Union – May 20, 2019 4:20 PM – 5:20 PM
Initial Google Geofence Records for Device ID 907512662

**Geofence – 150m Radius**

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**WiFi Record: 907512662**
4:35:45 PM – 84m

**Call Federal Credit Union**
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

Google Earth
© 2019 Google

200 m

| "Source" | Number of Points [Maps Display Radius] |
|---|---|
| Time | 4:35:45 PM |
| GPS | 0 [N/A] |
| WIFI | 1 [84m] |

Note: Additional records were received for this device.

J.A. 2013

6/17/2020          Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.          33



Area of Call Federal Credit Union – May 20, 2019 3:50 PM – 5:50 PM
Supplemental Google Geofence Records for Device ID 907512662

**① WiFi Record: 907512662**
4:35:45 PM – 84m

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**Call Federal Credit Union**
**4:52 PM – 4:56 PM**
3640 Call Federal Dr
Midlothian, VA

**④ WiFi Record: 907512662**
4:59:46 PM – 27m
5:45:36 PM – 16m

**③ WiFi Record: 907512662**
4:58:10 PM – 92m
4:58:48 PM – 28m

**② WiFi Record: 907512662**
4:47:15 PM – 45m
4:53:37 PM – 100m

| "Source" | Number of Points<br>[Maps Display Radius] |
|---|---|
| Time | 3:55:11 PM – 5:45:36 PM |
| GPS | 1 [179m] |
| WIFI | 63 [14m – 413m] |

34

Note: Subscriber records were received for this device.

J.A. 2014

6/17/2020    Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



Area of Call Federal Credit Union – May 20, 2019 4:20 PM – 5:20 PM
Initial Google Geofence Records for Device ID -1662304683

**Geofence – 150m Radius**

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**② WiFi Record: -1662304683**
4:47:13 PM – 59m

**① WiFi Records: -1662304683**
4:44:48 PM – 15m
4:46:52 PM – 68m

**Call Federal Credit Union**
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

| "Source" | Number of Points [Maps Display Radius] |
|---|---|
| Time | 4:44:48 PM – 4:47:13 PM |
| GPS | 0 [N/A] |
| WIFI | 3 [15m – 68m] |

Note: Additional records were received for this device.

J.A. 2015

Google Earth
© 2019 Google

200 m

6/17/2020      Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



Area of Call Federal Credit Union – May 20, 2019 3:50 PM – 5:50 PM
Supplemental Google Geofence Records for Device ID -1662304683

**Journey Christian Church**
3700 Price Club Blvd
Midlothian, VA

**② WiFi Records: -1662304683**
4:44:48 PM – 15m
4:46:52 PM – 68m
4:47:13 PM – 59m

**Call Federal Credit Union**
4:52 PM – 4:56 PM
3640 Call Federal Dr
Midlothian, VA

**① WiFi Records: -1662304683**
4:39:40 PM – 97m

**③ WiFi Record: -1662304683**
4:55:21 PM – 110m

J.A. 2016

Google Earth

| "Source" | Number of Points [Maps Display Radius] | |
|---|---|---|
| Time | 3:55:04 PM – 5:49:08 PM | 36 |
| GPS | 1 [4m] | |
| WIFI | 55 [15m – 1,842m] | |

Note: Subscriber records were received for this device.

6/17/2020        Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# FEDERAL BUREAU OF INVESTIGATION
# CELLULAR ANALYSIS SURVEY TEAM



**Samsung Galaxy S9+**

6/17/2020     Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# Samsung Galaxy S9+

## Features

- Dual Aperture camera
- Super Slow-mo video
- AR Emoji
- Dual Camera
- Infinity Display
- Premium stereo speakers tuned by AKG
- Virtual surround sound by Dolby Atmos
- Stunning colors
- Intelligent Scan – Face Recognition and Iris Scan
- Fingerprint Sensor
- Smart Switch data transfer
- Trade Up Program

Released on March 16, 2018

**SAMSUNG**

Galaxy S9 | S9+

**The Camera. Reimagined.**



Image shown is a Galaxy S9+

J.A. 2018

Source: Samsung – *Galaxy S9 | S9+ Digital Brochure"* and Samsung Newsroom – *"Samsung Electronics Officially Launches Galaxy S9 and S9+"*
Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.
6/17/2020

# FEDERAL BUREAU OF INVESTIGATION CELLULAR ANALYSIS SURVEY TEAM



## Background of Google, Inc.

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

**J.A. 2019**



# Google

- Google, Inc. (Google) is a subsidiary of Alphabet Inc. (Alphabet), of which Google makes up 99.4% of Alphabet's revenues.[1]

- Alphabet is ranked 11th in the 2020 Fortune 500 index of US companies by revenues with $161,857M.[1]

- "[Alphabet] generate revenues primarily by delivering relevant, cost-effective online advertising."[2]

| Period | Google Revenues (millions) | Google Advertising Revenues (millions) | Advertising Revenues as % of Google Revenues |
|--------|---------------------------|----------------------------------------|----------------------------------------------|
| 2018   | $136,362                  | $ 116,461                              | 85.4%                                        |
| 2019   | $160,743                  | $ 134,811                              | 83.9%                                        |



Google main products include:

- Ads
- Android
- Chrome
- Hardware
- Google Cloud
- Google Maps
- Google Play
- Search
- YouTube

J.A. 2020

[1]Fortune 500 as of June 17, 2020. [2]Alphabet Inc. Form 10-K dated 2020-02-04. Source: Alphabet Inc. Form 10-K dated 2020-02-04 and Fortune.
6/17/2020     Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# Google Ads – Target Geographic Locations

## Target ads to geographic locations

Google Ads location targeting allows your ads to appear in the geographic locations that you choose: countries, areas within a country, a radius around a location, or location groups, which can include places of interest, your business locations, or tiered demographics.

Location targeting helps you focus your advertising on the areas where you'll find the right customers, and restrict it in areas where you won't. This specific type of targeting could help increase your **return on investment (ROI)** as a result.

When it comes to advertising on Google Ads, consider the real estate adage: "Location, location, location!" Regardless of how great your ad is, it probably won't perform as well if it doesn't appear in the right places. Reach your customers where they are and where your business can serve them by using Google Ads location targeting. You can set and then adjust your location targeting settings at any time.



| Location target | Description | Types of businesses that could benefit | Types of businesses that might not benefit |
|---|---|---|---|
| Radius around a location | Radius targeting (also known as proximity targeting or "Target a radius") allows you to choose to show your ads to customers within a certain distance from your business, rather than choosing individual cities, regions, or countries. | • A business that delivers within a selected radius<br>• A local business whose customer base is within a radius around the business | A business that only wants to reach specific cities, regions, or countries. |

**J.A. 2021**



# Google Ads – Measure Results – Store Visit Conversions

## About store visit conversions

If visits to your physical locations—like hotels, auto dealerships, restaurants, and retail stores—are important to your business, you can use conversion tracking to help you see how your ad clicks and viewable impressions influence store visits.

## Benefits

- See which campaigns, keywords, and devices drive the most store visits to your business
- Understand your return on investment (ROI) and make more informed decisions about your ad creatives, spend, bid strategies, and other elements of your campaigns
- Evaluate and optimize omnichannel performance by including store visit conversions in your Smart Bidding strategies. Learn more about Smart Bidding for store visits.

## How it works

Store visit data is based on anonymous, aggregated statistics. Google Ads creates modeled numbers by using current and past data on the number of people who click or view your ads and later visit your store.

Store visit data can't be tied to individual ad clicks, viewable impressions, or people. We use industry best practices to ensure the privacy of individual users.

**J.A. 2022**

Source: Google – Google Ads Help – "About Store Visit Conversions"
6/17/2020     Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# Google Maps Enterprise Platform

Welcome to
Google Maps Platform

Explore where real-world insights and immersive location experiences can take your business

GET STARTED

**99%**
**coverage of the world**

Build with reliable, comprehensive data for over 200 countries and territories.

**25 million**
**updates daily**

Count on accurate, real-time location information.

**1 billion**
**monthly active users**

Scale confidently, backed by our infrastructure.

J.A. 2023

Source: Google – Google Cloud – *"Welcome to Google Maps Platform"*
6/17/2020

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# Google Maps Enterprise Platform – Routes and Places

## Places

Help users discover the world with rich details for over 150 million points of interest

**GET STARTED**

### Autocomplete

Automatically return location suggestions while users type.

## Provide better services with precise location intelligence

Avoid missed pickups by sending your drivers to precise addresses based on users' reported location. Make it easier for users to enter correct billing and shipping information by automatically suggesting addresses as they type. When you use our powerful geolocation and geocoding features in combination with up-to-date Places data, you can get your users the information they need, right when they need it.

### Geocoding

Convert addresses to geographic coordinates, or the reverse.

### Geolocation

Return the precise location of a device based on Wi-Fi or cell towers.

## Routes

Help your users find the best way to get from A to Z with comprehensive data and real-time traffic

**GET STARTED**

## Keep your workforce moving, even during rush hour

Choose faster routes or reallocate deliveries to workers based on real-time traffic conditions. Use predictive traffic models to plan ahead, keeping your workers out of slowdowns and decreasing late deliveries.

**J.A. 2024**

Source: Google – Google Cloud – Google Maps Platform – Products – "Places" and "Routes"
Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.
6/17/2020



# Consumer Services

- ## Navigation with real-time traffic information

  To get easy, turn-by-turn navigation to places, use the Google Maps app. Maps will show you directions and use real-time traffic information to find the best route to your destination.

- ## Location-based search

  When you search on Google, we use your location to help show the most relevant search results. For example, if you're in Seattle, when you search for `coffee shops`, you'll see ones that are nearby.

- ## Location-based ads

  Google's ad products may receive or infer information about your location from a variety of sources. For example, we may use the IP address to identify your general location; we may receive precise location from your mobile device; we may infer your location from your search queries; and websites or apps that you use may send information about your location to us. Google uses location information in our ads products to infer demographic information, to improve the relevance of the ads you see, to measure ad performance and to report aggregate statistics to advertisers.

- ## Calendar Events – When to leave

  In Google Calendar you can add events, like dinner reservations or birthday parties. In Google Maps, you'll sometimes get notifications about when to leave to get to your event on time.

- ## Popular Times and Wait Times at Business Locations

  To help customers plan visits to your business, Google may show information including popular times, live visit information, wait times, and typical visit duration. This data appears below your regular business information on Google Maps and Search and can help customers plan their visit.

**J.A. 2025**

Source: Google – Google Maps Help, Google Search Help, Google Privacy & Terms, and Google My Business Help
Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.
6/17/2020

# FEDERAL BUREAU OF INVESTIGATION CELLULAR ANALYSIS SURVEY TEAM



## Use of Location Services and Location History

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

J.A. 2026



# Google Location Services: On vs. Off



## When Location is on

- Apps can get your phone's location to give you location-based info or services. Learn how to change app location settings.
- Google Location Services can collect data to improve location-based services. Learn about Google Location Services.
- You can get search results and ads based on your phone's location.
- You can see where your phone is if you lose it. Learn about Find My Device.
- You can share your phone's location with others. Learn about Location Sharing with Google Maps and sending location in emergencies.
- If you have Location History turned on, the places your phone goes will be saved. You can see and manage them later. Learn about Location History.

## When Location is off

- Your phone's location isn't shared with any apps. Features that use location may not work properly.
- Google Location Services won't collect data to improve location-based services.
- You can get search results and ads based on your IP address.
- You can't see where your phone is if you lose it. Learn about Find My Device.
- You can't share your phone's location with anyone via Google Maps. Your device can still send it to first responders in an emergency. Learn about Location Sharing with Google Maps and sending location in emergencies.
- Even if you have Location History turned on, the places your phone goes won't be saved. Learn about Location History.

**J.A. 2027**

Source: Google – Android Help – "Manage your Android Device's Location Settings"
6/17/2020        Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# Google Location History: On vs. Off

## When Location History is on

- Google only receives Location History for each device where you are signed in and you have Location Reporting turned on.

- You can change the Location Reporting setting for each device where you're signed in, and limit which devices provide location data to be included in Location History. If you want to change your Location History settings, you can choose to:

  - Report your location from only some of your devices, but not others.

  - Report your location from all your devices.

  - Turn off Location History for your Google Account. Your location won't be reported from any of your devices and you will not have new Location History recorded to your account.

- Your settings for other location services on your device, like Google Location Services and Find My Device, are not changed.

## When Location History is off

- New location information is no longer saved to your Location History.

- Previous activity is not deleted from your Location History. You can manually delete your Location History.

- Your settings for other location services on your device, like Google Location Services and Find My Device, are not changed.

- Some location data may continue to be saved in other settings, like Web & App Activity, as part of your use of other services, like Search and Maps, even after you turn off Location History.

**J.A. 2028**

FEDERAL BUREAU OF INVESTIGATION
CELLULAR ANALYSIS SURVEY TEAM



End of Report

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

J.A. 2029


- Slide 3 – *Determining Location with GPS*
  - GPS.Gov, "How GPS Works." https://www.gps.gov/multimedia/poster/poster-web.pdf. Retrieved February 1, 2020.
  - United States Patent and Trademark Office, United States Patent Number US 9,838,837 B2, "Power-Efficient Location Estimation." https://pimg-fpiw.uspto.gov/fdd/37/388/098/0.pdf. Retrieved on February 3, 2020.

- Slide 4 – *Determining Location with WiFi*
  - United States Patent and Trademark Office, United States Patent Number US 8,339,316 B1, "Smart GPS Use." https://pimg-fpiw.uspto.gov/fdd/16/393/083/0.pdf. Retrieved on Feb 3, 2020.
  - United States Patent and Trademark Office, United States Patent Number US 10,219,103, "Power-Efficient Location Estimation." https://pimg-fpiw.uspto.gov/fdd/03/191/102/0.pdf. Retrieved on February 3, 2020.

- Slide 5 – *WiFi Fingerprinting*
  - Li, Binghao & Quader, Ishrat & Dempster, Andrew. (2008). On outdoor positioning with Wi-Fi. Journal of Global Positioning Systems. 7. 18-26. 10.5081/jgps.7.1.18.

- Slide 6 – *Finding Wireless Access Points*
  - Google, Google Maps Help: "Control Access Point Inclusion in Google's Location Services." https://support.google.com/maps/answer/1725632?hl=en. Retrieved January 29, 2020.
  - Google, Google Privacy & Terms: "How Google Uses Location Information." https://policies.google.com/technologies/location-data. Retrieved January 27, 2020.

- Slide 16 – *Google – Types of Accounts*
  - Google, Android Enterprise Help: *"Types of Google Accounts."* https://support.google.com/work/android/answer/6371476. Retrieved June 13, 2020.

- Slide 38 – *Samsung Galaxy S9+*
  - Samsung, "Galaxy S9 | S9+ Digital Brochure." https://images.samsung.com/is/content/samsung/p5/sg/smartphones/galaxy-s9/Galaxy_S9_Brochure.pdf. Retrieved February 3, 2020.
  - Samsung, Samsung Newsroom: "Samsung Electronics Officially Launches Galaxy S9 and S9+." https://news.samsung.com/global/samsung-electronics-officially-launches-galaxy-s9-and-s9-plus. Retrieved on June 14, 2020.

- Slide 40 – *Google*
  - Fortune – Fortune 500: *"Alphabet."* https://fortune.com/company/alphabet/fortune500/. Retrieved June 17, 2020.
  - Alphabet, "Form 10-K" *dated February 4, 2020.* https://abc.xyz/investor/static/pdf/20200204_alphabet_10K.pdf. Retrieved June 13, 2020.

**J.A. 2030**

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



# End Notes

- Slide 41 – *Google Ads – Target Geographic Locations*
  - Google, Google Ads Help – "Target Ads to Geographic Locations." https://support.google.com/google-ads/answer/1722043?hl=en&ref_topic=3119074. Retrieved January 29, 2020.
- Slide 42 – *Google Ads – Measure Results – Store Visit Conversions*
  - Google, Google Ads Help - "About Store Visit Conversions." https://support.google.com/google-ads/answer/6100636?hl=en. Retrieved January 31, 2020.
- Slide 43 – *Google Maps Enterprise Platform*
  - Google, Google Cloud – "Welcome to Google Maps Platform." https://cloud.google.com/maps-platform/. Retrieved January 29, 2020.
- Slide 44 – *Google Maps Enterprise Platform – Routes and Places*
  - Google, Google Cloud – Google Maps Platform – "Places." https://cloud.google.com/maps-platform/places/. Retrieved January 29, 2020.
  - Google, Google Cloud – Google Maps Platform – "Routes." https://cloud.google.com/maps-platform/routes/. Retrieved February 1, 2020.
- Slide 45 – *Consumer Services*
  - Google, Google Maps Help – "Use Navigation in the Google Maps App." https://support.google.com/maps/answer/3273406?co=GENIE.Platform%3DiOS&hl=en. Retrieved January 31, 2020.
  - Google, Google Search Help – "Update your Location on Google." https://support.google.com/websearch/answer/179386?co=GENIE.Platform%3DDesktop&hl=en. January 31, 2020.
  - Google, Google Privacy & Terms – "Advertising." https://policies.google.com/technologies/ads. Retrieved January 31, 2020.
  - Google, Google Maps Help – "Turn Google Maps notifications on or off." https://support.google.com/maps/answer/6395563?hl=en. Retrieved January 31, 2020.
  - Google, Google My Business Help – "Popular Times, Wait Times, and Visit Duration." https://support.google.com/business/answer/6263531?hl=en. Retrieved January 31, 2020.
- Slide 47 – *Google Location Services: On vs. Off*
  - Google, Android Help – "Manage your Android Device's Location Settings." https://support.google.com/android/answer/3467281?hl=en. Retrieved January 27, 2020.
- Slide 48 – *Google Location History: On vs. Off*
  - Google, Google Account Help – "Manage Your Location History." https://support.google.com/accounts/answer/3118687?hl=en. Retrieved January 29, 2020.

**J.A. 2031**

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GOVERNMENT
EXHIBIT
**3b**
3:19CR130

UNITED STATES OF AMERICA

    v.

OKELLO T. CHATRIE,

    *Defendant.*

Case No. 3:19-cr-00130-MHL

## SUPPLEMENTAL DECLARATION OF MARLO MCGRIFF

I, Marlo McGriff, respectfully submit this declaration in regard to the above-captioned matter to supplement my prior declaration, filed on March 11, 2020.  ECF No. 96-1.  I make this declaration based on my knowledge of the facts stated herein.

1.      I reviewed the testimony of Spencer McInvaille, Mr. Chatrie's advisory witness, ECF No. 81 ("McInvaille Testimony"), and the video exhibit Mr. McInvaille presented as Exhibit 4 during the January 21, 2020 hearing as to Mr. Chatrie's Motion for Discovery Regarding the Government's Use of Google's Sensorvault Data ("McInvaille Video").

2.      As explained in my prior declaration, enabling the Location History ("LH") service requires a Google user to take multiple steps.  ECF No. 96-1 at 2.

3.      One of those steps, as referenced at ECF No. 96-1 at Paragraph 9, is that the user must opt in to LH in her account settings.  LH is disabled in account settings by default, and LH remains disabled unless and until the user enables it.

4.      Until recently, a user could enable LH in her account settings during account creation, which can occur during device setup.  An example of this is depicted in the McInvaille

1

Video (at 2:50-3:17) and the McInvaille Testimony (at 50-52). During his testimony, Mr. McInvaille did not enable LH during account creation. *See* McInvaille Testimony at 51-52, 53.

5.      A user may also enable LH in her account settings through an app that has LH-powered features, such as the Google Maps app. An example of this is partially depicted in the McInvaille Video (at 4:38-4:45) and the McInvaille Testimony (at 55-57). During his testimony, Mr. McInvaille opened the Google Maps app and was shown a screen stating "Get the most from Google Maps" with two choices: "YES, I'M IN" or "SKIP" as depicted in the last screen at the end of the McInvaille Video (at 4:45); *see* McInvaille Testimony at 56-57.

6.      The McInvaille Video ended at that step, without depicting what would happen if the user tapped on "YES, I'M IN." McInvaille Video at 4:45 (stopping at the "Get the most out of Google Maps" screen).

7.      By 2017 at the latest, it was not possible for a user to enable LH solely by tapping on "YES, I'M IN" as depicted on the final screen in the McInvaille Video. Instead, a user who tapped on "YES, I'M IN" when prompted would be presented with a second opt-in screen. Only by opting in via that second screen could the user successfully enable LH for her account. Sensorvault rejects LH opt-ins from unsupported flows or devices. Accordingly, Sensorvault would have rejected any attempted opt-in through the manner described by Mr. McInvaille, and LH would not have been successfully enabled.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this ___12th___ day of June 2020, in SAN FRANCISCO.

Marlo McGriff

**J.A. 2033**

**From:** lers@google.com
**Sent:** Thursday, June 20, 2019 11:21 AM
**To:** Hylton, Joshua
**Subject:** LERS Submission Confirmation - Google Reference. No. 2590472

This is an automated response to advise you that Google Legal Investigations Support has successfully received your legal request submission.

Google receives a very high volume of legal process every day. The team processes legal requests in the order that we receive them. You may monitor the status of your request by logging into your LERS account.

If your request relates to exigent circumstances or if you have further questions, please email USLawEnforcement@google.com and include the Google reference number listed in the subject line. Please include a description of the exigency or your question(s) so that we may assess your request accordingly.

Regards,
Google Legal Investigations Support

**From:** Hylton, Joshua ███████████████████

**Sent:** Tuesday, June 25, 2019 3:00 PM

**To:** USLawEnforcement@google.com

**Subject:** 2590472

Expedition request based on armed and dangerous subject(s) still at large. Subject was on cell phone just prior to violent act; therefore, Google may have captured pertinent information to identify and arrest parties involved.

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit

████████████████████████

*"If you only do what you can do, you will never be better than what you are now."*

Your production -- Google Reference Number 2590472 -- is now available for download.
Please visit LERS and click on the files link to view all available files.

The download links will expire in 14 days. If you are unable to download your production
within this window, contact USLawEnforcement@google.com with your Google Reference
Number and we will reinstate the files so long as we still maintain a copy of the files.

If you have questions about your production, please contact USLawEnforcement@google.com
with your Google Reference Number in the subject line.

Regards,
Google Legal Investigations Support

Google Legal Team,

I appreciate your team's quick response and professionalism. After reviewing the return data and associated Google Device ID(s), Assistant United States Attorney, Kenneth Simon, and I, request additional location data and subscriber info for the following device ID(s):

1. 1716665659
2. -1662305683
3. -1305167611
4. -1844271119
5. -965610516
6. 2021066118
7. 702354289
8. 907512662
9. 1207269668

10. -1144423700
11. -162381959
12. -1637158857
13. -2058726931
14. -41133693
15. 1135979718
16. 138503045
17. 1485182252
18. 319756533
19. 449021346

As the sought Google devices are fairly low in number, I am requesting the above data in an effort to rule out possible co-conspirators. If this request seems unreasonable, please keep in mind that Google device numbers 1-9 may fit the more likely profile of parties involved.

I appreciate any help and consideration in the above matter. If you have any questions or concerns, please don't hesitate to call, ████████████

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit

████████████████████

*"If you only do what you can do, you will never be better than what you are now."*

Google Legal Team,

I appreciate your team's quick response and professionalism. After reviewing the return data and associated Google Device ID(s), Assistant United States Attorney, Kenneth Simon, and I, request additional location data and subscriber info for the following device ID(s):

1. 1716665659
2. -1662305683
3. -1305167611
4. -1844271119
5. -965610516
6. 2021066118
7. 702354289
8. 907512662
9. 1207269668

10. -1144423700
11. -162381959
12. -1637158857
13. -2058726931
14. -41133693
15. 1135979718
16. 138503045
17. 1485182252
18. 319756533
19. 449021346

As the sought Google devices are fairly low in number, I am requesting the above data in an effort to rule out possible co-conspirators. If this request seems unreasonable, please keep in mind that Google device numbers 1-9 may fit the more likely profile of parties involved.

I appreciate any help and consideration in the above matter. If you have any questions or concerns, please don't hesitate to call,████████████

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit

████████████████

*"If you only do what you can do, you will never be better than what you are now."*

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit

*"If you only do what you can do, you will never be better than what you are now."*

| From: | Hylton, Joshua ████████████ |
|---|---|
| **Sent:** | Monday, July 08, 2019 9:33 AM |
| **To:** | USLawEnforcement@google.com |
| **Subject:** | 2590472 |

| **Importance:** | High |
|---|---|

Google Legal Team,

I'm writing to inquire about my correspondence with your office on 07/01 and 07/02.  Please keep in mind that expedition is requested based on armed and dangerous subject(s) still being at large. Subject was on cell phone just prior to violent act; therefore, Google may have captured pertinent information to identify and arrest parties involved.  See below:

I appreciate your team's quick response and professionalism. After reviewing the return data and associated Google Device ID(s), Assistant United States Attorney, Kenneth Simon, and I, request additional location data and subscriber info for the following device ID(s):

1. 1716665659
2. -1662305683
3. -1305167611
4. -1844271119
5. -965610516
6. 2021066118
7. 702354289
8. 907512662
9. 1207269668

10. -1144423700
11. -162381959
12. -1637158857
13. -2058726931
14. -41133693
15. 1135979718
16. 138503045
17. 1485182252
18. 319756533
19. 449021346

As the sought Google devices are fairly low in number, I am requesting the above data in an effort to rule out possible co-conspirators. If this request seems unreasonable, please keep in mind that Google device numbers 1-9 may fit the more likely profile of parties involved.

I appreciate any help and consideration in the above matter. If you have any questions or concerns, please don't hesitate to call, ████████████

Respectfully,

Master Detective J.P. Hylton Unit: 936

*"If you only do what you can do, you will never be better than what you are now."*

| **From:** | Hylton, Joshua ████████████████ |
|---|---|
| **Sent:** | Tuesday, July 09, 2019 10:37 AM |
| **To:** | USLawEnforcement@google.com |
| **Subject:** | 2590472 |

Google Legal Team,

As discussed yesterday over the phone, I appreciate your quick response and willingness to provide GPS data for the below device ID(s). Please expedite this request where possible due to this suspect's continued threat to our community. If it would speed up the process, please provide data as it becomes accessible/available, starting with device ID(s) 1 – 9. It was mentioned that the larger the request, the more time it will take to get data back. With this in mind, I will still have to rule out device ID(s) 1-9; however, I may be able to do so more quickly if I can begin reviewing data. The faster I can review the data, the faster I can get this guy/guys off the street.

Thanks again for your professionalism and understanding. I realize that I'm asking for a lot and you and your team are likely tasked-out already, but any and all assistance and expedited process is MUCH appreciated.

1. 1716665659
2. -1662305683
3. -1305167611
4. -1844271119
5. -965610516
6. 2021066118
7. 702354289
8. 907512662
9. 1207269668

If you have any questions or concerns, please don't hesitate to call, ████████████

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit
████████████████████████

*"If you only do what you can do, you will never be better than what you are now."*

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit
████████████████████████

*"If you only do what you can do, you will never be better than what you are now."*

**From:**                    lers@google.com
**Sent:**                  Tuesday, July 09, 2019 10:25 PM
**To:**                      Hylton, Joshua
**Subject:**           Production For Google Reference Number 2590472 Is Available for Download

Your production -- Google Reference Number 2590472 -- is now available for download. Please visit LERS and click on the files link to view all available files.

The download links will expire in 14 days. If you are unable to download your production within this window, contact USLawEnforcement@google.com with your Google Reference Number and we will reinstate the files so long as we still maintain a copy of the files.

If you have questions about your production, please contact USLawEnforcement@google.com with your Google Reference Number in the subject line.

Regards,
Google Legal Investigations Support

**From:** Hylton, Joshua ████████████████████████
**Sent:** Wednesday, July 10, 2019 1:40 PM
**To:** USLawEnforcement@google.com
**Subject:** 2590472

Google Legal Team,

Thank you guys for the extremely quick turnaround on the Stage Two data. After plotting the nine device ID(s) with additional geographical data, I have narrowed my search for subscriber info to three device ID(s):

1.) **1716665659**
2.) 907512662
3.) -1662304683

Please send me the subscriber information for the above device ID(s) as soon as possible. The involved offender is still a threat to the community and may be a flight risk as well. Again, I can't thank the Google Legal team enough for your professionalism, quick response, and understanding in the captioned matter.

If you have any questions or concerns, please don't hesitate to call, ████████

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit
████████████████

*"If you only do what you can do, you will never be better than what you are now."*

Google Legal Team,

Thank you guys for the extremely quick turnaround on Stage(s) One and Two.  I'm emailing to inquire about yesterday's request (07/10) for the below device ID(s)' subscriber information.  The United States Attorney's Office is waiting for that return before moving forward with additional search warrants.

1.) **1716665659**
2.) 907512662
3.) -1662304683

Please send me what you can as soon as possible.  The involved offender is still a threat to the community and is a likely flight risk. Again, I can't thank the Google Legal team enough for your professionalism, quick response, and understanding in the captioned matter.

If you have any questions or concerns, please don't hesitate to call, ██████████████

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit

*"If you only do what you can do, you will never be better than what you are now."*

| | |
|---|---|
| **From:** | lers@google.com |
| **Sent:** | Thursday, July 11, 2019 7:21 PM |
| **To:** | Hylton, Joshua |
| **Subject:** | Production For Google Reference Number 2590472 Is Available for Download |

Your production -- Google Reference Number 2590472 -- is now available for download. Please visit LERS and click on the files link to view all available files.

The download links will expire in 14 days. If you are unable to download your production within this window, contact USLawEnforcement@google.com with your Google Reference Number and we will reinstate the files so long as we still maintain a copy of the files.

If you have questions about your production, please contact USLawEnforcement@google.com with your Google Reference Number in the subject line.

Regards,
Google Legal Investigations Support

| From: | Hylton, Joshua ████████████████ |
|---|---|
| Sent: | Friday, July 12, 2019 11:37 AM |
| To: | USLawEnforcement@google.com |
| Cc: | Simon, Kenneth (USAVAE) |
| Subject: | 2590472 |

Google Legal Team,

Thank you guys for getting back with me regarding the subscriber information included with my Stage Three returns. While reviewing data for all three accounts, I could not locate any associated telephone numbers for the following Google account and ID:

- Okellochatrie55@gmail.com
- Google Account ID: 365520819283

Please include any such data, as the following is listed in my search warrant:

"After review and upon request by Law Enforceemnt, Google Inc. shall provide identifying account information/CSI for the accounts requested by Law Enforcement.  This identifying account information/CSI **shall include all of the following that are available:** user name and subscriber information to include date of birth if available, account type and account number, email addresses associated with the account**, electronic devices associated with the account and their identifying make, model and other identifying numbers, telephone numbers associated with the account including telephone numbers used t set up the account, verify the account or to receive assistance with the account, and Google Voice phone numbers associated with the account."**

Please let me know what you find, as soon as possible, as the offender involved is still a threat to the community and may be a flight risk as well.  I will CC Assistant United States Attorney, Kenneth Simon, for tracking purposes or follow-up questions.

If you have any concerns, please don't hesitate to call, ████████████

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit

████████████████

*"If you only do what you can do, you will never be better than what you are now."*

GOVERNMENT
EXHIBIT
**5**
3:19CR130

GOOGLE PRIVACY POLICY

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective January 22, 2019 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

**J.A. 2048**

INFORMATION GOOGLE COLLECTS

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

# Information we collect as you use our services

## Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

**J.A.2050**

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

---

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

**J.A. 2053**

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data.

**J.A.7054**

For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

**J.A. 2055**

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

## Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

**J.A. 2056**

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Information you share

Control whom you share information with through your account on Google+.

Go to Information You Share

## Ways to review & update your information

### My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

### Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

## Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

J.A.12058

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

**J.A.12059**

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing a song in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

**J.A.12060**

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for

advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's data retention periods, including how long it takes us to delete your information.

We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

**J.A.12064**

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

## Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Google Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

## Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

    - How Google uses cookies

    - Technologies used for Advertising

    - How Google uses pattern recognition to recognize things like faces in photos

    - How Google uses information from sites or apps that use our services

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

**J.A.12066**

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services

**J.A.22067**

like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

**J.A22068**

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## deliver our services

**J.A22069**

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

**J.A.22070**

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

**J.A.22073**

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

appropriate safeguards

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. Learn more

ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## Customizing our services

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

**J.A.22076**

## Cookies and similar technologies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Pixel tag

**J.A.32077**

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be

**J.A32078**

assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can

J.A32079

be used to customize our service to your device or analyze device issues related to our services.

GOVERNMENT
EXHIBIT
**5a**
3:19CR130

GOOGLE TERMS OF SERVICE

Last modified: October 25, 2017 (view archived versions)

# Welcome to Google!

Thanks for using our products and services ("Services"). The Services are provided by Google LLC ("Google"), located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States.

By using our Services, you are agreeing to these terms. Please read them carefully.

Our Services are very diverse, so sometimes additional terms or product requirements (including age requirements) may apply. Additional terms will be available with the relevant Services, and those additional terms become part of your agreement with us if you use those Services.

# Using our Services

You must follow any policies made available to you within the Services.

Don't misuse our Services. For example, don't interfere with our Services or try to access them using a method other than the interface and the instructions that we provide. You may use our Services only as permitted by law, including applicable export and re-export control laws and regulations. We may suspend or stop providing our Services to you if you do not comply with our terms or policies or if we are investigating suspected misconduct.

Using our Services does not give you ownership of any intellectual property rights in our Services or the content you access. You may not use content from our Services unless you obtain permission from its owner or are otherwise permitted by law. These terms do not grant you the right to use any branding or logos used in our Services. Don't remove, obscure, or alter any legal notices displayed in or along with our Services.

Our Services display some content that is not Google's. This content is the sole responsibility of the entity that makes it available. We may review content to determine whether it is illegal or violates our policies, and we may remove or refuse to display content that we reasonably believe violates our policies or the law. But that does not necessarily mean that we review content, so please don't assume that we do.

In connection with your use of the Services, we may send you service announcements, administrative messages, and other information. You may opt out of some of those communications.

Some of our Services are available on mobile devices. Do not use such Services in a way that distracts you and prevents you from obeying traffic or safety laws.

## Your Google Account

You may need a Google Account in order to use some of our Services. You may create your own Google Account, or your Google Account may be assigned to you by an administrator, such as your employer or educational institution. If you are using a Google Account assigned to you by an administrator, different or additional terms may apply and your administrator may be able to access or disable your account.

To protect your Google Account, keep your password confidential. You are responsible for the activity that happens on or through your Google Account. Try not to reuse your Google Account password on third-party applications. If you learn of any unauthorized use of your password or Google Account, follow these instructions.

# Privacy and Copyright Protection

Google's privacy policies explain how we treat your personal data and protect your privacy when you use our Services. By using our Services, you agree that Google can use such data in accordance with our privacy policies.

We respond to notices of alleged copyright infringement and terminate accounts of repeat infringers according to the process set out in the U.S. Digital Millennium Copyright Act.

We provide information to help copyright holders manage their intellectual property online. If you think somebody is violating your copyrights and want to notify us, you can find information about submitting notices and Google's policy about responding to notices in our Help Center.

# Your Content in our Services

Some of our Services allow you to upload, submit, store, send or receive content. You retain ownership of any intellectual property rights that you hold in that content. In short, what belongs to you stays yours.

When you upload, submit, store, send or receive content to or through our Services, you give Google (and those we work with) a worldwide license to use, host, store, reproduce, modify, create derivative works (such as those resulting from translations, adaptations or other changes we make so that your content works better with our Services), communicate, publish, publicly perform, publicly display and distribute such content. The rights you grant in this license are for the limited purpose of operating, promoting, and improving our Services, and to develop new ones. This license continues even if you stop using our Services (for example, for a business listing you have added to Google Maps). Some Services may offer you ways to access and remove content that has been provided to that Service. Also, in some of our Services, there are terms or settings that narrow the scope of our use of the content submitted

in those Services. Make sure you have the necessary rights to grant us this license for any content that you submit to our Services.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection. This analysis occurs as the content is sent, received, and when it is stored.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our Services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account. For example, you can choose your settings so your name and photo do not appear in an ad.

You can find more information about how Google uses and stores content in the privacy policy or additional terms for particular Services. If you submit feedback or suggestions about our Services, we may use your feedback or suggestions without obligation to you.

## About Software in our Services

When a Service requires or includes downloadable software, this software may update automatically on your device once a new version or feature is available. Some Services may let you adjust your automatic update settings.

Google gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by Google as part of the Services. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Google, in the manner permitted by these terms. You may not copy, modify, distribute, sell, or lease any part of our Services or included software, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit those restrictions or you have our written permission.

Open source software is important to us. Some software used in our Services may be offered under an open source license that we will make available to you. There may be provisions in the open source license that expressly override some of these terms.

## Modifying and Terminating our Services

We are constantly changing and improving our Services. We may add or remove functionalities or features, and we may suspend or stop a Service altogether.

You can stop using our Services at any time, although we'll be sorry to see you go. Google may also stop providing Services to you, or add or create new limits to our Services at any time.

We believe that you own your data and preserving your access to such data is important. If we discontinue a Service, where reasonably possible, we will give you reasonable advance notice and a chance to get information out of that Service.

## Our Warranties and Disclaimers

We provide our Services using a commercially reasonable level of skill and care and we hope that you will enjoy using them. But there are certain things that we don't promise about our Services.

OTHER THAN AS EXPRESSLY SET OUT IN THESE TERMS OR ADDITIONAL TERMS, NEITHER GOOGLE NOR ITS SUPPLIERS OR DISTRIBUTORS MAKE ANY SPECIFIC PROMISES ABOUT THE SERVICES. FOR EXAMPLE, WE DON'T MAKE ANY COMMITMENTS ABOUT THE CONTENT WITHIN THE SERVICES, THE SPECIFIC FUNCTIONS OF THE SERVICES, OR THEIR RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS. WE PROVIDE THE SERVICES "AS IS".

SOME JURISDICTIONS PROVIDE FOR CERTAIN WARRANTIES, LIKE THE
IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR
PURPOSE AND NON-INFRINGEMENT. TO THE EXTENT PERMITTED BY LAW, WE
EXCLUDE ALL WARRANTIES.

## Liability for our Services

WHEN PERMITTED BY LAW, GOOGLE, AND GOOGLE'S SUPPLIERS AND
DISTRIBUTORS, WILL NOT BE RESPONSIBLE FOR LOST PROFITS, REVENUES,
OR DATA, FINANCIAL LOSSES OR INDIRECT, SPECIAL, CONSEQUENTIAL,
EXEMPLARY, OR PUNITIVE DAMAGES.

TO THE EXTENT PERMITTED BY LAW, THE TOTAL LIABILITY OF GOOGLE, AND
ITS SUPPLIERS AND DISTRIBUTORS, FOR ANY CLAIMS UNDER THESE TERMS,
INCLUDING FOR ANY IMPLIED WARRANTIES, IS LIMITED TO THE AMOUNT YOU
PAID US TO USE THE SERVICES (OR, IF WE CHOOSE, TO SUPPLYING YOU THE
SERVICES AGAIN).

IN ALL CASES, GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, WILL NOT
BE LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY
FORESEEABLE.

## Business uses of our Services

If you are using our Services on behalf of a business, that business accepts these
terms. It will hold harmless and indemnify Google and its affiliates, officers, agents,
and employees from any claim, suit or action arising from or related to the use of the
Services or violation of these terms, including any liability or expense arising from
claims, losses, damages, suits, judgments, litigation costs and attorneys' fees.

# About these Terms

We may modify these terms or any additional terms that apply to a Service to, for example, reflect changes to the law or changes to our Services. You should look at the terms regularly. We'll post notice of modifications to these terms on this page. We'll post notice of modified additional terms in the applicable Service. Changes will not apply retroactively and will become effective no sooner than fourteen days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If you do not agree to the modified terms for a Service, you should discontinue your use of that Service.

If there is a conflict between these terms and the additional terms, the additional terms will control for that conflict.

These terms control the relationship between Google and you. They do not create any third party beneficiary rights.

If you do not comply with these terms, and we don't take action right away, this doesn't mean that we are giving up any rights that we may have (such as taking action in the future).

If it turns out that a particular term is not enforceable, this will not affect any other terms.

The laws of California, U.S.A., excluding California's conflict of laws rules, will apply to any disputes arising out of or relating to these terms or the Services. All claims arising out of or relating to these terms or the Services will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

For information about how to contact Google, please visit our contact page.

# CURRICULUM VITAE

**GOVERNMENT EXHIBIT**
**6**
3:19CR130



### *Jeremy A. D'Errico*
Federal Bureau of Investigation
Richmond Division
1970 East Parham Road
Richmond, Virginia 23228
Telephone: (804) 261-1044

## PROFESSIONAL EXPERIENCE

**Special Agent** (October 2014 – Present)
Federal Bureau of Investigation
Richmond, Virginia

Special Agent D'Errico is currently assigned to the Violent Crime and Transnational Organized Crime squad where he investigates computer-enabled organized crime, threat-to-life matters, and provides assistance for federal, state and local investigations. Special Agent D'Errico was previously assigned to the Cyber squad where he investigated computer intrusion and criminal matters involving computers.

*Cellular Analysis Survey Team (CAST)* (May 2016 – Present)
Special Agent D'Errico responsibilities include:
- Analysis of historical call detail records for homicide investigations, fugitive investigation, child abductions, and other violent crimes; and
- Preparation of numerous historical cell site analyses and maps for various federal, state and local law enforcement agencies.

**Computer Scientist** (September 2012 – October 2014)
Federal Bureau of Investigation
Richmond, Virginia

Computer Scientist D'Errico's responsibilities included:
- Investigating high priority criminal and national security matters using sophisticated technical methods and analysis;
- Liaising with strategic partners and develop relationships within the community in support of investigations and intelligence collection;
- Developing technical solutions to accelerate the investigative process; and
- Interpreting technical results and data for the investigative team.

**Lead Information System Engineer** (February 2006 – September 2012)
The MITRE Corporation
Richmond, Virginia

Mr. D'Errico's responsibilities included managing and leading a work program that provided advanced technical support, tools, and expertise on computer intrusion investigations.

**Intern** (June 2005 – November 2005)
Federal Bureau of Investigation
Richmond, Virginia

Mr. D'Errico's responsibilities included developing an investigative data solution for analyzing disparate sets of case-specific data.

November 12, 2020

**PROFESSIONAL EXPERIENCE (Continued)**

**Consultant** (August 2000 – October 2005)
CGI-AMS
Richmond, Virginia

Mr. D'Errico responsibilities included leading the development, testing and deployment of computer telephony integration (CTI) applications for customer call center.

**EDUCATION**

Johns Hopkins University - Baltimore, Maryland
Master of Security Informatics (MSSI), 2005.

James Madison University – Harrisonburg, Virginia
Graduate courses in Information Security, 2004.

James Madison University - Harrisonburg, Virginia
Bachelor of Science (BS), Computer Science, 2000.

**PROFESSIONAL TRAINING**

- Cellular Analysis Survey Team (CAST) Re-certification (Feb 2020)
- Cellular Analysis Survey Team (CAST) Re-certification (Feb 2019)
- Cellular Analysis Survey Team (CAST) Certification, Part II (Sept 2018)
- Cellular Analysis Survey Team (CAST) Certification, Part I (Aug 2018)
- Cellular Analysis Survey Team (CAST) Field Training Exercise (FTX) (Jun 2018)
- Cellular Analysis Survey Team (CAST) Advanced Training (Apr 2018)
- Joint Child Abduction Rapid Deployment Team Training (Nov 2017)
- SANS Advanced Smartphone Forensics (Nov 2017)
- Cellular Analysis Survey Team (CAST) Basic Training (May 2016)
- Various training courses in computer forensics and information security from October 2009 to present

**CERTIFICATIONS**

- FBI – Cellular Analysis Survey Team (CAST)
- FBI – Digital Extraction Technician (DExT)
- FBI – Computer Analysis Response Team (CART) Technician
- Guidance Software – EnCase Certified Examiner (EnCE)
- $ISC^2$ – Certified Information Systems Security Professional (CISSP)
- Global Information Assurance Certification – Open Source Intelligence (GOSI)
- Global Information Assurance Certification – Certified Forensic Analyst (GCFA)
- Global Information Assurance Certification – Reverse Engineering Malware (GREM)
- Global Information Assurance Certification – Certified Incident Handler (GCIH)
- Global Information Assurance Certification – Advanced Smartphone Forensics (GASF)
- Global Information Assurance Certification – Security Essentials (GSEC)

**INSTRUCTION**

- Prosecuting Homicide Cases – Historical Cell Site and Geolocation Data (Nov 2020)
- Cyber-Attacks, Internet Investigations, Forensic Analysis & Electronic Records (CIIFER) – Historical Cell Site and Geolocation Data (Mar 2020)
- Advanced Homicide/Violent Crimes Investigations – Social Media / Location History (Mar 2020)
- Basic Historical Cell Site Analysis (Feb 2020)
- Advanced Homicide/Violent Crimes Investigations – Social Media / Location History (Jun 2019)
- Basic Historical Cell Site Analysis (May 2019)
- Advanced Homicide/Violent Crimes Investigations – Social Media / Location History (May 2019)
- Advanced Homicide/Violent Crimes Investigations – Social Media / Location History (Mar 2019)
- Advanced Homicide/Violent Crimes Investigations – Social Media / Location History (Nov 2018)
- Central Shenandoah Criminal Justice Training Academy – Social Media (Apr 2018)
- Southwest Virginia Criminal Justice Training Academy – Social Media (May 2017)
- Crater Criminal Justice Training Academy – Social Media (May 2017)
- Rappahannock Regional Criminal Justice Academy – Social Media (Mar 2017)
- Japan National Police Force – Virtual Currency Investigation (Aug 2016)
- Central Shenandoah Criminal Justice Training Academy – Cyber Intrusions (Aug 2016)
- Cardinal Justice Academy – Crimes Against Children (Jul 2015)
- Southwest Virginia Criminal Justice Training Academy – Social Media (May 2015)
- FBI Computer Scientist Field Operations Training Class 14-02 (Jul 2014)
- FBI Computer Scientist Field Operations Training Class 14-01 (Apr 2014)
- Crater Criminal Justice Training Academy – Cyber Intrusions (Mar 2014)
- FBI Computer Scientist Field Operations Training Class 13-01 (Sep 2013)

**RECOGNITION**

- US Attorney's Office, Eastern District of VA – Law Enforcement Public Service Award (2020, 2014, 2009, 2008)