FILED: January 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

OKELLO T. CHATRIE

   Defendant - Appellant

-------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION

   Amici Supporting Appellant

_____

O R D E R
_____

NYU Technology Law and Policy Clinic & Electronic Frontier Foundation, ACLU, ACLU of Virginia, and Eight Federal Public Defender Offices within the

Fourth Circuit, and Reporters Committee for Freedom of the Press has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk