# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2023

_____

## DOCKETING FORMS
## FOLLOW-UP NOTICE

_____

No. 22-4489,  US v. Okello Chatrie
              3:19-cr-00130-MHL-1

TO:    The Reporters Committee for Freedom of the Press

REQUESTED FORMS DUE:  February 2, 2023

The forms identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[ x ] Disclosure Statement
[ x ] Appearance of counsel [eFiler status required]

Anisha Walker, Deputy Clerk
804-916-2704