IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Appellee*, | ) ) ) | |
| v. | ) ) | No. 22-4489 |
| OKELLO T. CHATRIE, | ) ) ) | |
| *Defendant-Appellant.* | ) ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), the United States moves for additional time to file the response brief in this case. Counsel for the defendant has been advised and does not oppose this Motion. In support of the motion, counsel state as follows:

1. The defendant filed his opening brief on January 20, 2023, following three unopposed motions for extension of time. These extensions totaled 53 days.

2. The United States' response brief is currently due on February 10, 2023. To facilitate fulsome briefing of the various issues raised in the opening brief, the United States requests an extension of 28 days.

3. Wherefore, the United States respectfully moves the Court for entry of an Order extending the time to file the responsive brief to March 10, 2023.

1

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:
_____/s/_____
Kenneth R. Simon, Jr.
Assistant United States Attorney
Eastern District of Virginia
Virginia State Bar No. 87998
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that I wrote this brief using 14-point Times New Roman typeface and Microsoft Word 2016. I further certify that this brief does not exceed 5,200 words (and is specifically 130 words) as counted by Microsoft Word, excluding the items identified in Federal Rule of Appellate Procedure 27(f).

By: _____/s/_____
Kenneth R. Simon, Jr.
Assistant United States Attorney