FILED: February 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

OKELLO T. CHATRIE

  Defendant - Appellant

-------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION

  Amici Supporting Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The

briefing schedule is extended as follows:

    Response brief due: 03/10/2023

    Any reply brief permitted within 10 days from service of response brief.

                               For the Court--By Direction

                               <u>/s/ Patricia S. Connor, Clerk</u>