IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| *Plaintiff/Appellee*, | ) | | |
| | ) | | |
| v. | ) | Case No. 22-4489 | |
| | ) | | |
| OKELLO CHATRIE, | ) | | |
| *Defendant/Appellant.* | ) | | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE REPLY BRIEF

COMES NOW counsel for the appellant, Okello Chatrie, and moves this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time in which to file the appellant's reply brief. In support thereof, counsel states as follows:

1.  The opening brief is currently scheduled to be filed on Monday, March 20, 2023. *See* Doc. 38 (briefing order filed Feb. 8, 2023). Counsel has not previously requested an extension of this deadline.

2.  Since the government filed its response to Mr. Chatrie's opening brief, counsel for Mr. Chatrie have reviewed the government's response brief. Due to court appearances and briefing obligations in other cases, counsel will not have sufficient time to draft the reply brief by March 20, 2023.

3.  In accordance with Fourth Circuit Local Rule 27(a), counsel has informed counsel for the United States of the intended filing of this motion. The government has no objection to the requested extension.

For the foregoing reasons, counsel for Mr. Chatrie request an extension of three weeks, from March 20, 2023, to April 10, 2023, in which to file the reply brief in this case.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

   s/ Laura J. Koenig
Laura J. Koenig
Assistant Federal Public Defender
Counsel for Appellant
701 E Broad St, Suite 3600
Richmond, VA 23219
(804) 565-0881
Laura_Koenig@fd.org

Dated: March 14, 2023

2

CERTIFICATE OF COMPLIANCE

1. This Motion has been prepared using Microsoft Word for Office 365 software, Times New Roman font, 14-point proportional type size.

2. The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 185 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

|  March 14, 2023 | s/ Laura Koenig |
| :---: | :---: |
| Date | Laura Koenig |
| | Assistant Federal Public Defender |