USCA4 Appeal: 22-4489   Doc: 43   Filed: 04/01/2023   Pg: 1 of 3

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff/Appellee,* | ) | |
| | ) | |
| v. | ) | Case No. 22-4489 |
| | ) | |
| OKELLO CHATRIE, | ) | |
| *Defendant/Appellant.* | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE REPLY BRIEF

COMES NOW counsel for the appellant, Okello Chatrie, and moves this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time in which to file the appellant's reply brief. In support thereof, counsel states as follows:

1.      The reply brief is currently scheduled to be filed on Monday, April 10, 2023. *See* Doc. 42 (briefing order filed Mar. 15, 2023). Counsel has previously requested one extension of this deadline.

2.      Since the government filed its response to Mr. Chatrie's opening brief, counsel for Mr. Chatrie have reviewed the government's response brief. Mr. Price had to unexpectedly travel out of the country to help care for an ailing family member overseas beginning March 30, 2023. He will not return to work until at least April 17, 2023. Ms. Koenig is on pre-planned annual leave and family sick leave until April 11, 2023. Ms. Koenig has additionally been involved in lengthy court hearings in numerous district court cases, urgent client visits, and multiple

briefs over the past several weeks. Counsel for Mr. Chatrie need this additional time in order to effectively represent Mr. Chatrie on his appeal.

3.    In accordance with Fourth Circuit Local Rule 27(a), counsel has informed counsel for the United States of the intended filing of this motion. The government has no objection to the requested extension.

For the foregoing reasons, counsel for Mr. Chatrie request an extension of three weeks, from April 10, 2023, to May 1, 2023, in which to file the reply brief in this case.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

   s/  Laura J. Koenig
Laura J. Koenig
Assistant Federal Public Defender
Counsel for Appellant
701 E Broad St, Suite 3600
Richmond, VA 23219
(804) 565-0881
Laura_Koenig@fd.org

Dated: April 1, 2023

CERTIFICATE OF COMPLIANCE

1.    This Motion has been prepared using Microsoft Word for Office 365 software, Times New Roman font, 14-point proportional type size.

2.    The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 253 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions.  If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

|  |  |
|---|---|
| April 1, 2023 | s/  Laura Koenig |
| Date | Laura Koenig |
|  | Assistant Federal Public Defender |