IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     *Plaintiff/Appellee*, ) | |
| ) | |
| v. ) | Case No. 22-4489 |
| ) | |
| OKELLO CHATRIE, ) | |
|     *Defendant/Appellant.* ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE REPLY BRIEF

COMES NOW counsel for the appellant, Okello Chatrie, and moves this Court, pursuant to Fed. R. App. P. 26(b), for a final extension of time in which to file the appellant's reply brief. In support thereof, counsel states as follows:

1. The reply brief is currently scheduled to be filed on Monday, May 1, 2023. *See* Doc. 44 (briefing order filed Apr. 3, 2023). Counsel has previously requested two extensions of this deadline.

2. Since the government filed its response to Mr. Chatrie's opening brief, counsel for Mr. Chatrie have reviewed the government's response brief and begun planning the reply brief. Since the last extension in this case, both counsel for Mr. Chatrie have been involved in preparing Mr. Price to argue in the Colorado Supreme Court on privacy and Fourth Amendment issues similar to those in this case. Mr. Price is scheduled to argue that case—*Colorado v. Seymour*, No. 2023SA12 (Colo. filed Jan. 11, 2023)—in a special sitting of the Colorado Supreme Court on May 4,

2023. Ms. Koenig has additionally been involved in lengthy court hearings in numerous district court cases, urgent client visits, and multiple briefs over the past several weeks. Counsel for Mr. Chatrie need this additional time in order to effectively represent Mr. Chatrie on his appeal.

3. In accordance with Fourth Circuit Local Rule 27(a), counsel has informed counsel for the United States of the intended filing of this motion. The government has no objection to the requested extension.

For the foregoing reasons, counsel for Mr. Chatrie request an extension of two weeks, from May 1, 2023, to May 15, 2023, in which to file the reply brief in this case.

>Respectfully submitted,
>
>GEREMY C. KAMENS
>Federal Public Defender
>for the Eastern District of Virginia
>
>  s/  Laura J. Koenig
>Laura J. Koenig
>Assistant Federal Public Defender
>Counsel for Appellant
>701 E Broad St, Suite 3600
>Richmond, VA 23219
>(804) 565-0881
>Laura_Koenig@fd.org

Dated: April 27, 2023

CERTIFICATE OF COMPLIANCE

1. This Motion has been prepared using Microsoft Word for Office 365 software, Times New Roman font, 14-point proportional type size.

2. The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 279 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

| April 27, 2023 | s/ Laura Koenig |
|---|---|
| Date | Laura Koenig |
|  | Assistant Federal Public Defender |