FILED: April 27, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

OKELLO T. CHATRIE

       Defendant - Appellant

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION

       Amici Supporting Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 05/15/2023 . Any further request for an extension of time in

which to file the reply brief shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk