## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

| | |
|---|---|
| Case Number: | Date of Oral Argument: |
| Caption: | |
| Attorney Arguing: | |

Arguing on Behalf of (party name):

Select party type:
    Appellant     Appellee     Appellant/Cross-Appellee     Appellee/Cross-Appellant     Amicus     Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side:
Phone Number (day of argument):

| | |
|---|---|
| Principal Argument Time: | Rebuttal Argument Time (if any): |
| (for appellants and appellees) | (appellants and cross-appellants only) |

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

| | |
|---|---|
| Principal Argument Time: | Rebuttal Argument Time (if any): |
| (for appellants and appellees) | (appellants and cross-appellants only) |

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:      Select one of the following:      Order allowing argument time
                                                                                                          Court-Appointed Amicus

Signature: _[signature]_                             Date:

03/08/2022 SCC