IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     *Plaintiff/Appellee*, ) | |
| ) | |
| v. ) | Case No. 22-4489 |
| ) | |
| OKELLO T. CHATRIE, ) | |
|     *Defendant/Appellant*. ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE PETITION FOR REHEARING

Counsel for the appellant, Okello T. Chatrie, move this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time in which to file a petition for rehearing in this appeal. In support thereof, counsel states as follows:

1. The Court issued its decision in Mr. Chatrie's appeal on July 9, 2024, following oral argument on December 8, 2023. Doc. 63. A majority of the panel voted to affirm the district court's decision denying Mr. Chatrie's motion to suppress a "geofence" warrant under the Fourth Amendment, finding that Mr. Chatrie did not have a reasonable expectation of privacy in his "Location History" data stored by Google. Slip. Op. at 29.

2. Judge Wynn dissented, authoring a nearly 70-page opinion which would have found that Mr. Chatrie had an expectation of privacy in his Location History data, that the government's search violated the Fourth Amendment, and

1

should not have been excused under the good-faith exception. Slip. Op. at 78; 82 n.12.

3. Under Federal Rules of Appellate Procedure 35(c) and 40(a)(1), a petition for rehearing and/or rehearing *en banc* would be due by July 23, 2024.

4. The complexity of the panel's opinions, the importance of this issue, as well as counsels' other deadlines and obligations require additional time for Mr. Chatrie to petition this Court for rehearing *en banc*.

5. Specifically, counsel for Mr. Chatrie represents that:

    a. Additional time is needed to meet with Mr. Chatrie and explain the significance of the majority's opinion and Judge Wynn' dissent. Mr. Chatrie is currently in custody and has not been able to access the Court's decision or discuss it with counsel.

    b. Additional time is needed to confer with the multiple *amici* who filed briefs in support of Mr. Chatrie. *See* Docs. 26, 27, 28. Mr. Chatrie anticipates further *amicus* in support of rehearing *en banc*.

    c. Additional time is needed to accommodate Mr. Chatrie's counsels' existing trial and appeal schedules, including:

        i. An *amicus* brief, due July 19, 2024, to the Minnesota Supreme Court regarding an unconstitutional geofence warrant. *See State*

*v. Ivan Contreras-Sanchez*, 5 N.W.3d 151 (Minn. Ct. App. 2024), *review granted* (May 29, 2024).

    ii. A reply brief due July 15, 2024, and a related hearing on July 19, 2024, requiring Mr. Price to travel from New York to Fairfax, VA, in a novel matter involving the use of so-called "forensic genetic genealogy." *See State v. Kurt Alan Rillema*, No. CL-2024-7840 (Va. Cir.).

    iii. A time-sensitive issue regarding Ms. Koenig's ability to continue to represent a client in a multi-defendant case involving classified material that has required time-intensive briefing and court proceedings. *See United States v. Pahlawan*, 3:24cr41 (E.D. Va.).

    iv. Briefing in multiple cases regarding the impact of the Supreme Court's decision in *United States v. Rahimi*, 144 S. Ct. 1889 (2024).

    v. Two days of client visits for Ms. Koenig to jails outside of the Richmond, Virginia area.

6. Given these circumstances, counsel for Mr. Chatrie respectfully request that this Court grant an extension of time to prepare and file a petition for rehearing

3

*en banc* and to provide Mr. Chatrie with effective assistance of counsel on appeal.

7. Mr. Chatrie therefore requests a 30-day extension to file a petition for rehearing *en banc*, making Mr. Chatrie's petition due on August 22, 2024.

8. In accordance with Fourth Circuit Local Rule 27(a), counsel for Mr. Chatrie have notified counsel for the government of the intended filing of this motion. The government does not object to the requested extension.

Therefore, counsel for Mr. Chatrie hereby request an extension of 30 days, from July 23, 2024, to August 22, 2024, in which to file a petition for rehearing *en banc*.

Respectfully submitted,

| | |
|---|---|
| MICHAEL W. PRICE<br>National Association of Criminal<br>　Defense Lawyers | GEREMY C. KAMENS<br>Federal Public Defender |
| 　　s/ Michael W. Price　　<br>Litigation Director, Fourth<br>　Amendment Center<br>1660 L Street NW, 12th Floor<br>Washington, DC 20036<br>(202) 465-7615<br>mprice@nacdl.org | 　　s/ Laura J. Koenig　　<br>Laura J. Koenig<br>Assistant Federal Public Defender<br>701 East Broad Street, Suite 3600<br>Richmond, VA 23219<br>(804) 565-0800<br>laura_koenig@fd.org |

Dated July 17, 2024

4

## CERTIFICATE OF COMPLIANCE

1.     This Motion has been prepared using Microsoft Word (Office 365) software, Times New Roman font, 14-point proportional type size.

2.     The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 614 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

| July 17, 2024 | s/ Laura J. Koenig |
| :---: | :---: |
| Date | Laura J. Koenig |
| | Assistant Federal Public Defender |