FILED: July 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

OKELLO T. CHATRIE

        Defendant - Appellant

-------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION

        Amici Supporting Appellant

_____

O R D E R
_____

Upon consideration of appellant's unopposed motion for extension of time in which to file petition for rehearing, the court grants the motion and extends the deadline for filing the petition to August 22, 2024.

Entered at the direction of Judge Richardson with the concurrence of Judge Wilkinson and Judge Wynn.

        For the Court

        /s/ Nwamaka Anowi, Clerk