FILED: August 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

OKELLO T. CHATRIE

        Defendant - Appellant

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION

        Amici Supporting Appellant

_____

TEMPORARY STAY OF MANDATE
_____

      Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In

accordance with Rule 41(b), the mandate is stayed pending further order of this court.

<u>*/s/Nwamaka Anowi, Clerk*</u>