# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 27, 2024

_____

RESPONSE REQUESTED

_____

No.   22-4489,        <u>US v. Okello Chatrie</u>
                     3:19-cr-00130-MHL-1

TO:    United States of America

RESPONSE DUE: **September 6, 2024**

Please respond to the petition for rehearing on or before September 6, 2024. The response may not exceed 3900 words.

Anisha Walker, Deputy Clerk
804-916-2704