IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| *Appellee*,     ) | |
| ) | |
| v.     ) | No. 22-4489 |
| ) | |
| OKELLO T. CHATRIE,     ) | |
| ) | |
| *Defendant-Appellant*.     ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), the United States moves for additional time to file the court-ordered response to defendant-appellant Chatrie's petition for rehearing en banc. Counsel for defendant has been advised and does not oppose this motion. In support of the motion, counsel state as follows:

1. On July 9, 2024, the Court issued its opinion in this matter, affirming the district court's denial of the defendant's motion to suppress. The Judgment Order entered on the same day. Defendant's petition for rehearing, as set forth in the Notice of Judgment and pursuant to Federal Rules of Appellate Procedure 35(c) and 40(a)(1), was initially due on July 23, 2024.

2. On July 17, 2024, defendant filed an Unopposed Motion for Extension of Time, requesting an additional 30 days to file his petition for rehearing en banc. On July 24, 2024, the Court granted that motion and extended the deadline for a

rehearing petition to August 22, 2024. Defendant filed his petition for rehearing en banc on that date.

3. On August 27, 2024, the Court requested that the United States respond to defendant's petition for rehearing by September 6, 2024.

4. For many of the same reasons that defendant presented in seeking an extension of time, the United States now seeks an additional 30 days to respond to the Petition for Rehearing. This case presents novel issues, as exemplified by the thorough panel opinion and dissent, as well as recent decisions by the Fifth and Eleventh Circuits. *See United States v Davis*, 109 F. 4th 1320 (11th Cir. July 30, 2024); *United States v. Smith*, ___ F. 4th ___, 2024 WL 3738050 (5th Cir. Aug. 9, 2024). In addition, counsel for the United States has previously scheduled annual leave from September 4-9 for the wedding of his child. The United States requests an extension of 30 days to fully brief the issues raised by the Court's opinion and the Petition for Rehearing.

5. Wherefore, the United States respectfully moves the Court for entry of an Order extending the time to file the responsive brief to October 6, 2024.

                                        Respectfully submitted,

                                        JESSICA D. ABER
                                        UNITED STATES ATTORNEY

                                        By:_____/s/_____
                                        Nathan Judish

        Senior Counsel, Computer Crime and
Intellectual Property Section
United States Department of Justice
1301 New York Ave., NW
Washington, DC 20530
Phone: (202) 616-7203
Email: nathan.judish@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that I wrote this brief using 14-point Times New Roman typeface and Microsoft Word 2016. I further certify that this brief does not exceed 5,200 words (and is specifically 360 words) as counted by Microsoft Word, excluding the items identified in Federal Rule of Appellate Procedure 27(f).

By:         /s/

Nathan Judish
Senior Counsel, CCIPS