No. 22-4489

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

OKELLO T. CHATRIE,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the Eastern District of Virginia
Case No. 3:19-cr-00130-MHL
Honorable M. Hannah Lauck, District Court Judge

**UNOPPOSED MOTION FOR LEAVE TO FILE PROPOSED BRIEF OF AMICUS CURIAE THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS IN SUPPORT OF REHEARING EN BANC**

Bruce D. Brown
*Counsel of Record for Amicus Curiae*
Katie Townsend
Gabe Rottman
Grayson Clary
Emily Hockett
REPORTERS COMMITTEE FOR
   FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
bruce.brown@rcfp.org

Pursuant to Federal Rules of Appellate Procedure 29(a)(3) and 29(b), proposed amicus the Reporters Committee for Freedom of the Press (the "Reporters Committee") respectfully moves for leave to file the accompanying brief in support of Defendant Okello Chatrie's petition for rehearing en banc. Defendant consents to the filing of the Reporters Committee's proposed brief; the United States does not object to the filing of the Reporters Committee's brief.

The Reporters Committee is an unincorporated nonprofit association of reporters and editors founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. The Reporters Committee often appears as amicus curiae in federal courts, as it did at the panel stage in this case, to underline the effects of excessive surveillance on the confidential reporter-source relationships that underpin so much journalism. *See United States v. Chatrie*, 107 F.4th 319, 372–73 (4th Cir. 2024) (Wynn, J., dissenting) (citing Br. of Amicus Curiae Reporters Comm. for Freedom of the Press at 7–8).

The Reporters Committee's participation at the rehearing stage will likewise assist the Court's consideration of Defendant's petition for rehearing en banc. As this Court and others have recognized, "amici often make useful contributions to litigation," *Stuart v. Huff*, 706 F.3d 345, 355 (4th Cir. 2013), "[e]ven when a party

1

is very well represented," *Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.). In this case, the Reporters Committee's proposed brief will address a danger posed by the panel's holding that extends beyond the facts of this particular case—the effect of geofence warrants on "the ability of journalists to gather information confidentially." *Chatrie*, 107 F.4th at 372–73 (Wynn, J., dissenting). Because the Fourth Amendment's limits must be applied with "scrupulous exactitude" when First Amendment freedoms are also at stake, *Zurcher v. Stanford Daily*, 436 U.S. 547, 564 (1978) (citation omitted), the Reporters Committee respectfully submits that the accompanying proposed brief will aid the Court's disposition of the petition for rehearing en banc.

## CONCLUSION

For the reasons given herein, the Reporters Committee respectfully requests that its unopposed motion for leave to file the accompanying proposed brief as amicus curiae in support of rehearing en banc be granted.

Dated: August 29, 2024                    Respectfully submitted,

*/s/ Bruce D. Brown*
*Counsel of Record for Amicus Curiae*
Katie Townsend
Gabe Rottman
Grayson Clary
Emily Hockett
REPORTERS COMMITTEE FOR
   FREEDOM OF THE PRESS

2

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

3

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 381 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: August 29, 2024                         */s/ Bruce D. Brown*
                                               Bruce D. Brown
                                               *Counsel of Record for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I caused the foregoing Motion for Leave to File Proposed Brief of Amicus Curiae the Reporters Committee for Freedom of the Press in Support of Rehearing En Banc to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notice of such filing to all counsel of record.

Dated: August 29, 2024                    */s/ Bruce D. Brown*
                                          Bruce D. Brown
                                          *Counsel of Record for Amicus Curiae*

5