FILED: September 4, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

OKELLO T. CHATRIE

   Defendant - Appellant

-------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION

   Amici Supporting Appellant

PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.

   Amicus Supporting Rehearing Petition

_____

O R D E R

_____

Upon consideration of submissions relative to the motions to file amicus curiae briefs in support of rehearing en banc, the court grants the motions and accepts the amicus briefs filed by Project for Privacy & Surveillance Accountability, Inc., The Reporters Committee for Freedom of the Press, American Civil Liberties Union, American Civil Liberties Union of Virginia, and Electronic Frontier Foundation.

    For the Court

    /s/ Nwamaka Anowi, Clerk