FILED: September 4, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

OKELLO T. CHATRIE

       Defendant - Appellant

-------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION

       Amici Supporting Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to appellee's unopposed motion for an extension of time to file a response to the petition for rehearing, the court grants the motion and extends the time for filing a response to October 7, 2024.

For the Court

/s/ Nwamaka Anowi, Clerk