UNPUBLISHED

FILED: November 1, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

OKELLO T. CHATRIE

        Defendant - Appellant

-------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION

        Amici Supporting Appellant

PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.

        Amicus Supporting Rehearing Petition

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted. The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days. The case shall be scheduled at the next available session.

    For the Court

    /s/ Nwamaka Anowi, Clerk