# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 22-4489    Caption: United States v. Okello T. Chatrie

Argument Session For Which You Are Scheduled: January 28-31, 2025

Dates You Are Available To Argue in the Session (if any):

January 28-31, 2025

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:

Party(ies) You Represent:

United States

November 1, 2024                                  /s/ Nathan Judish
      Date                                       Counsel Signature

11/29/2021 SCC