UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 14, 2024

_____

COPY FOLLOW-UP NOTICE

_____

No. 22-4489,　　<u>US v. Okello Chatrie</u>
　　　　　　　　3:19-cr-00130-MHL-1

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 11/18/2024**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| **Document** | **No. of Copies** | **Required From:** |
|---|---|---|
| Amicus Brief | 16 | All Amici |

<u>/s/ NWAMAKA ANOWI, CLERK</u>
