# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2025

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Okello T. Chatrie
v. United States
No. 25-112
(Your No. 22-4489)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 28, 2025 and placed on the docket July 30, 2025 as No. 25-112.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst