FILED: July 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OKELLO T. CHATRIE

Defendant - Appellant

-------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS;
AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES
UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES
WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY
CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC
FRONTIER FOUNDATION

Amici Supporting Appellant

PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.

Amicus Supporting Rehearing Petition

_____

O R D E R

_____

The parties are directed to file supplemental briefs of no more than 30 pages each, addressing the course this court should take pursuant to the Supreme Court's remand.

Appellant's supplemental brief shall be filed no later than July 30, 2026. Appellee's supplemental brief shall be filed no later than August 13, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk