IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff/Appellee*, | ) | |
| | ) | |
| v. | ) | Case No. 22-4489 |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| *Defendant/Appellant*. | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE SUPPLEMENTAL BRIEFING

Counsel for the appellant, Okello T. Chatrie, move this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time to file the supplemental briefing ordered by the Court on July 17, 2026. In support thereof, counsel states as follows:

1. The Supreme Court of the United States decided Mr. Chatrie's appeal on June 29, 2026 (ECF 117-2), following this Court's *en banc* decision on April 30, 2025 (ECF 109).

2. A majority of the Supreme Court found that Mr. Chatrie had a Fourth Amendment interest in his "Location History" data stored by Google, even in small amounts. ECF 117-2 at 29. Consequently, the Supreme Court remanded Mr. Chatrie's case to the Fourth Circuit to determine the constitutionality of the multi-step search that occurred here, *id.* at 32-33, and whether the good-faith exception to the exclusionary rule applies. *Id.* at 10 n.4.

3. Following the Supreme Court's decision, this Court directed the parties to file supplemental briefs addressing the course the Fourth Circuit should take pursuant to the Supreme Court's remand. The Court instructed Appellant Chatrie to file his supplemental brief by July 30, 2026, and for Appellees to file by August 13, 2026.

1

4. The legal implications of the Supreme Court's decision, the importance and complexity of the remaining issues, as well as defense counsels' other deadlines and obligations require additional time for Mr. Chatrie to file his supplemental brief.

5. Specifically, counsel for Mr. Chatrie represents that:

   a. Additional time is needed to meet with Mr. Chatrie and explain the significance of the Supreme Court's opinions. Mr. Chatrie is currently in custody and has only been able to discuss it with briefly with counsel. Further consultation is required.

   b. Additional time is needed to confer with the multiple *amici* who filed briefs in support of Mr. Chatrie in this Court and the Supreme Court. See, e.g., ECF 26, 27, 28. Mr. Chatrie anticipates renewed *amicus* in support on remand.

   c. Additional time is needed to accommodate Mr. Chatrie's counsels' existing trial and appeal schedules, including ongoing trial preparation for a national security-related case requiring work inside a secure facility without internet access, and planned out-of-state work travel to during the week of July 27.

6. Given these circumstances, counsel for Mr. Chatrie respectfully request that this Court grant an extension of time to prepare and file his supplemental brief.

7. Mr. Chatrie therefore requests a 30-day extension to file his supplemental brief, making Mr. Chatrie's brief due on Monday, August 31, 2026.

8. In accordance with Fourth Circuit Local Rule 27(a), counsel for Mr. Chatrie have notified counsel for the government of the intended filing of this motion. The government does not object to the requested extension.

2

Therefore, counsel for Mr. Chatrie hereby request an extension of 30 days, from July 30, 2026, to August 31, 2026, in which to file their supplemental brief.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

___/s Michael W. Price_____
Michael W. Price
National Association of Criminal Defense Lawyers
Litigation Director, Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, DC 20036
(202) 465-7615
mprice@nacdl.org

Patrick L. Bryant
Appellate Attorney
Laura J. Koenig
Assistant Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219
(804) 565-0800
patrick_bryant@fd.org
laura_koenig@fd.org

Counsel for Appellant