FILED:  July 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OKELLO T. CHATRIE

Defendant - Appellant

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS;
AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES
UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES
WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY
CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC
FRONTIER FOUNDATION

Amici Supporting Appellant

PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.

Amicus Supporting Rehearing Petition

_____

O R D E R

_____

The court grants an extension of the supplemental briefing schedule. Any further request for an extension of time in which to file the supplemental briefs shall be disfavored. The supplemental briefing schedule is extended as follows:

Supplemental opening brief due: 08/31/2026

Supplemental response brief due: 09/14/2026

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk