Supreme Court of the United States
Office of the Clerk
Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 31, 2026

Clerk
United States Court of Appeals
   for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
   Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

> **Re: Okello T. Chatrie**
> **v. United States**
> **No. 25-112 (Your docket No. 22-4489)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                    Sincerely,

                                    SCOTT S. HARRIS, Clerk

                                    By

                                    *M. Altner*

                                    M. Altner
                                    Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 31, 2026


Mr. Adam G. Unikowsky, Esq.
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

      **Re:  Okello T. Chatrie**
           **v. United States**
           **No. 25-112**

Dear Counsel:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.


        Sincerely,

        SCOTT S. HARRIS, Clerk

        By

        M. Altner
        Assistant Clerk – Judgments


cc:  Clerk, 4th. Cir.
        (Your docket No. 22-4489)

# Supreme Court of the United States

No. 25–112

**OKELLO T. CHATRIE,**

Petitioner,

*v.*

**UNITED STATES**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further proceedings consistent with the opinion of this Court.

June 29, 2026

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States