**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 1, 2026

---

DOCKET CORRECTION NOTICE

---

No. 22-4489, US v. Okello Chatrie
3:19-cr-00130-MHL-1

TO: Okello T. Chatrie

FILING CORRECTION DUE: September 1, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[ x ] Supplemental appendix is required to be filed separately using the supplemental appendix entry. Ensure Supplemental appendix has a proper cover.

A. Walker, Deputy Clerk
804-916-2702