FILED: September 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-4489
(3:19-cr-00130-MHL-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OKELLO T. CHATRIE

Defendant - Appellant

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION

Amici Supporting Appellant

PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.

Amicus Supporting Rehearing Petition

---

O R D E R

---

The court grants an extension of the supplemental briefing schedule. The supplemental briefing schedule is extended as follows:

Supplemental response brief due: 10/05/2026

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk