No. 22-4489

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

OKELLO T. CHATRIE,

Defendant-Appellant.

---

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

---

# NOTICE OF APPEARANCE OF COUNSEL FOR AMICUS CURIAE BRIAN L. OWSLEY

---

Elizabeth A. Franklin-Best hereby enters her appearance as counsel for amicus curiae Brian L. Owsley in the above-captioned appeal. Amicus curiae Brian L. Owsley files, contemporaneously with this notice, a motion for leave to file a brief as amicus curiae in support of Defendant-Appellant and reversal, together with the proposed brief.

The undersigned is a member in good standing of the bar of this Court and is a registered filer in the Court's CM/ECF system. She requests that the Clerk direct all notices, orders, opinions, and other papers in this appeal to her at the address and electronic mail address set out below.

Respectfully submitted,

/s/ Elizabeth A. Franklin-Best
Elizabeth A. Franklin-Best
ELIZABETH FRANKLIN-BEST, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

Counsel for Amicus Curiae
Brian L. Owsley

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2026, I electronically filed the foregoing Notice of Appearance of Counsel for Amicus Curiae Brian L. Owsley with the Clerk of the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will send notification of the filing to all counsel of record, each of whom is a registered CM/ECF user.

/s/ Elizabeth A. Franklin-Best

Elizabeth A. Franklin-Best
ELIZABETH FRANKLIN-BEST, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

Counsel for Amicus Curiae
Brian L. Owsley