No. 22-4489

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

OKELLO T. CHATRIE,

Defendant-Appellant.

---

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

---

# MOTION OF BRIAN L. OWSLEY FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE IN SUPPORT OF DEFENDANT-APPELLANT AND REVERSAL

---

Brian L. Owsley respectfully moves this Court for leave to file the accompanying brief as amicus curiae in support of Defendant-Appellant Okello T. Chatrie and reversal. The proposed brief accompanies this motion. Counsel for amicus curiae states as follows.

## I. THE INTEREST OF THE MOVANT

Brian L. Owsley is an Associate Professor of Law at the University of North Texas at Dallas College of Law. From 2005 to 2013, he served as a United States Magistrate Judge in the United States District Court for the Southern District of Texas. In that role, he reviewed, and ruled upon, a large volume of applications for search warrants and for orders authorizing electronic surveillance. He therefore brings to this case the perspective of a judicial officer who has performed, day after day, the particularity review that the Fourth Amendment demands.

Professor Owsley also writes about the Fourth Amendment and emerging surveillance technologies. He is the author of *The Best Offense is a Good Defense: The Fourth Amendment Implications of Geofence Warrants*, 50 Hofstra L. Rev. 829 (2022), and of other articles on criminal procedure. The question this Court confronts on remand—whether a geofence warrant satisfies the Fourth Amendment—falls squarely within the subject of that scholarship.

Professor Owsley's interest is scholarly and professional. He represents no party, he has no financial stake in the outcome of this appeal, and he seeks leave to file solely to place before the Court the results of his research into the original meaning of the Fourth Amendment's prohibition of general warrants.

## II. THE PROPOSED BRIEF IS DESIRABLE, AND THE MATTERS IT ASSERTS ARE RELEVANT TO THE DISPOSITION OF THIS APPEAL

An amicus brief is desirable when it supplies the Court with analysis that the parties, given the constraints of their own briefing, cannot fully develop. The proposed brief does exactly that. It answers a single, discrete question: how would the generation that framed and ratified the Fourth Amendment have classified the warrant in this case?

To answer that question, the proposed brief assembles the Founding-era sources that define a "general warrant." It canvasses the English decisions that provoked the Fourth Amendment—*Wilkes v. Wood*, 98 Eng. Rep. 489 (C.P. 1763), *Huckle v. Money*, 95 Eng. Rep. 768 (C.P. 1763), *Entick v. Carrington*, 95 Eng. Rep. 807 (K.B. 1765), and *Money v. Leach*, 97 Eng. Rep. 1075 (K.B. 1765)—together with the English treatise writers on whom the Founders relied, including Hale, Hawkins, and Blackstone. It then traces the same definition through early American decisions and through the justice-of-the-peace manuals that instructed American magistrates on how to issue warrants. Those sources converge on a single rule: a warrant was "general," and therefore unlawful, if it failed to specify the person suspected of the crime, the building to be searched, or the items to be seized.

That historical record bears directly on the disposition of this appeal. The Supreme Court has instructed that the Fourth Amendment must be read against

"the reviled general warrants ... of the colonial era," and this Court must decide whether the warrant that identified Okello Chatrie shares the defining features of those warrants. The proposed brief supplies the historical evidence necessary to answer that question, and it applies that evidence to the two-step geofence warrant in the record.

The brief is also concise. It runs well under the length this Court permits, it takes no position on issues outside its scope, and it does not repeat the arguments the parties have made.

## III. CONSENT

Counsel for amicus curiae sought the consent of the parties. Counsel for the United States consents to the filing of this amicus brief.

## IV. DISCLOSURES

No party's counsel authored the proposed brief in whole or in part. No party, no party's counsel, and no person other than amicus curiae and his counsel contributed money that was intended to fund preparing or submitting the proposed brief.

Amicus curiae Brian L. Owsley is an individual. He has no parent corporation, no members, and no stockholders, and no publicly held corporation

has a direct financial interest in the outcome of this litigation. A corporate disclosure statement accompanies the proposed brief.

**CONCLUSION**

This Court should grant leave to file the accompanying brief of amicus curiae Brian L. Owsley in support of Defendant-Appellant and reversal.

Respectfully submitted,

/s/ Elizabeth A. Franklin-Best
Elizabeth A. Franklin-Best
ELIZABETH FRANKLIN-BEST, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

Counsel for Amicus Curiae
Brian L. Owsley

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 999 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ Elizabeth A. Franklin-Best
Elizabeth A. Franklin-Best
ELIZABETH FRANKLIN-BEST, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

Counsel for Amicus Curiae
Brian L. Owsley

Dated: September 8, 2026

## CERTIFICATE OF SERVICE

I certify that on September 8, 2026, I electronically filed the foregoing Motion of Brian L. Owsley for Leave to File a Brief as Amicus Curiae with the Clerk of the United States Court of Appeals for the Fourth Circuit using the

CM/ECF system, which will send notification of the filing to all counsel of record, each of whom is a registered CM/ECF user.

/s/ Elizabeth A. Franklin-Best
Elizabeth A. Franklin-Best
ELIZABETH FRANKLIN-BEST, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

Counsel for Amicus Curiae
Brian L. Owsley