**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 8, 2026

---

RESPONSE REQUESTED

---

No. 22-4489, US v. Okello Chatrie
3:19-cr-00130-MHL-1

TO: Okello T. Chatrie

RESPONSE DUE: 09/18/2026

Response is required to the motion for leave to file amicus brief on or before 09/18/2026.

A. Walker, Deputy Clerk
804-916-2702