FILED: September 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-4489
(3:19-cr-00130-MHL-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OKELLO T. CHATRIE

Defendant - Appellant

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION; CENTER FOR DEMOCRACY AND TECHNOLOGY; SIX LAW PROFESSORS

Amici Supporting Appellant

PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.

Amicus Supporting Rehearing Petition

---

O R D E R

---

Center for Democracy and Technology and Six Law Professors have filed amicus curiae briefs with the consent of the parties.

The court accepts the brief for filing.

Counsel for Center for Democracy and Technology is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk