**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 8, 2026

---

RESPONSE REQUESTED - SIMILAR CASES

---

No. 22-4489, US v. Okello Chatrie
3:19-cr-00130-MHL-1

TO: ALL PARTIES (appellant, appellee, amici)

RESPONSE DUE: 09/11/2026

Response is required to the notice requesting information regarding similar cases on or before 09/11/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

A. Walker, Deputy Clerk
804-916-2702