IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, | ) | |
| v. | ) | No. 22-4489 |
| OKELLO T. CHATRIE, Defendant-Appellant. | ) | |

**<u>MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*</u>**

*Amici Curiae* America's Future, Gun Owners of America, Gun Owners Foundation, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, Tennessee Firearms Association, Tennessee Firearms Foundation, and Conservative Legal Defense and Education Fund hereby move for leave to file a brief *amicus curiae* in support of Defendant-Appellant and Reversal. It is hereby stated as follows:

1. America's Future, Gun Owners of America, Gun Owners Foundation, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, Tennessee Firearms Association, Tennessee Firearms Foundation, and Conservative Legal Defense and Education Fund are nonprofit organizations, exempt from federal income tax under Internal Revenue Code § 501(c)(3) and

(c)(4). They exist in order to promote and support the rights of Americans, including the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures under federal and state constitutional provisions.

2. All parties have consented to the filing of this *amicus* brief.

3. *Amici curiae* have experience with respect to the issues presented by this case, and have a significant interest in the outcome of this case. Some of these *amici* filed an *amicus* brief in this case on the merits when it was in the U.S. Supreme Court. Brief *Amicus Curiae* of America's Future, et al., *Chatrie v. United States*, No. 25-112 (March 2, 2026). Some of these *amici* filed *amicus* briefs in other Fourth Amendment cases involving principles applicable here. *See United States v. Jones,* No. 10-1259, Brief Amicus Curiae of Gun Owners of America, Inc., et al. (on petition, May 16, 2011) and Brief Amicus Curiae of Gun Owners of America, Inc., et al. (on merits, Oct. 3, 2011); *United States v. Wurie*, No. 13-212, Brief Amicus Curiae of Downsize DC Foundation, et al. (on merits, Apr. 9, 2014); and *Carpenter v. United States*, No. 16-402, Brief Amicus Curiae of USJF, et al. (on merits, Aug. 14, 2017).

4. *Amici* believe that this brief will address relevant information not covered by the parties and will be of assistance to the Court in this case. This case raises broad and important issues which will affect the many members and supporters of *amici* organizations.

5. This *amicus* brief is being filed by the time set by the Court's order for the supplemental briefs of the parties and does not exceed the 5,000 word limit provided for those briefs. Thus, it is believed that no party will be prejudiced by the filing of this brief.

WHEREFORE, we respectfully request that this Court grant leave to file an *amicus curiae* brief in support of Defendant-Appellant.

Respectfully submitted,

*/s/ William J. Olson*

RICK BOYER
INTEGRITY LAW FIRM
P.O. Box 10953
Lynchburg, VA 24506

JOHN I. HARRIS III
SCHULMAN, LEROY &
BENNETT, P.C.
3310 West End Avenue
Suite 460
Nashville, TN 37203

WILLIAM J. OLSON*
ROBERT J. OLSON
WILLIAM J. OLSON, P.C.
370 Maple Ave. W., Ste. 4
Vienna, VA 22180
(703) 356-5070
wjo@mindspring.com
**Counsel of Record*
Attorneys for *Amici Curiae*
September 8, 2026

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

IT IS HEREBY CERTIFIED:

1. That the foregoing Motion for Leave to File Brief *Amici Curiae* complies with the type-volume limitation of Rule 27(d)(2)(A), Federal Rules of Appellate Procedure, because this motion contains 428 words, excluding the parts of the motion exempted by Rule 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using WordPerfect 2021 in 14-point Times New Roman.

*/s/ William J. Olson*
William J. Olson
Attorney for *Amici Curiae*

Dated: September 8, 2026

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave to File Brief *Amici Curiae*, was made, this 8th day of September 2026, by the Court's Case Management/ Electronic Case Files system upon the attorneys for the parties.

*/s/ William J. Olson*
William J. Olson
Attorney for *Amici Curiae*