**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,*<br>v.<br>OKELLO T. CHATRIE,<br>*Defendant-Appellant*. | No. 22-4489 |

**CONSENT MOTION TO WITHDRAW AARON C. WARD AS COUNSEL FOR *AMICUS CURIAE* PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.**

Pursuant to Circuit Rule 46(c), *Amicus Curiae* Project for Privacy and Surveillance Accountability, Inc. ("PPSA") respectfully moves this Court for withdrawal of attorney Aaron C. Ward as counsel for PPSA as he has left the employment of Schaerr Jaffe LLP. PPSA has been notified of this intent to withdraw and consents to same. Furthermore, PPSA will continue to be represented by the undersigned attorneys from the law firm of Schaerr Jaffe LLP, so no substitution is required.

Pursuant to Circuit Rule 27(a) counsel for PPSA has consulted with counsel for the parties, and all parties consent to the relief sought.

WHEREFORE, the undersigned counsel for PPSA respectfully requests that the Court grant this motion to withdraw Aaron C. Ward as counsel for *Amicus Curiae* Project for Privacy and Surveillance Accountability, Inc.

Respectfully submitted,

*/s/ Gene C. Schaerr*
GENE C. SCHAERR
*Counsel of Record*
ERIK S. JAFFE
JUSTIN A. MILLER
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
ejaffe@schaerr-jaffe.com
jmiller@schaerr-jaffe.com

*Counsel for Amicus Curiae Project for Privacy and Surveillance Accountability, Inc.*

September 9, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-face requirements of Fed. R. App. P. 32(a)(5) & (6) and the 5,200-word type-volume limitation of Fed. R. App. P. 27(d)(2)(A) in that it uses Times New Roman 14-point type and contains 131 words. The number of words was determined through the word-count function of Microsoft Word.

*/s/ Gene C. Schaerr*
Gene C. Schaerr