# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 22-4489; United States v. Okello Chatrie

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Schmidt v. City of Norfolk, No. 26-1227 (4th Cir.), concerns whether the Fourth Amendment permits the government to collect, aggregate, and search historical location information generated by automatic license-plate readers without individualized suspicion or a warrant. Like Chatrie, Schmidt addresses the constitutional limits on using digital databases to retrospectively search individuals' movements.

Signature: /s/ Gene C. Schaerr

Counsel for: Amicus Curiae Project for Privacy & Surveillance Accountability, Inc.

Date: 09/09/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)