FILED: September 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-4489
(3:19-cr-00130-MHL-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OKELLO T. CHATRIE

Defendant - Appellant

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION; CENTER FOR DEMOCRACY AND TECHNOLOGY; BRIAN OWSLEY; SIX LAW PROFESSORS; THE INNOCENCE PROJECT; THE CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW; RESTORE THE FOURTH, INC.; ELECTRONIC PRIVACY INFORMATION CENTER; AMERICA'S FUTURE; CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND; GUN OWNERS OF AMERICA, INCORPORATED; GUN OWNERS FOUNDATION; VIRGINIA CITIZENS DEFENSE LEAGUE, INC.; VIRGINIA CITIZENS DEFENSE FOUNDATION; TENNESSEE FIREARMS ASSOCIATION; TENNESSEE FIREARMS FOUNDATION

Amici Supporting Appellant

PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.

Amicus Supporting Rehearing Petition

---

O R D E R

---

The court grants Aaron C. Ward's motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk