IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff/Appellee*, | ) | |
| v. | ) | Case No. 22-4489 |
| OKELLO T. CHATRIE, *Defendant/Appellant*. | ) | |

RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS

Counsel for Appellant Okello T. Chatrie hereby responds to Brian L. Owsley's motion for leave to file an amicus brief in support of Mr. Chatrie and reversal. Mr. Chatrie consents to the filing of this brief.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

/s Michael W. Price .
Michael W. Price
National Association of Criminal Defense Lawyers
Litigation Director, Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, DC 20036
(202) 465-7615
mprice@nacdl.org

Patrick L. Bryant
Appellate Attorney
Laura J. Koenig
Assistant Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219
(804) 565-0800
patrick_bryant@fd.org
laura_koenig@fd.org

Counsel for Appellant