FILED: September 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-4489
(3:19-cr-00130-MHL-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OKELLO T. CHATRIE

Defendant - Appellant

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; EIGHT FEDERAL PUBLIC DEFENDER OFFICES WITHIN THE FOURTH CIRCUIT; TECHNOLOGY LAW AND POLICY CLINIC AT NEW YORK UNIVERSITY SCHOOL OF LAW; ELECTRONIC FRONTIER FOUNDATION; CENTER FOR DEMOCRACY AND TECHNOLOGY; BRIAN OWSLEY; SIX LAW PROFESSORS; THE INNOCENCE PROJECT; THE CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW; RESTORE THE FOURTH, INC.; ELECTRONIC PRIVACY INFORMATION CENTER; AMERICA'S FUTURE; CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND; GUN OWNERS OF AMERICA, INCORPORATED; GUN OWNERS FOUNDATION; VIRGINIA CITIZENS DEFENSE LEAGUE, INC.; VIRGINIA CITIZENS DEFENSE FOUNDATION; TENNESSEE FIREARMS ASSOCIATION; TENNESSEE FIREARMS FOUNDATION

Amici Supporting Appellant

PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC.

Amicus Supporting Rehearing Petition

---

O R D E R

---

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Brian L. Owsley.

The court accepts the brief for filing.

Counsel for Brian L. Owsley is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk