**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 16, 2026

---

RULE 46 ADDITIONAL COPIES

---

No. 22-4489, US v. Okello Chatrie
3:19-cr-00130-MHL-1

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 09/21/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| **Document** | **No. of Copies** | **Required From:** |
|---|---|---|
| Amicus Brief | 4 | • Center for Democracy and Technology<br>• America's Future, Gun Owners of America, Gun Owners Foundation, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, Tennessee Firearms Association, Tennessee Firearms Foundation, and Conservative Legal Defense and Education Fund<br>• Brian Owsley |

/s/ NWAMAKA ANOWI, CLERK