# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 22-4489 United States v. Chatrie

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

*United States v. Evans,* 165 F.4th 255 (4th Cir. 2026), *pet. for reh'g denied* (Feb. 18, 2026), *cert. pet. pending sub nom Simpson v. United States*, No. 26-5317 (U.S.). This case does not involve a geofence warrant of the type at issue in *Chatrie*; it involves a challenge to authorization of real-time cell phone tracking without geographic limitation. Defendant Jaquate Simpson's *pro se* cert petition, distributed for conference of September 28, 2016, argues that the Fourth Circuit incorrectly characterized the challenged surveillance as a pen register, but the Supreme Court's subsequent decision in *Chatrie* recognizes constitutional protection for cell phone-derived location information and directs consideration of the scope of that surveillance to satisfy particularity for a warrant.

Signature: /s/ Nathan Freed Wessler Counsel for: Amici ACLU et al.

Date: 9/18/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)